TPage 2/3 * NAA 04_MAILBOX6217NAA * RCVD AT 1/15/2015 3:14:00 PM [Eastern Standard Time] * ID: 04_54B7D9DE5CF133522 From: Jane Byun

Case 1:18-cv-24100-MGC   Document 16-3   Entered on FLSD Docket 03/14/2019   Page 1 of 2

8356627

**Foresters**

The Independent Order of Foresters ("Foresters") - A Fraternal Benefit Society.
789 Don Mills Road, Toronto, Canada M3C 1T9
U.S. Mailing Address: P.O. Box 179, Buffalo, NY 14201-0179    T. 800 828 1540    foresters.com

## The Independent Order of Foresters ("Foresters")

### Diabetes Questionnaire

**Proposed Insured**

First name: Rigoberto    Middle name: _____    Last name: Vinas

Date of Birth: REDACTED (mm/dd/yyyy)    Reference/certificate number (if available): 8356627

Child's Name: _____

Note – "You" and "your" mean the proposed insured, if no child is indicated or the child if a child is indicated. "Application" means the Application for Individual Life Insurance on the proposed insured.

1. Please state the diagnosis relevant to you, (e.g. Type I or Type II, Diabetes Mellitus, Gestational Diabetes, Impaired Glucose Tolerance or Impaired Fasting Glucose etc.). Attach a copy of any medical reports if available. __Diabetes__

2. When was this condition first diagnosed? __2012__
   Date (mm/dd/yyyy)

3. Do you test your own blood sugar at home? Yes ○  No ☑
   If "Yes", please provide details for the last 3 months:

   | Frequency of testing | Lowest result | Highest result | Average result |
   |---|---|---|---|
   |  |  |  |  |

4. Have you had a glycosylated haemoglobin test (HbA1c)? Yes ○  No ☑
   If "Yes", please provide details including the approximate date and result of your most recent test: _____

5. Please provide details of the medication(s) that you take in relation to this condition (please also include related medication(s) such as those used to lower blood pressure and/or cholesterol):

   | Name of medication | Dose | Frequency |
   |---|---|---|
   | NONE |  |  |
   |  |  |  |
   |  |  |  |

6. Have you ever been admitted to a hospital or required emergency care in relation to this condition? Yes ○  No ○
   If "Yes", please provide details:

   | Reason | Name of physician, hospital or clinic | Address | Dates |
   |---|---|---|---|
   | N/A |  |  | (mm/dd/yyyy) |
   |  |  |  | (mm/dd/yyyy) |

7. Related to this condition, have you ever had:
   i) Eye problems? Yes ○ No ☑
   ii) Heart problems? Yes ○ No ☑
   iii) High blood pressure? Yes ○ No ☑
   iv) Kidney problems (including protein in your urine)? Yes ○ No ☑
   v) Sensory problems (such as burning in your feet)? Yes ○ No ☑
   vi) Any other complication (i.e. diabetic coma)? Yes ○ No ☑
   If you answered "Yes" to any of the above questions, please provide details: _____

8. Please provide details regarding the physician(s) and/or medical practitioner(s) you see, have seen or have been referred to in relation to this condition:

| Name of physician, hospital or clinic | Address | Frequency | Date of last consult |
|---|---|---|---|
| Dr. Kenny Hershman | Miami Fl | Every 3 months | Dec 5, 2014 (mmm/dd/yyyy) |
| | | | (mmm/dd/yyyy) |

9. Other than for the purpose of regular checks, has any further treatment(s) or follow-up been discussed with or recommended by a physician or medical practitioner, in relation to this condition? Yes ○ No ☑
   If "Yes", please provide details: _____

10. Have you ever taken time off work or have your working duties been affected or restricted in any way due to this condition? Yes ○ No ☑
    If "Yes", please provide details including dates and durations. _____

11. Please provide any additional information that you feel is important in relation to this condition: Proposed insured had a medical exam done for an insurance policy in 2012. The medical examiner told him that he had Diabetes. After following up with his primary doctor and doing additional testing he concluded that the proposed insured did not have diabetes. He's never taken medication or had treatment for this condition

I declare that I have read this Diabetes Questionnaire and represent that the information provided, as shown in this questionnaire, is true, and is a complete disclosure of all information requested in this questionnaire, to the best of my knowledge and belief. I understand and agree that this questionnaire is part of and subject to the Application. I also understand and agree that the information provided in this questionnaire will be relied upon as evidence of insurability that will influence the assessment and acceptance of the application by Foresters. **Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.**

X _[signature]_____          X _____
Signature of proposed insured (if the proposed insured is not a juvenile)     Signature of parent/legal guardian (if the proposed insured is a juvenile)

Signed at   Miami, Fl                              Signed on   1/15/2014
                (City, State)                                     Date (mmm/dd/yyyy)