UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF
FORESTERS,

    Defendant.
_____/

## PLAINTIFF'S MOTION TO SCHEDULE HEARING OUTSIDE AVAILABLE DISCOVERY HEARING TIME

COMES NOW, Plaintiff, Digna Vinas ("Vinas"), by and through her undersigned counsel, and moves this Honorable Court to set a hearing on a Motion to Schedule Hearing Outside Available Discovery Hearing Time and would state:

1.    This is a first party breach of contract case as a result of the Defendant's failure to pay a life insurance claim. Defendant has denied the claim and seeks rescission of the policy claiming the Decedent made material misrepresentations in the application. Plaintiff denies any material misrepresentation and will establish the policy would have been issued and was, in fact, issued with actual or constructive knowledge of Mr. Vinas' complete medical history.

2.    Plaintiff has scheduled the depositions of five of Defendant's employees who were involved in the claims and underwriting aspects of the policy for January 2019.[1]

---

[1] The parties have set aside the week of January 15-17, 2020 and the week of January 29-31, 2020 and will make a final decision based upon logistical factors.

3. The above depositions were originally scheduled to take place during the week of October 14, 2019, however, Defendant, recently, during the week of September 16, 2019, advised that two of its employees that need to be deposed were no longer employed by Foresters and that Defendant would not produce them for deposition. Defendant has, similarly refused to provide these witnesses addresses and phone numbers so the Plaintiff may subpoena the witnesses for deposition or otherwise arrange for their attendance.[2]

4. Subpoenaing a witness with a U.S. Federal Court Subpoena, to attend a deposition in Canada, is a time-consuming process, the first step of which is to obtain contact information for the witness to be subpoenaed.

5. The Court's only availability in October to address this matter was October 11th, a date defense counsel was unavailable to attend a hearing. The Court's next availability was not until the end of November, which Plaintiff is concerned will not have sufficient time for Plaintiff to go through the international process of subpoenaing the relevant witnesses for deposition.[3]

WHEREFORE, for the reasons set forth above, Plaintiff, Digna Vinas, respectfully requests this Court issue an Order Scheduling a Discovery Hearing in front of Magistrate Judge Goodman outside the current available discovery hearing schedule.

---

[2] Providing contact information including the witnesses' "name, home address, telephone number and title (if no longer employed by the Defendant) would be a supplemental response to an express question asked by Plaintiff in interrogatory number 2A propounded on May 23, 2019. (See attached Exhibit "A").

[3] While there are other discovery issues to be addressed, they are not imminent as is the present matter, so as to support a request for an expedited hearing.

2

### S.D. Fla. L.R. 7.1(a)(3) Certificate

Undersigned counsel certifies that counsel for Defendant has been contacted with respect to the relief requested herein and is authorized to represent that the Defendant opposes the Motion as drafted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2019, the undersigned electronically filed the foregoing document with the clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this date to Kristina B. Pett, Riley Kennedy, Esq., McDowell Hetherington LLP, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431, kristina.pett@mhllp.com, riley.kennedy@mhllp.com.

KRAMER, GREEN, ZUCKERMAN,
GREENE & BUCHSBAUM, P.A.
Co-Counsel for Plaintiff
4000 Hollywood Blvd., Suite 485-S
Hollywood, FL 33021
(954) 966-2112 – phone
(954) 981-1605 - fax


By:   /s/ Craig M. Greene
Craig M. Greene, Esq.
Fla. Bar No. 618421
cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL 33181
(305) 893-5506 – phone
adrianarkin@mintztruppman.com

KRAMER, GREEN, ZUCKERMAN, GREENE & BUCHSBAUM, P.A.
PRESIDENTIAL CIRCLE • 4000 HOLLYWOOD BOULEVARD • SUITE 485 SOUTH • HOLLYWOOD, FL 33021 • BROWARD 954 / 966-2112 • MIAMI-DADE 305 / 374-4382 • FAX 954 / 981-1605