UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF
FORESTERS,

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO DEFENDANT THE INDEPENDENT ORDER OF FORESTERS

COMES NOW, Plaintiff, Digna Vinas ("Vinas"), by and through her undersigned counsel, and pursuant to Federal Rules of Civil Procedure, hereby propounds the following Interrogatories Nos. 1 through 4, to Defendant, The Independent Order of Foresters ("Foresters") to make sufficient inquiry and to answer in writing, under oath, each of the Interrogatories within thirty (30) days from receipt thereof:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2019, the undersigned certifies that the foregoing document is being served this date to Kristina B. Pett, Daniel R. Lazaro,



EXHIBIT "A"

KRAMER GREEN ZUCKERMAN GREENE & BUCHSBAUM, P.A.
PRESIDENTIAL CIRCLE • 4000 HOLLYWOOD BOULEVARD • SUITE 485 SOUTH • HOLLYWOOD, FL 33021 • BROWARD 954 / 966-2112 • MIAMI-DADE 305 / 374-4382 • FAX 954 / 981-1605

McDowell Hetherington LLP, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431, kristina.pett@mhllp.com, daniel.lazaro@mhllp.com.

        KRAMER, GREEN, ZUCKERMAN,
        GREENE & BUCHSBAUM, P.A.
        Co-Counsel for Plaintiff
        4000 Hollywood Blvd., Suite 485-S
        Hollywood, FL  33021
        (954) 966-2112 – phone
        (954) 981-1605 - fax

By:     /s/ Craig M. Greene
        Craig M. Greene, Esq.
        Fla. Bar No. 618421
        cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL  33181
(305) 893-5506 – phone
adrianarkin@mintztruppman.com

# FIRST SET OF INTERROGATORIES TO DEFENDANT, THE INDEPENDENT ORDER OF FORESTERS

1. Please state the name, address and telephone number of the person answering these interrogatories, as well as the relationship of that person to the Defendant.

   **ANSWER:**

2. Please state the name, home address and telephone number and title (if no longer employed by the Defendant) or the name, office address and title (if still employed by the Defendant) of each of the following individuals:

   a) All individuals/representatives of Foresters with knowledge of the day-to-day handling of Vinas' claim;

   b) All individuals/representatives of Foresters who were involved in the underwriting of Rigoberto Vinas' life insurance policy/certificate number 8356627;

   c) The individuals/representative of Foresters who made the ultimate decision to deny Vinas' benefits;

3

d) The supervisors of the claim unit when the decision to deny Vinas' benefits was made;

e) All in-house medical representatives or consultants in any specialty who had input into the decision to deny Vinas' benefits;

f) All outside consultants who had input into the decision to deny Vinas' benefits;

g) All in-house financial representatives or consultants who had input into the decision to deny Vinas' benefits;

h) All outside financial representatives or consultants who had input into the decision to deny Vinas' benefits.

**ANSWER:**

4

3. Please state with specificity, any and all reasons and all bases why Foresters has denied Vinas' benefits.

   **ANSWER:**

4. List the names, addresses and telephone numbers of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which each witness has knowledge.

   **ANSWER:**

     **I understand that I am swearing or affirming under oath to the truthfulness of the answers to these Interrogatories and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: _____, 2019

                           **BY:**        _____
                                              As the Authorized Representative of
                                              THE INDEPENDENT ORDER
                                              OF FORESTERS

                          **NAME:**    _____

                        **POSITION:**   _____

STATE OF _____ )
                           )SS:
COUNTY OF _____ )

     SWORN AND SUBSCRIBED TO before me this ____ day of _____, 2019, by _____, as the Authorized Representative of the INDEPENDENT ORDER OF FORESTERS, who is personally known to me or has produced _____ as identification.

                                                _____
                                                Notary Public

                                                My Commission Expires: _____