UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendant.
_____/

## PLAINTIFF'S SUPPLEMENT TO MOTION TO SCHEDULE HEARING OUTSIDE AVAILABLE DISCOVERY HEARING TIME

COMES NOW, Plaintiff, Digna Vinas ("Vinas"), by and through her undersigned counsel, and hereby supplements her Motion to Schedule Hearing Outside Available Discovery Hearing Time and would state:

1. After Plaintiff filed its Motion to Schedule Hearing Outside Available Discovery Hearing Time (D.E. 37), Defendant served upon Plaintiff, just the <u>addresses</u> for the two witnesses at issue.

2. Plaintiff's counsel immediately contacted defense counsel and requested the witnesses' phone numbers as well, as was originally requested in the interrogatories. It is obviously necessary to speak with and try to coordinate the witnesses' appearance in addition to subpoenaing them, given that the parties are traveling to Canada to take the depositions.

3. Defendant responded, "We do not have the phone numbers." This seemed unusual as the Defendant was the witnesses' employer. Immediately before filing this update, Defendant advised it is again looking for the phone numbers.

4. Nonetheless, Plaintiff wanted to update the Court on the status of the issue before the hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, 2019, the undersigned electronically filed the foregoing document with the clerk of the Court using CM/ECF. The undersigned also certifies that the foregoing document is being served this date to Kristina B. Pett, Riley Kennedy, Esq., McDowell Hetherington LLP, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431, kristina.pett@mhllp.com, riley.kennedy@mhllp.com.

                                          KRAMER, GREEN, ZUCKERMAN,
                                          GREENE & BUCHSBAUM, P.A.
                                          Co-Counsel for Plaintiff
                                          4000 Hollywood Blvd., Suite 485-S
                                          Hollywood, FL 33021
                                          (954) 966-2112 – phone
                                          (954) 981-1605 - fax

By:       /s/ Craig M. Greene
            Craig M. Greene, Esq.
            Fla. Bar No. 618421
            cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL 33181
(305) 893-5506 – phone
adrianarkin@mintztruppman.com

2