UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

       Plaintiff,

v.

THE INDEPENDENT ORDER
OF FORESTERS,

       Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO SCHEDULE HEARING OUTSIDE OF AVAILABLE
DISCOVERY HEARING TIMES AND REPRESENTATIONS MADE THEREIN**

    Defendant, The Independent Order of Foresters ("Foresters"), files this Response to Plaintiff's Motion to Schedule Hearing Outside of Available Discovery Times to clarify its position, which was incorrectly represented in Plaintiff's Motion.

    1.    In Paragraph three of Plaintiff's Motion, Plaintiff represents that Foresters has "refused to provide these [former employee] witnesses [*sic*] addresses and phone numbers so the Plaintiff may subpoena [the witnesses]…" This is an incorrect statement as Plaintiff's Counsel had been informed that Foresters was in the process of confirming that it was not precluded from providing these personal addresses under applicable Ontario law. The addresses were provided once this issue was clarified.

    2.    Further, Counsel for Foresters advised Plaintiff's counsel that it did not oppose the relief sought by Plaintiff in the Motion to Schedule Hearing Outside of Available Discovery Hearing Times. Counsel simply noted that it opposed "certain characterizations made in the motion, particularly as to paragraphs 2 and 3 of the motion." See correspondence between parties, attached as **Exhibit A**. As a result, Counsel for Foresters requested that Plaintiff clarify this position in the Certificate prior to filing the Motion.

    3.    At 4:15 PM, Plaintiff's Counsel indicated that he would not include Foresters' position in the Certificate of the Motion. He noted that he would be filing the Motion

without the inclusion of our position in a mere fifteen minutes if he had not heard back from us regarding same.

4. At this time, Foresters has provided the addresses for the former employees and is in the process of confirming whether it has current phone numbers for these two former employees. Once Foresters confirms this information, it will promptly provide same to Plaintiff's Counsel. As a result, no hearing is required.

<u>Dated</u>: October 21, 2019

MCDOWELL HETHERINGTON LLP
Attorneys for Defendant
2101 N.W. Corporate Blvd., Suite 316
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By:     s/ *Kristina B. Pett*
KRISTINA B. PETT
Fla. Bar No. 0973688
kristina.pett@mhllp.com
RILEY F. KENNEDY
Fla. Bar No. 124149
riley.kennedy@mhllp.com

## CERTIFICATE OF SERVICE

I certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Craig M. Greene, Esq.
Kramer Green Zuckerman Greene & Buchsbaum, P.A.
4000 Hollywood Blvd.
Suite 485-S
Hollywood, FL 33021
cgreene@kramergreen.com
*Counsel for Plaintiff*

Adrian Neiman Arkin, Esq.
Mintz Truppman, P.A.
1700 Sans Souci Blvd.
North Miami, FL 33181
adrian@mintztruppman.com
*Co-Counsel for Plaintiff*

s/ *Kristina B. Pett*
Kristina B. Pett