EXHIBIT A

| | |
|---|---|
| **From:** | Craig Greene |
| **To:** | Riley Kennedy; Dana Birchall |
| **Cc:** | Kristina Pett; Marcia Lamarque; Joanne Napoli |
| **Subject:** | RE: Vinas v. Foresters |
| **Date:** | Tuesday, October 15, 2019 4:15:50 PM |
| **Attachments:** | image001.png |
| | image004.png |

Riley,

I'm not putting a whole explanation of your position. Do you oppose the relief? If you do please advise. If not, please advise. I just need to document one or the other. If I don't hear from you by 4:30, I'll indicate your opposition.

Naturally, if you have any questions, please feel free to contact me.

*Craig*



WWW.KRAMERGREEN.COM

PREEMINENT PEER RATING
MARTINDALE-HUBBELL

**Craig M. Greene, Esq.**

CGreene@KramerGreen.com
Office 954-966-2112
Direct 954-362-3060
Cell 954-290-4848 Fax 954-981-1605
Kramer, Green, Zuckerman, Greene & Buchsbaum, P.A.
4000 Hollywood Blvd. • Suite 485 South
Hollywood, Florida 33021

THIS E-MAIL MESSAGE MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT(S), OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT(S), YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS E-MAIL MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER AND DELETE THIS E-MAIL MESSAGE FROM YOUR COMPUTER.

**From:** Riley Kennedy [mailto:riley.kennedy@mhllp.com]
**Sent:** Tuesday, October 15, 2019 4:13 PM
**To:** Dana Birchall
**Cc:** Kristina Pett; Marcia Lamarque; Craig Greene; Joanne Napoli
**Subject:** RE: Vinas v. Foresters

Thanks Dana.

We do not feel the Certificate is entirely accurate. We would ask that you include in the certificate that while we do not oppose the relief requested as long as the hearing is scheduled on a mutually convenient date and time, *we do oppose* the content of the motion and certain characterizations made in the motion, particularly as to paragraphs 2 and 3 of the motion.

If you make that change in the certificate then it should be fine. Please send adjusted version before filing same.

Sincerely,
Riley F. Kennedy
McDowell Hetherington LLP
P: 561-430-3024 F: 561-982-8985
**CONFIDENTIALITY NOTICE**
The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the

individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.

**From:** Dana Birchall <dbirchall@kramergreen.com>

**Sent:** Tuesday, October 15, 2019 2:45 PM

**To:** Riley Kennedy <riley.kennedy@mhllp.com>

**Cc:** Kristina Pett <kristina.pett@mhllp.com>; Marcia Lamarque <marcia.lamarque@mhllp.com>; Craig Greene <cgreene@kramergreen.com>; Joanne Napoli <JNapoli@kramergreen.com>

**Subject:** Vinas v. Foresters

Hi Mr. Kennedy:

Craig asked me to forward the attached Motion to Schedule Hearing Outside Available Discovery Hearing Time. Please advise if the S.D. Fla. L.R. 7.1(a)(3) Certificate is accurate.

Naturally, if you have any questions, please feel free to contact me.

Dana

DANA R. BIRCHALL (dbirchall@kramergreen.com)

Legal Assistant to

CRAIG M. GREENE, ESQ. (cgreene@kramergreen.com)

KRAMER, GREEN, ZUCKERMAN,

GREENE & BUCHSBAUM, P.A.

4000 Hollywood Boulevard, Suite 485-S

Hollywood, Florida 33021

(954) 362-3061 – direct phone

(954) 981-1605 – fax

------

This email has been scanned for spam and malware by The Email Laundry.