UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendant.
_____/

## NOTICE OF CANCELLATION OF HEARING

Plaintiff, Digna Vinas ("Vinas"), hereby gives notice of the resolution of the matters scheduled for hearing on October 29, 2019 at 3:30 p.m., per D.E. 41., at 99 N.E. Fourth Street, Room 1168, Miami, FL 33132.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2019, the undersigned certifies that the foregoing document is being served this date to Kristina B. Pett, Esq., Riley F. Kennedy, Esq., McDowell Hetherington LLP, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431, kristina.pett@mhllp.com, riley.kennedy@mhllp.com.

    KRAMER, GREEN, ZUCKERMAN,
    GREENE & BUCHSBAUM, P.A.
    Co-Counsel for Plaintiff
    4000 Hollywood Blvd., Suite 485-S
    Hollywood, FL  33021
    (954) 966-2112 – phone
    (954) 981-1605 - fax

    By:    /s/ Craig M. Greene
    Craig M. Greene, Esq.
    Fla. Bar No. 618421
    cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL  33181
(305) 893-5506 – phone
adrianarkin@mintztruppman.com