UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

       Plaintiff/Counter Defendant,

v.

THE INDEPENDENT ORDER
OF FORESTERS,

       Defendant/Counter Plaintiff.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant/Counter-Plaintiff The Independent Order of Foresters ("Foresters") has scheduled a hearing before the Honorable Jonathan Goodman on March 27, 2020, at 4:30 P.M. at the James Lawrence King Federal Building, 99 Northeast Fourth Street, Room No. 1168, Miami, Florida 33132. The parties dispute the relevance of the information sought in Foresters' non-party subpoenas, and the timeliness of Plaintiff's objections. On February 18, 2020, Foresters served Plaintiff with a Notice that it would be issuing five non-party subpoenas on: (1) the Hershman Medical Center ("Hershman"); (2) Humana, Inc. ("Humana"); (3) Kendall Regional Medical Center ("Kendall"); and (4) South Florida Diagnostic Imaging ("South Florida"). In the absence of any objections, Foresters issued the subpoenas for service. Thereafter, on February 24, 2020, Plaintiff's counsel objected to the scope of the subpoenas. On March 3, 2020, Foresters served Plaintiff's counsel with a Notice that it would be issuing an amended subpoena to Kendall at a different address. In the absence of any objections, Foresters issued the amended subpoena for service. Thereafter, on March 5, 2020, Plaintiff's

counsel claimed that the subpoenas sought irrelevant information and instructed the recipients not to respond until the Court could address his objection.

## Certificate of Good Faith Conference

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned certifies that she has conferred with counsel for Plaintiff and the parties have been unable to resolve the dispute.

Dated: March 11, 2020

MCDOWELL HETHERINGTON LLP
Attorneys for Defendant/Counter Plaintiff
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax

By: ___s/Kristina B. Pett
KRISTINA B. PETT
Fla. Bar No. 0973688
kristina.pett@mhllp.com
DANIELLE E. SHURE
Fla Bar No. 118911
danielle.shure@mhllp.com

**CERTIFICATE OF SERVICE**

      I certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Craig M. Greene, Esq.
      Kramer Green Zuckerman Greene & Buchsbaum, P.A.
      4000 Hollywood Blvd.
      Suite 485-S
      Hollywood, FL 33021
      cgreene@kramergreen.com
      *Counsel for Plaintiff/Counter Defendant*

      Adrian Neiman Arkin, Esq.
      Mintz Truppman, P.A.
      1700 Sans Souci Blvd.
      North Miami, FL 33181
      adrian@mintztruppman.com
      *Co-Counsel for Plaintiff/Counter Defendant*

      s/Kristina B. Pett
      Kristina B. Pett