# EXHIBIT 1



*March 2020*

---

**Dear [    ],**

During the current uncertainty regarding travel and gathering in groups, we'd like to assure you that Upchurch Watson White & Max has taken measures for your comfort and safety and the comfort and safety of your clients.

As always, we continue to keep our offices scrupulously clean and have plenty of hand sanitizer available. We have urged our neutrals and associates not to come into a resolution center while they are experiencing symptoms such as fever, cough, shortness of breath, sore throat, runny or stuffy nose, body aches, headache, chills or fatigue. We request the same of all visitors. (For advice on Covid-19 prevention please see the CDC recommendations.)

Should you decide it is in your best interest not to travel at all, we also can provide a superior high-definition video conferencing experience through our partners at GoToMeeting, longtime experts in "virtual workplaces" and remote collaboration. Please let your mediator's case manager know if you prefer this option, and we will coordinate this service as well as every other aspect of your mediation.

Please feel free to contact any of our offices with specific questions:

- Ormond Beach, (386) 253-1560 or (800) 264-2622. Contact: Heather Lariscy, hlariscy@uww-adr.com
- Maitland, (407) 661-1123 or (800) 863-1462. Contact: Rose Mercado, rmercado@uww-adr.com
- West Palm Beach, (561) 533-7553 or (800) 863-1462. Contact: Norma Abreu, nabreu@uww-adr.com

- Plantation, (954) 423-8856 or (800) 863-1462. Contact: Heidi Cohen, hcohen@uww-adr.com
- Miami, (305) 266-1224 or (800) 863-1462. Contact: Cristal Galvez, cgalvez@uww-adr.com
- Ocala, (352) 877-4767 or (800) 863-1462. Contact: Renée Thompson, rthompson@uww-adr.com
- Birmingham, (205) 933-9033, (888) 435-9033. Contact: Katie Sides, ksides@uww-adr.com

Thank you for your business and your trust.

**John Upchurch**
President and CEO
Upchurch Watson White & Max

linkedin    twitter    facebook