# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF
FORESTERS,

    Defendant.
_____/

## **PLAINTIFF'S INITIAL DISCLOSURES**

COME NOW, Plaintiff, Digna Vinas ("Vinas"), and pursuant to Rule 26(a)(1) of the Federal Rules of Civil, hereby states as follows:

**1. Pursuant to Rule 26(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each party is required to provide the name, and if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

    a. Corporate Representative of The Independent Order of Foresters
       c/o Lazaro, McDowell Hetherington LLP
       2101 N.W. Corporate Blvd. Suite 316
       Boca Raton, FL 33431

       This/these witness/witnesses is/are believed to have knowledge of both underwriting and claim issues relevant to the Defendant's denial of coverage in the present case as well as the damages sustained.

    b. Corporate Representative of The Independent Order of Foresters
       c/o Lazaro, McDowell Hetherington LLP
       2101 N.W. Corporate Blvd. Suite 316
       Boca Raton, FL 33431

       This witness is a Corporate Representative of The Independent Order of Foresters ("Foresters"). He/she is expected to have knowledge of the insurance claim and reasons for the denial of insurance coverage.

    c. Lisa Buckland
     The Independent Order of Foresters
     c/o Lazaro, McDowell Hetherington LLP
     2101 N.W. Corporate Blvd. Suite 316
     Boca Raton, FL 33431

   This witness has knowledge of the insurance claim and reasons for the denial of insurance coverage.

    d. Digna Vinas
     c/o Kramer, Green, Zuckerman, Greene & Buchsbaum, P.A.
     4000 Hollywood Boulevard, Suite 485
     Hollywood, FL  33021

   Plaintiff will have knowledge regarding the facts and circumstances surrounding Foresters' denial of insurance coverage and damages incurred.

    e. Kenneth Hershman, M.D.
     11479 S.W. 40th Street
     Miami FL  33165

   This witness will have knowledge regarding Rigoberto Vinas' health as his treating physician.

    f. All witnesses listed on Defendant's Rule 26(a) Initial Disclosures.

    g. It is anticipated that additional discovery and revelation or clarification of the present issues in dispute will result in the need to name additional witnesses.

**2. Pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party is required to provide a copy of, or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

    a. Foresters' entire claim file to be produced by Foresters.
    b. Foresters' entire underwriting file to be produced by Foresters.
    c. Foresters' SMART Universal Life Insurance Policy/Certificate No. 83556627 which was filed with the Court as an Exhibit to the Complaint.
    d. April 5, 2017 Denial letter in Foresters' possession.
    e. Rigoberto Vinas' Application for Individual Life Insurance Form in Foresters' possession.

  f. Rigoberto Vinas' Diabetes Questionnaire in Foresters' possession.
Rigoberto Vinas' medical records from Dr. Hershman located at Dr. Hershman's office, 11479 S.W. 40th Street, Miami FL  33165.
  g. Forester's underwriting guidelines applicable to this claim to be produced by Defendant.
  h. Forester's claim manual applicable to this claim to be produced by Defendant.
  i. All documents that may have inadvertently not been listed in these Initial Disclosures but are being produced in correspondence with these Initial Disclosures.
  j. All documents listed on Defendant's Rule 26(a) Initial Disclosures.
  k. Digna Vinas anticipates identifying various other documents, data compilations, and tangible things relevant to disputed facts through discovery. Plaintiff reserves the right to supplement these disclosures as discovery progresses and additional documents, individuals and/or corporate representatives are revealed.
  l. It is anticipated that additional discovery and revelation or clarification of the present issues in dispute will result in the need to obtain additional documents from other sources including but not limited to Defendant, Foresters.

**3. Pursuant to Rule 26(a)(1)(A)(iii) of the Federal Rules of Civil Procedure, each party is required to provide a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff's damages can be computed by adding the amount of the life insurance policy proceeds to the amount of attorney's fees due under Florida Statute §627.428 to the amount of prejudgment interest that has accumulated and will accumulate onto both the insurance proceeds and attorney's fees.

**4. Pursuant to Rule 26(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, each party is to provide for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2019, the undersigned certifies that the foregoing document is being served this date to Kristina B. Pett, Daniel R. Lazaro,

McDowell Hetherington LLP, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431, kristina.pett@mhllp.com, daniel.lazaro@mhllp.com.

        KRAMER, GREEN, ZUCKERMAN,
        GREENE & BUCHSBAUM, P.A.
        Co-Counsel for Plaintiff
        4000 Hollywood Blvd., Suite 485-S
        Hollywood, FL  33021
        (954) 966-2112 – phone
        (954) 981-1605 - fax

        By:      /s/ Craig M. Greene
              Craig M. Greene, Esq.
              Fla. Bar No. 618421
              cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL  33181
(305) 893-5506 – phone
adrian@mintztruppman.com