# EXHIBIT 6



P.O. Box 179  
Buffalo, NY 14201–0179

T 800 828 1540  
F 877 329 4631

foresters.com

April 5, 2017

Digna Vinas  
4155 SW 108th Ave  
Miami, FL   33165

Decedent Name: Rigoberto Vinas  
Certificate Number: 8356627

Dear Mrs. Vinas:

We have completed our review of the information received with respect to your claim for benefits, under the above life insurance certificate, arising from the unfortunate passing of Rigoberto Vinas.

The certificate was issued on January 26, 2015 with an effective date of January 26, 2015. Because the date of death occurred within two years of the effective date, the certificate was contestable.

The Application for Individual Life Insurance was completed by voice signature on January 12, 2015, in Florida. Our review determined that shortly after Mr. Vinas completed the initial application, evidence was found that Mr. Vinas had a history of Diabetes. This had not been disclosed on the application. In response to those findings, we requested Mr. Vinas complete a Diabetes Questionnaire, which he completed and signed on January 15, 2015. By signing the completed questionnaire, Mr. Vinas was declaring:

> "I declare that I have read this Diabetes Questionnaire and represent that the information provided, as shown in this questionnaire, is true, and is a complete disclosure of all information requested in this questionnaire, to the best of my knowledge and belief.  I understand and agree that this questionnaire is part of and subject to the Application. I also understand and agree that the information provided in this questionnaire will be relied upon as evidence of insurability that will influence the assessment and acceptance of the application by Foresters."

We have concluded our review of the information obtained during our contestable claim investigation. Our findings are as follows:

Question 7 of the Diabetes Questionnaire asks:

"7. Related to this condition [Diabetes], have you ever had:

…

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.



EXHIBIT "C"

IOF-000046

  iv) Kidney problems (including protein in your urine)?
  v) Sensory problems (such as burning in your feet)?"

Mr. Vinas answered "No" to the above questions. Based on the information found during our contestable investigation, the answers to the sections of this question should have been "Yes".

The medical information we received during our claim investigation indicates that Mr. Vinas had a history of Diabetic Nephropathy and Neuropathy. We found these conditions were present during the time period stated in the question, including but not limited to 2014-2015, and should have been disclosed at the time the application and questionnaire was completed.

In addition, Question 11 of the Diabetes Questionnaire and the answer provided was:

> "[Question] - Please provide any additional information that you feel is important in relation to this condition:
>
> [Answer] – Proposed insured had a medical exam done for an insurance policy in 2012. The medical examiner told him that he had Diabetes. After following up with his primary doctor and doing additional testing he concluded that the proposed insured did not have Diabetes. He's never taken medication or had treatment for this condition."

The medical information we reviewed further indicated that Mr. Vinas had been diagnosed as having Diabetes at the time the application was taken, as well as previously including during 2014. We found that his then-present diagnosis of Diabetes should have been disclosed at the time the application and questionnaire was completed.

Foresters relied on Mr. Vina's responses in the application and the questionnaire when it subsequently issued this certificate. The information sought by Foresters in the application and questionnaire was material to our decision to issue this certificate. Had accurate and complete information regarding Mr. Vinas' health and medical treatment been disclosed at the time the application and questionnaire was completed, the certificate would not have been issued as applied for.

For the reasons set out above, we are rescinding the certificate issued on the life of Mr. Vinas, certificate number 8356627. As a result, no death benefit is payable under this certificate.

Enclosed is our check # 508553 in the amount of $11,448.00 representing all premiums paid for certificate number 8356627.

Foresters reserves all rights and defences, including any and all claims and defences that it may have or further discover, whether or not expressly stated herein, concerning this claim for certificate benefits. Nothing in this letter or any other communication that you have received, or will receive from us, should be interpreted as waiving or prejudicing any of our rights and defences under the certificate, including any and all claims and defences as aforementioned.

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.

IOF-000047

If you have any medical or other information that you think would show that the conclusions arrived at, as described above, are incorrect or incomplete, we ask that you provide us with all such information so we may conduct a further review. Please send it to my attention at the address noted above.

If you have any additional concerns or questions, please contact me at (800) 828-1540, extension 4724.

Sincerely,

Lisa Buckland
Senior Claims Adjudicator
Claim Services

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.

IOF-000048