UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff/Counter Defendant,

v.

THE INDEPENDENT ORDER
OF FORESTERS,

    Defendant/Counter Plaintiff.
_____/

**THE INDEPENDENT ORDER OF FORESTERS' NOTICE
OF FILING THE DECLARATION OF KRISTINA B. PETT, ESQ.**

    Pursuant to this Court's Paperless Order (Doc. 66), the Independent Order of Foresters files the attached Declaration of Kristina B. Pett, Esq.

Dated: March 31, 2020

    MCDOWELL HETHERINGTON LLP
    Attorneys for Defendant/Counter Plaintiff
    2385 N.W. Executive Center Drive, Suite 400
    Boca Raton, FL 33431
    (561) 994-4311
    (561) 982-8985 fax

    By: _s/Kristina B. Pett
        KRISTINA B. PETT
        Fla. Bar No. 0973688
        kristina.pett@mhllp.com
        DANIELLE E. SHURE
        Fla Bar No. 118911
        danielle.shure@mhllp.com

## **CERTIFICATE OF SERVICE**

      I certify that on March 31, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Craig M. Greene, Esq.
>Kramer Green Zuckerman Greene & Buchsbaum, P.A.
>4000 Hollywood Blvd.
>Suite 485-S
>Hollywood, FL 33021
>cgreene@kramergreen.com
>*Counsel for Plaintiff/Counter Defendant*
>
>Adrian Neiman Arkin, Esq.
>Mintz Truppman, P.A.
>1700 Sans Souci Blvd.
>North Miami, FL 33181
>adrian@mintztruppman.com
>*Co-Counsel for Plaintiff/Counter Defendant*
>
>      s/Kristina B. Pett
>      Kristina B. Pett