UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/
GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF
FORESTERS,

    Defendant.
_____/

**EXPEDITED UNOPPOSED MOTION FOR CLARIFICATION
OF COURT ORDERS DE 66 AND DE 68**

    Plaintiff, Digna Vinas ("Vinas"), by and through undersigned counsel and pursuant to S.D. Fla. L.R. 7.1(d)(2) and the Court's Paperless Orders (DE 66 and 68), hereby moves this Court for Clarification of its Paperless Orders, DE 66 and 68, and states:

    1.    Undersigned counsel has spent the last three days preparing his Declaration and Memorandum in compliance with the Court's Paperless Orders (DE 66 and 68). While the documents are almost ready to be filed, undersigned estimates approximately another three hours will be necessary.

    2.    Today, April 3, 2020 at 10:13 a.m., opposing counsel contacted undersigned and advised that Defendant, Foresters, had agreed to pay the full amount of the life insurance benefit at issue as well as all accrued interest up through payment of the benefit. The parties are still discussing the issue of consequential damages, fraud, and the amount of costs and attorney's fees. Defendant's payment, however, will resolve a very large portion of the case,

including the subpoena discovery issues the Court is presently considering as part of DE 66 and 68.

3. Undersigned has practiced before this Court for a number of years, however, and knows that whole or partial settlement of an issue or the case might not eliminate this Court's desire to continue to address the issues raised in both Paperless Orders. As such, undersigned did not want to be so presumptuous as to assume the parties were relieved of their respective obligations under those Orders. This is especially so as there is still a potential the parties may disagree as to the amount of attorney's fees to be paid, an issue which may fall on this Court to resolve.

4. An expedited ruling is needed on this matter so the parties may know if the Court wishes them to continue to comply with the Court's Paperless Orders, DE 66 and 68, the first compliance, which is due to be filed by Plaintiff today.

WHEREFORE, Plaintiff, Digna Vinas, requests clarification given the above circumstances as to whether the Court wishes the parties to continue to comply with the Court's instructions in Paperless Orders DE 66 and 68.

### S.D. Fla. L.R. 7.1(a)(3) Certificate

Undersigned counsel certifies that counsel for Defendant has been contacted with respect to the relief requested herein and is authorized to represent that the Defendant does not oppose the relief sought.



I HEREBY CERTIFY that on April 3, 2020, the foregoing document was served via the CM/ECF system to Kristina B. Pett, Esq., Danielle Shure, Esq., McDowell Hetherington LLP, Attorneys for Defendant, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431, kristina.pett@mhllp.com, Danielle.shure@mhllp.com.

        KRAMER, GREEN, ZUCKERMAN,
GREENE & BUCHSBAUM, P.A.
Co-Counsel for Plaintiff
4000 Hollywood Blvd., Suite 485-S
Hollywood, FL  33021
(954) 966-2112 – phone
(954) 981-1605 – fax

By:       /s/ Craig M. Greene
Craig M. Greene, Esq.
Fla. Bar No. 618421
cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL  33181
(305) 893-5506 – phone
adrian@mintztruppman.com