UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendant.
_____/

**NOTICE OF FILING PROPOSED ORDER**

Plaintiff, Digna Vinas ("Vinas"), hereby gives notice of filing the attached proposed Order regarding Plaintiff's Expedited Unopposed Motion for Clarification of Court Orders DE 66 and DE 68 (DE 69).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2020, the undersigned certifies that the foregoing document is being served this date to Kristina B. Pett, Esq., Danielle Shure, Esq., McDowell Hetherington LLP, 2385 N.W. Executive Center Drive, Suite 400, Boca Raton, FL 33431, kristina.pett@mhllp.com, Danielle.shure@mhllp.com.

    KRAMER, GREEN, ZUCKERMAN,
    GREENE & BUCHSBAUM, P.A.
    Co-Counsel for Plaintiff
    4000 Hollywood Blvd., Suite 485-S
    Hollywood, FL  33021
    (954) 966-2112 – phone
    (954) 981-1605 - fax

    By: _____/s/ Craig M. Greene_____
    Craig M. Greene, Esq.
    Fla. Bar No. 618421
    cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL  33181
(305) 893-5506 – phone
adrianarkin@mintztruppman.com