UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendant.
_____/

## NOTICE OF PARTIAL SETTLEMENT

COME NOW the parties, Plaintiff, Digna Vinas ("Vinas"), and Defendant, The Independent Order of Foresters ("Foresters"), by and through undersigned counsel and pursuant to S.D. Fla. L.R. 16.4, hereby file this Notice of Partial Settlement and state:

1. The parties have resolved some issues in the case, including:

    A. Foresters has agreed to pay Vinas the total amount due under the life insurance certificate in question.

    B. Foresters has agreed to pay interest at the appropriate statutory rate until the policy funds are received by Plaintiff.

    C. Foresters has agreed to pay a reasonable attorney's fee and recoverable costs.

2. Several issues remain unresolved including:

    A. Plaintiff's entitlement to consequential damages, and if so the amount.

B. Plaintiff has filed a Motion to Amend her complaint to add a claim for Fraud in the Inducement and seeking punitive damages. Defendant has filed an Opposition to the Motion. Plaintiff's Reply is not yet due.

C. The amount of reasonable attorney's fees and recoverable costs to which Plaintiff is entitled.

The parties are presently in discussions to attempt to resolve the remaining issues.

**Dated this 7th day of April, 2020.**

Respectfully Submitted,

/s/ Craig M. Greene, Esq.
CRAIG M. GREENE, ESQUIRE
Florida Bar No.: 618421
KRAMER, GREEN, ZUCKERMAN,
GREENE & BUCHSBAUM, P.A.
4000 Hollywood Blvd., Ste. 485-S
Hollywood, Florida 33021
Telephone: (954) 966-2112
Facsimile: (954) 981-1605
cgreene@kramergreen.com
dbirchall@kramergreen.com
jnapoli@kramergreen.com
*Co-Counsel for Plaintiff*

/s/ Kristina B. Pett, Esq.
KRISTINA B. PETT, ESQUIRE
Florida Bar No.: 0973688
McDOWELL HETHERINGTON, LLP
2101 N.W. Corporate Blvd.
Suite 316
Boca Raton, FL 33431
Telephone:   (561) 994-4311
Facsimile:   (561) 982-8985
Kristina.pett@mhllp.com
Marcia.lamarque@mhllp.com
*Attorneys for Defendant*

I HEREBY CERTIFY that on April 7, 2020, the foregoing document was served via the CM/ECF system to Kristina B. Pett, Esq., Danielle Shure, Esq., McDowell Hetherington

LLP, Attorneys for Defendant, 2101 N.W. Corporate Blvd. Suite 316, Boca Raton, FL 33431,

kristina.pett@mhllp.com, Danielle.shure@mhllp.com.

                          KRAMER, GREEN, ZUCKERMAN,
                          GREENE & BUCHSBAUM, P.A.
                          Co-Counsel for Plaintiff
                          4000 Hollywood Blvd., Suite 485-S
                          Hollywood, FL  33021
                          (954) 966-2112 – phone
                          (954) 981-1605 – fax

                          By:       /s/ Craig M. Greene
                                  Craig M. Greene, Esq.
                                  Fla. Bar No. 618421
                                  cgreene@kramergreen.com

and

Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL  33181
(305) 893-5506 – phone
adrian@mintztruppman.com