UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-24100-MGC

DIGNA VINAS,

    Plaintiff,

vs.

THE INDEPENDENT ORDER OF
FORESTERS,

    Defendant.
_____/

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff, Digna Vinas ("Vinas"), by and through undersigned counsel and pursuant to S.D. Fla. L.R. 7.1(c), hereby files her Response in Opposition to Foresters' Motion for Leave to File Sur-Reply (D.E. 80) and states:

1. It is too-well settled to be disputed that sur-replies are appropriate only where the reply improperly raises new arguments, issues, matters, etc. See Federal Trade Commission v. Lalonde, 545 Fed. Appx., 825, 836 (Magistrate did not abuse discretion in striking a sur-reply when the party filing the reply did not raise any new issues); In re: Herman v. Welt, 214 WL 11428191 (S.D. Fla., June 5, 2014), n. 1 (Motion to file sur-reply denied when reply brief did not raise new arguments); Rivera v. Servis One, Inc., 2018 WL 6448419 (M.D. Fla., Oct. 16, 2018) (same); Fillichio v. M.R.S. Associates, Inc., 210 WL 4261442 (S.D. Fla., Oct. 19, 2019), n. 1.

2. In the present case, not only did Vinas not raise any new arguments in her Reply (D.E. 79), Foresters' Motion to file a sur-reply doesn't even allege Vinas raised any new matters. Even a cursory review of Vinas' Reply reflects it literally tracks Foresters' Response argument-by-argument. Nothing new was raised.

3. Foresters' basis for requesting a sur-reply, to cite cases and amplify an argument that was previously available but either not argued or insufficiently argued, is not a valid basis for a sur-reply. Further, Foresters' Motion to File the Sur-Reply, already improperly presents legal argument responding to Vinas' Reply without leave of Court in violation of S.D. Fla. L.R. 7.1(c).

WHEREFORE, Plaintiff, Digna Vinas, respectfully requests this Court deny Defendant, Foresters', Motion for Leave to File a Sur-Reply.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been electronically filed with the Court and a copy has been served on April 20, 2020 on: Kristina B. Pett, Esq. Kristina.pett@mhllp.com and Danielle Shure, Esq., Danielle.shure@mhllp.com, McDowell, Hetherington, LLP, 2101 N.W. Corporate Blvd., Suite 316, Boca Raton, FL 33431.

KRAMER, GREEN, ZUCKERMAN,
GREENE & BUCHSBAUM, P.A.
Co-Counsel for Plaintiff
4000 Hollywood Blvd., Suite 485-S
Hollywood, FL 33021
(954) 966-2112 – phone
(954) 981-1605 - fax

By:      /s/ Craig M. Greene
Craig M. Greene, Esq.
Fla. Bar No. 618421
cgreene@kramergreen.com

and
Adrian Neiman Arkin, Esq.
MINTZ, TRUPPMAN, P.A.
Co-Counsel for Plaintiff
1700 Sans Souci Boulevard
North Miami, FL 33181
(305) 893-5506 – phone
adrianarkin@mintztruppman.com