UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

       Plaintiff,

v.

THE INDEPENDENT ORDER
OF FORESTERS,

       Defendant.
_____/

## DEFENDANT'S NOTICE OF AUTHORITIES

Defendant, The Independent Order of Foresters ("Foresters"), pursuant to this Court's Order of Referral and Order Regarding Court Practices and Procedures (D.E. 4) and Magistrate Judge Goodman's Discovery Procedures Order contained therein, hereby files this Notice of Authorities in support of its position at the Discovery Hearing on November 18, 2020 at 2:30 p.m., as follows:

1. Eldredge v. Edcare Mgmt., Inc., No. 12-61984, 2013 WL 12131898, at *2 (S.D. Fla. April 2, 2013)

    Denying a motion to compel production of a fee arrangement as premature because the plaintiff had not prevailed on her underlying claims.

2. Brady v. Lauderhill Auto Investors I, LLC, No. 10-60095-CIV, 2010 WL 4135329, at **3-4 (S.D. Fla. Oct. 19, 2010)

    Denying a motion to compel a response to an interrogatory regarding attorney's fees as premature because liability had not been established, and a motion for attorney's fees was not pending.

3. <u>Walker v. Am. Radiographics, Inc.</u>, No. 10-60340-CIV, 2010 WL 4064022, at *2 (S.D. Fla. Oct. 15, 2010).

>Denying a motion to compel a response to a request for production seeking billing records as premature because there was no pending motion for attorney's fees and costs.

Dated: November 4, 2020

MCDOWELL HETHERINGTON LLP
Attorneys for Defendant/Counter Plaintiff
2385 N.W. Executive Center Drive, Suite 400
Boca Raton, FL 33431
(561) 994-4311
(561) 982-8985 fax


By: _s/Kristina B. Pett_____
KRISTINA B. PETT
Fla. Bar No. 0973688
kristina.pett@mhllp.com
DANIELLE E. SHURE
Fla Bar No. 118911
danielle.shure@mhllp.com

## CERTIFICATE OF SERVICE

I certify that on November 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Craig M. Greene, Esq.
>Kramer Green Zuckerman Greene & Buchsbaum, P.A.
>4000 Hollywood Blvd.
>Suite 485-S
>Hollywood, FL 33021
>cgreene@kramergreen.com
>*Counsel for Plaintiff/Counter Defendant*
>
>Adrian Neiman Arkin, Esq.
>Mintz Truppman, P.A.
>1700 Sans Souci Blvd.
>North Miami, FL 33181
>adrian@mintztruppman.com
>*Co-Counsel for Plaintiff/Counter Defendant*

>s/Kristina B. Pett
>Kristina B. Pett