UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-24100-CIV-COOKE/GOODMAN

DIGNA VINAS,

    Plaintiff,

v.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendant.
_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

On November 18, 2020, the Undersigned held a telephone conference hearing on the parties' discovery disputes. [ECF Nos. 113; 118]. At the hearing, the Undersigned **ordered** as follows:

The Undersigned is not going to require Defendant to submit its attorneys' billing records to Plaintiff at this time. However, in order to make the mediation more meaningful, by November 23, 2020, Defendant shall produce to Plaintiff an affidavit or declaration stating the following: the amount of fees which defense counsel's firm billed in this matter, up to and including today; the number of hours billed (broken down on a timekeeper-by-timekeeper basis, including paralegals); and the billing rate for each

timekeeper.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on November 18, 2020.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All counsel of record