# EXHIBIT A

**MIB** Coded 2/22/12

**DIABETES MELLITUS**
CURRENT TREATMENT BY ORAL MEDICATION OR NON-INSULIN INJECTIONS

INFORMATION OBTAINED FROM LICENSED PHYSICIANS OR MEDICAL PRACTITIONERS, HOSPITALS, CLINICS, OR OTHER MEDICAL OR MEDICALLY RELATED FACILITIES

WITHIN 2ND YEAR PRIOR TO APPLICATION

| | |
|---|---|
| Insured Name | Vinas, Rigoberto |
| Age | 73 |
| Risk Last Assessed On | 01/12/2015 11:44 |
| MIB Status | Converted Hit |
| Last MIB Run Date | 01/12/2015 11:44 |

**Prescription History**

| | |
|---|---|
| Gender | Male |
| Priors Exist | No |
| Manual Review Pending | Yes |
| Prescription History Status | No Hit |
| Last PH Run Date | 01/12/2015 11:44 |

CONFIDENTIAL

