Rigoberto Vinas
Cert#8356627

**EXHIBIT B**





Artifacts



4



# Risk Assessment
## Underwriting summary

**New Business + Underwriting** — Foresters

Case Home | Case Details | Requirements | Artifacts | Risk Assessment

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case #: | 8356627 | Product: | SMART UL – Guideline Premium Test 2013 | Status: | Finalized | Preferences | |
| Insured Details: | Vinas, Rigoberto | Face Amount: | $92,000.00 | Modal Premium: | $477.00 | | |
| Gender/Age: | Male / 73 | Case Manager: | Brooks, Julie | D.O.B: | REDACTED | Application Version: | 2012 |
| Due Date: | 02/06/2015 | Agent: | Lightbourn, Jazmin | Smoker Status: | Non Smoker | Underwriter: | Wallace, David |

### Risk Summary & Decision

Decision Summary | Insured Summary | Risk Exception | Evidence Exception

Tabs: Underwriting Summary | Underwriting Checklist | Other UW Information | Reinsurance Details

### Decision Summary

| Coverage/Insured | Decision on POS | NB+U Decision Post Submission | Underwriter Decision | Final Decision |
|---|---|---|---|---|
| SMART UL - GPT Vinas, Rigoberto | | Refer to Underwriter | Accept with rating 0 to 50 | Accept with rating 0 to 50 |

POS Decision Communicated to: -
POS Reason: -

| | | | | |
|---|---|---|---|---|
| Amount: Applied For | - | | Final Underwriting Class: | Standard |
| Amount: Foresters Priors | - | | Tobacco Premium Basis: | Non tobacco |
| Amount: Risk Assessment | - | | Occupation Class: | Class 2 |
| Amount: Age / Amount | - | | | |
| Amount: All Companies | - | | | |

### Insured Summary

| | | | | |
|---|---|---|---|---|
| Insured Name | Vinas, Rigoberto | | Gender | Male |
| Age | 73 | | Priors Exist | No |
| Risk Last Assessed On | 01/12/2015 11:44 | | Manual Review Pending | Yes |
| MIB Status | Converted Hit | | Prescription History Status | No Hit |
| Last MIB Run Date | 01/12/2015 11:44 | | Last PH Run Date | 01/12/2015 11:44 |

### Risk Exception Summary

| Risk Type | Risk | NB+U Decision | Created Date |
|---|---|---|---|
| Medical | Insured older than 65 with no History | Refer To Underwriter | 01/12/2015 11:44 |

# Coverage List



Other Insurance



# Requirements



Current Case







