# EXHIBIT C



789 Don Mills Road  
Toronto, ON M3C 1T9  
Canada

T 800 828 1540  
T 416 429 3000  
F 416 429 3896

US mailing address  
P.O. Box 179  
Buffalo, NY 14201-0179

foresters.com

January 16, 2015

Mr Rigoberto Vinas  
REDACTED

Record Number: 8356627

Dear Mr. Vinas:

Thank you for your application to Foresters™.

During the application process, Foresters provided you with a description of MIB, Inc. MIB is a nationwide specialty consumer-reporting agency which operates an information exchange on behalf of insurers. We informed you upon your request, MIB could arrange for disclosure of any information it may have in their file about you.

MIB sent us a brief, coded report that appears to pertain to you. We acknowledge the possibility, however unlikely, that it could relate to a person with a name similar to yours. For this reason, we conducted an investigation and attempted to ascertain whether this MIB record information actually pertains to you. Because we have not been successful in making this determination, we are asking you to obtain your MIB Consumer File by calling MIB's toll free number (866) 692-6901 or by going to its website at https://www.mib.com/disclosuretransfer/disclosureservice/formrequest to request it on-line.

Once you have obtained your MIB Consumer File, you should send a copy to us so we may proceed with underwriting your application. If your MIB Consumer File contains any personal or medical information that was not disclosed on your application or during the underwriting process then you **must** provide us with details about this information, including the name and contact information for your healthcare provider, dates of treatment, diagnosis and type of treatment (as applicable). If you believe that your MIB Consumer File contains inaccurate or incomplete information, then you may wish to defer the underwriting of your application and first seek a correction or amendment of this information in accordance with the "reinvestigation" (or "disputed accuracy") procedures set forth in the federal Fair Credit Reporting Act. If that is the case, you must notify us that your MIB Consumer File is inaccurate and incomplete and advise us that you will be seeking a reinvestigation by MIB. If we do not receive your MIB disclosure within two weeks of this letter, we will assume that you do not wish to proceed with your application.

Sincerely,

*Julie Brooks*

Julie Brooks  
New Business Case Manager

MIB

406778 US (11/12)

Foresters™ is the trade name and a trademark of The Independent Order of Foresters.

IOF-000051