# EXHIBIT D

## FAX COVER SHEET

| | |
|---|---|
| TO | Foresters Independent |
| COMPANY | |
| FAX NUMBER | 18662716217 |
| FROM | Jane Byun |
| DATE | 2015-01-22 18:17:22 GMT |
| RE | 8356627 Rigoberto Vinas |

### COVER MESSAGE

Agent: Jazmin Lightbourn 8249321


Medical Insurance Letter

IOF-000052



Lloyd Hershman, M.D.
General Practice
Diplomate American Board
of Pediatrics

Kenneth Hershman, M.D.
Diplomate American Board
of Internal Medicine
Geriatric Medicine

January 22, 2015

RE:  **VINAS, RIGOBERTO**
D.O.B.: REDACTED

To Whom It May Concern:

Please be advised that the above mentioned patient has been under my medical care for 15 years. This patient is in good health and is not taking any medication for diabetes or on a diabetic diet. He has been advised to diet and exercise on a regular basis.

If you should have any further questions regarding this matter, do not hesitate to contact me at (305) 221-7235.

Sincerely,

Kenneth Hershman, M.D.

KH /cf

11479 S.W. 40 Street, Miami, FL 33165
Tel: 305-221-7235, Fax: 305-220-1847

IOF-000053