# EXHIBIT F

February 1ˢᵗ 2017

Certificate Number: 8356627

Forester Financial Claims
145 Gruner Road
Cheektowaga, New York 14227

To Whom It May Concern:

I am sending you the Medical Records for 5 yrs that you requested regarding my husband, Rigoberto Vinas, whom past January 11, 2017 and an original Death Certificate.

Please contact me if you have any questions 347 276 7720

Thank you,

*Digna Vinas* (signature)
Digna Vinas
**REDACTED**

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS
### CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2017004640  **DATE ISSUED:** January 13, 2017
**STATE FILE DATE:** January 13, 2017

**DECEDENT INFORMATION**
NAME: RIGOBERTO VINAS
DATE OF DEATH: January 11, 2017   SEX: MALE   SSN: REDACTED   AGE: 075 YEARS
DATE OF BIRTH: REDACTED   BIRTHPLACE: MINAS DE MATAHAMBRE, CUBA
PLACE OF DEATH: EMERGENCY ROOM/OUTPATIENT
FACILITY NAME OR STREET ADDRESS: KENDALL REGIONAL MEDICAL CENTER
LOCATION OF DEATH: MIAMI, MIAMI-DADE COUNTY, 33175

**SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION**
MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: DIGNA PEREZ
RESIDENCE: REDACTED   COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY: UNION CARPENTER, CARPENTRY
RACE: X White  _Black or African American  _Asian Indian  _Chinese  _Filipino  _Native Hawaiian  _Japanese  _Korean
_American Indian or Alaskan Native--Tribe  _Vietnamese  _Other Asian:
_Guamanian or Chamorro  _Samoan  _Other Pacific Isl:  _Other:  _Unknown
HISPANIC OR HAITIAN ORIGIN? YES, CUBAN
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE   EVER IN U.S. ARMED FORCES? NO

**PARENTS AND INFORMANT INFORMATION**
FATHER/PARENT: ROBERTO VINAS
MOTHER/PARENT: FORTUNA CRUZ
INFORMANT: BENJAMIN VINAS
RELATIONSHIP TO DECEDENT: SON
INFORMANT'S ADDRESS: REDACTED

**PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION**
PLACE OF DISPOSITION: LAKESIDE MEMORIAL PARK
DORAL, FLORIDA
METHOD OF DISPOSITION: BURIAL
FUNERAL DIRECTOR/LICENSE NUMBER: KENNETH PEELE III, F078096
FUNERAL FACILITY: LAKESIDE MEMORIAL PARK AND FUNERAL HOME F050170
10301 NW 25TH ST, MIAMI, FLORIDA 33172

**CERTIFIER INFORMATION**
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 1500   DATE CERTIFIED: January 13, 2017
CERTIFIER'S NAME: KENNETH DAVID HERSHMAN
CERTIFIER'S LICENSE NUMBER: ME56448
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

**CAUSE OF DEATH AND INJURY INFORMATION**
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I -- and Approximate Interval: Onset to Death:
a  ACUTE CARDIOPULMONARY ARREST
b  MYOCARDIAL INFARCTION
c
d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
IF FEMALE, NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 hr):   INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:   Type of Vehicle:

, State Registrar   REQ: 2017730879

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.
DH FORM 1947 (03-13)
CERTIFICATION OF VITAL RECORD

*5518 3961*

IOF-000045