**EXHIBIT I**



P.O. Box 179
Buffalo, NY 14201-0179

T 800 828 1540
F 877 329 4631

foresters.com

January 16, 2017

Jazmin Lighthouse
Email: REDACTED

Certificate Number: 8356627
Rigoberto Vinas : Deceased

Dear Ms. Lighthouse:

At Foresters Financial™, we care about family well-being and would like to extend our sincere condolences during this difficult time.

The enclosed Claimant's Statement and Authorization for Disclosure of Medical and Health-Related Information must be completed by each designated beneficiary. Once completed, the original documents must be returned to our office along with a Certified Death Certificate.

As the death of the insured was within the first 2 years of certificate issue, the claim is considered contestable and the medical information disclosed at the time of application for insurance will be reviewed. It may be necessary to request additional information once your claim is received.

Completed forms and supporting documentation should be mailed to the address noted above. If you prefer to send the documentation to us overnight, please send it to the following address:

> Foresters Financial
> Attn: Claims Services
> 789 Don Mills Road
> Toronto, ON M3C 1T9
> Canada

Once the above requirements are received, we will proceed with the evaluation of this claim.

We care about the family's financial security and appreciate your prompt attention at this time. If you have any questions or need more information, please contact



Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.



IOF-000247

our service center at (800) 828-1540 between the hours of 8 a.m. and 8 p.m. ET, Monday to Friday.

Sincerely,

*Alyssa Haim*

Alyssa Haim
Claims Administrator
Claim Services

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.

IOF-000248



P.O. Box 179  
Buffalo, NY 14201-0179

T 800 828 1540  
F 877 329 4631

foresters.com

## Statement of Claim for Death Benefits

On behalf of Foresters Financial™, please accept our condolences for your loss. We understand that this is a difficult time for you and your family. Please know that we will make every effort to process your claim promptly. We strive to provide service of the highest standards and take pride in assisting you with your claim for benefits.

To ensure timely handling of your claim, it is important that your submission contain all necessary information requested in the Claimant's Statement.

**NOTE: Since the death occurred within the first 2 years of the issue date of this certificate, this claim is considered contestable.**

**Please review the following checklist prior to submitting your claim:**

- ☐ Complete all applicable sections of the Claimant's Statement and sign where required. If there is more than one claimant, please ensure that a separate Claimant's Statement is completed by each claimant. Copies can be made of this document. **Important: Be sure to complete Section 3 of the Claimant's Statement requesting primary treating physician and medical facility information.**
- ☐ Complete the enclosed Authorization for Disclosure of Medical and Health Related Information.
- ☐ Obtain a certified copy of the decedent's death certificate. **Note:** Only one certified death certificate is required per decedent with multiple certificates and/or claimants. Include the original certificate, if available. Death Certificates become a part of the claim file and will not be returned.
- ☐ If the last known beneficiary has died, please provide us with a copy of the beneficiary's death certificate.
- ☐ If the claim form is to be completed by an Executor, Administrator or a Legal Guardian, a copy of the filed document supporting that appointment must be submitted with the Claimant's Statement.
- ☐ If the claim form is to be completed by a Trustee, please be sure to include the Tax I.D. of the trust or the Social Security Number of the Trustee. Additionally, please provide a copy of that portion of the trust referring to the successor trustee(s) along with a statement that the trust is currently in effect.
- ☐ If any portion of the death benefit will be assigned, please include the funeral assignment and a copy of the funeral bill.
- ☐ **Provide only if the death occurred as a result of an accident, suicide or homicide.** If the cause of death is other than natural, in addition to the Authorization and completed Claimant's Statement, submit a copy of the police report, coroner's report and/or toxicology report, along with a copy of the decedent's driver's license and any other relevant information that may help us complete our investigation. Further investigation will be made to confirm the circumstances surrounding the death.
- ☐ **Complete only if the death occurred outside the United States or Canada.** Please submit the official death certificate issued in the country where the death occurred. If available, please include a notarized translation of the death certificate. Please also complete the enclosed Foreign Death Questionnaire. In addition, if the decedent was a U.S. Citizen, we will need:
  - ○ A completed Report of the Death of an American Citizen Abroad (may be obtained from the local US Embassy or Consulate),
  - ○ A Physician's Statement, completed and signed by the doctor who certified the death.

Please understand your claim may be delayed if incomplete forms are submitted or if additional information is required by Foresters. We will contact you as soon as reasonably possible in the event additional information is needed. Please print clearly.

**SECTION 1: LIST ALL CERTIFICATE NUMBERS FOR THE DECEDENT**

Certificate Number(s)  
a)_____ b)_____ c)_____ d)_____

**SECTION 2: DECEDENT INFORMATION**

Deceased Name: _____  
    First                Middle Initial             Last

Address: _____ How long in State: _____  
    Street        City     State     Zip Code

Date of Birth: _____ Date of Death: _____ Cause of Death: _____  
    mmm/dd/yyyy        mmm/dd/yyyy

If death occurred as a result of an accident, suicide or homicide, please provide details: _____

To the best of your knowledge, had the deceased ever used nicotine products?  ○ Yes   ○ No   ○ Unknown  
If "Yes" provide details (type used, date last used, etc): 

Page 1 of 2

*C*

IOF-000249

**SECTION 3: MEDICAL INFORMATION**
Please provide the name and address of the primary treating physician or medical facility where the deceased was treated during the past 5 years.

Name of Physician/Facility: _____
Address: _____
    Street                              City                    State          Zip Code
Phone Number: _____
Dates of Treatment: From_____ To _____
Reason/s for Treatment: _____

Name of Physician/Facility: _____
Address: _____
    Street                              City                    State          Zip Code
Phone Number: _____
Dates of Treatment: From_____ To _____
Reason/s for Treatment:
*If additional space is required, attach separate sheet and sign and date.*

**SECTION 4: CLAIMANT'S STATEMENT**

Name: _____ Relationship to Deceased: _____
    First         Middle        Last
Date of Birth: _____ * Social Security/TAX I.D. Number: _____

Street Address: _____
    Street

_____
    City                              State                  Zip Code
Telephone Number: _____ Email address: _____

Proceeds are paid in a lump sum unless otherwise requested. For information on alternative settlement options, please contact Claims Services.

Insurance, if any, with other companies on life of deceased:

| Name of Company | Amount | Date Policy Issued | Beneficiary |
|---|---|---|---|
|  |  |  |  |

*This information should be filled in by the claimant as it may be required for reporting any taxable income paid to the claimant. If the claimant has never been assigned a number, insert "No Number". If the estate of the deceased is the claimant, the deceased's social security number/Tax I.D. number ( I.R.S.) should be filled in.
If the Taxpayer I.D. or Social Security Number is not supplied, the Policy(ies) may be subject to federal and state withholding.

**Under penalities of prejury, I certify that:**

**(a) The taxpayer ID or Social Security number shown on this form is my correct taxpayer identification number;**
**(b) I am not subject to backup withholding due to failure to report interest and dividend income; and**
**(c) I am a US Citizen (including a US resident alien)**
**You must cross out any of the above items (letters a through c) that do not apply to you.**

**Notice for Contracts Issued in and Residents of Illinois Only**
Unless a payment is made by the Company on this claim within thirty-one days after receipt of due proof of loss, interest on the claim will accrue at a rate of 10% from the date of the death to the date of the payment for the total amount payable.

**Certification (Notarization not required)**
I certify that the above answers are full and true to the best of my knowledge and belief. I have read the applicable Fraud Warnings provided in this form.

**New York residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Claimant Name (Print) | Claimant Signature | Date |
|---|---|---|
| Witness Name (Print) | Witness Signature | Date |

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.
105261A US (04/16)                                                                        Page 2 of 2

# Foresters Financial

foresters.com

## Authorization for Disclosure of Medical and Health-Related Information

This authorization meets the requirements under the Health Insurance Portability and Accountability Act (HIPAA)

### Patient Information

Patient Name (please print): _____

Date of Birth: _____ SSN: _____ Phone: _____
         (mmm/dd/yyyy)

Address: _____

City: _____ State: _____ Zip Code: _____

Legal Representative Name (if applicable, please print): _____

I authorize any health plan, health care professional, hospital, clinic, laboratory, pharmacy, pharmacy benefit manager, medical facility, other insurance company, consumer reporting agency, Medical Information Bureau (MIB), or other health care provider that has provided payment, treatment or services to the patient listed above or on the patient's behalf to disclose the entire medical record and any other protected health information concerning the patient to The Independent Order of Foresters (Foresters), and its agents, employees and authorized representatives. This includes information on the diagnosis of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of behavioral and mental health services and the use of alcohol, drugs, and tobacco; but excludes psychotherapy notes.

By my signature below, I acknowledge that any agreements which have been made to restrict the patient's protected health information do not apply to this authorization and I instruct any physician, health care professional, hospital, clinic, medical facility, or other health care provider to release and disclose the patient's entire medical record without restriction. I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal or state law. However, I also understand that the federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

This protected health information is to be disclosed under this Authorization so that Foresters™ may: 1) administer claims and determine or fulfill responsibility for coverage and provision of benefits; 2) administer coverage; and 3) conduct other legally permissible activities that relate to any coverage with Foresters.

The authorization shall remain in force for 24 months following the date of my signature below and a copy of this authorization is as valid as the original. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so by sending a request for revocation in writing to Foresters, Attention: Claims at the address listed below. I understand that the revocation will not apply to the insurer when the law provides the insurer with the right to contest a claim under my policy.

_____
Signature of patient/beneficiary (or legal representative if no beneficiary)

_____
Signature of witness

_____
Date: (mmm/dd/yyyy)

_____
Date: (mmm/dd/yyyy)

_____
Signature of informant on death certificate
(if different than beneficiary or legal representative above)

_____
Date: (mmm/dd/yyyy)

PLEASE NOTE: This information has been disclosed to you from confidential records protected from disclosure by state and federal law. No further disclosure of this information should be done without specific, written and informed release of the individual to whom it pertains or as permitted by state and federal law.

The Independent Order of Foresters, 789 Don Mills Road, Toronto, ON M3C 1T9, Canada   T 800 828 1540   T 416 429 3000   F 877 329 4631
US Mailing Address, PO Box 179, Buffalo, NY 14201-0179

Certificate Underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.

105274A US (04/16)

IOF-000251

**FRAUD WARNING NOTICES – PLEASE READ THE FRAUD WARNING NOTICE FOR YOUR STATE**

**ALABAMA:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines, or confinement in prison, or any combination thereof.

**ALASKA:** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under the state law.

**ARIZONA:** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**ARKANSAS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**CALIFORNIA:** For your protection California law requires the following to appear on this form. Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**COLORADO:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to fraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**DELAWARE:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**DISTRICT OF COLUMBIA: WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

**FLORIDA:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement or claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**IDAHO:** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information is guilty of a felony.

**INDIANA:** A person who knowingly and with the intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**KENTUCKY:** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**LOUISIANA:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**MAINE:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the Company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**MARYLAND:** Any person who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**MINNESOTA:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NEW HAMPSHIRE:** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**NEW JERSEY:** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**NEW MEXICO:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**OHIO:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**OKLAHOMA: WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**OREGON:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any material false or deceptive information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**PENNSYLVANIA:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**PUERTO RICO:** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand ($5,000) dollars and not more than ten thousand ($10,000) dollars, or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are [sic] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**RHODE ISLAND:** Any person who knowingly presents a false or fraudulent claim for payment of a loss of benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**TENNESSEE:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**TEXAS:** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**VIRGINIA:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**WASHINGTON:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**WEST VIRGINIA:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**ALL OTHER STATES:** Any person who knowingly and with intent to defraud any insurance company or other persons, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and/or civil penalties.

413127A US (11/2015)

