# EXHIBIT J

 Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866-697-8378

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
| VINTAS,RIGOBERTO | |

DOB: REDACTED AGE: 69
GENDER: M FASTING: U

ORDERING PHYSICIAN

SPECIMEN INFORMATION
SPECIMEN:   MR720631P
REQUISITION: 6365943

ID:
PHONE:

CLIENT INFORMATION
M25817                        6805000
HERSHMAN & HERSHMAN, PA #471
11479 SW 40TH ST
MIAMI, FL 33165-3311

COLLECTED:  10/14/2010
RECEIVED:   10/15/2010   00:40
REPORTED:   10/15/2010   07:52

| Test Name | In Range | Out of Range | | Reference Range | Lab |
|---|---|---|---|---|---|
| LIPID PANEL WITH REFLEX TO DIRECT LDL | | | | | |
| CHOLESTEROL, TOTAL | | 233 | H | 125-200 mg/dL | MI |
| HDL CHOLESTEROL | 41 | | | > OR = 40 mg/dL | MI |
| TRIGLYCERIDES | 124 | | | <150 mg/dL | MI |
| LDL-CHOLESTEROL | | 167 | H | <130 mg/dL (calc) | MI |

    Desirable range <100 mg/dL for patients with CHD or
diabetes and <70 mg/dL for diabetic patients with
known heart disease.

| CHOL/HDLC RATIO | | 5.7 | H | < OR = 5.0 (calc) | MI |
| COMPREHENSIVE METABOLIC | | | | | MI |
| PANEL W/EGFR | | | | | |
| GLUCOSE | | 106 | H | 65-99 mg/dL | |

                                     Fasting reference interval

| UREA NITROGEN (BUN) | 12 | | | 7-25 mg/dL | |
| CREATININE | 0.79 | | | 0.76-1.46 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | | 6-22 (calc) | |

    Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| SODIUM | 140 | | | 135-146 mmol/L | |
| POTASSIUM | 4.5 | | | 3.5-5.3 mmol/L | |
| CHLORIDE | 102 | | | 98-110 mmol/L | |
| CARBON DIOXIDE | 26 | | | 21-33 mmol/L | |
| CALCIUM | 9.6 | | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 6.9 | | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.2 | | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.7 | | | 2.1-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | | 1.0-2.1 (calc) | |

VINTAS,RIGOBERTO - MR720631P

Page 1 - Continued on Page 2||

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. DM-RPORT.  2/01
[K-10]
10/15/10  10:12  04932799  1/3

# EXHIBIT 6

IOF-000064



Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED: 10/14/2010
REPORTED: 10/15/2010 07:52

| PATIENT INFORMATION | REPORT STATUS FINAL REPRINT |
|---|---|
| VINTAS,RIGOBERTO | |
| DOB: REDACTED AGE: 69 | ORDERING PHYSICIAN |
| GENDER: M FASTING: U | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | | 122 H | 40-115 U/L | |
| AST | 12 | | 10-35 U/L | |
| ALT | 15 | | 9-60 U/L | |
| HEMOGLOBIN A1c | | 6.6 H | <5.7 % of total Hgb | MI |

Consistent with diabetes
<5.7       Decreased risk of diabetes
5.7-6.0    Increased risk of diabetes
6.1-6.4    Higher risk of diabetes
> or = 6.5 Consistent with diabetes

Standards of Medical Care in Diabetes-2010.
Diabetes Care, 33(Supp 1): S1-S61,2010.

| TSH, 3RD GENERATION | 1.98 | 0.40-4.50 mIU/L | MI |
|---|---|---|---|
| T4 (THYROXINE), TOTAL | 6.9 | 4.5-12.5 mcg/dL | MI |

| CBC (INCLUDES DIFF/PLT) | | | MI |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.7 | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.56 | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.3 | 13.2-17.1 g/dL | |
| HEMATOCRIT | 42.6 | 38.5-50.0 % | |
| MCV | 93.5 | 80.0-100.0 fL | |
| MCH | 31.3 | 27.0-33.0 pg | |
| MCHC | 33.5 | 32.0-36.0 g/dL | |
| RDW | 14.6 | 11.0-15.0 % | |
| PLATELET COUNT | 244 | 140-400 Thousand/uL | |
| ABSOLUTE NEUTROPHILS | 3346 | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1619 | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 581 | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 131 | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 23 | 0-200 cells/uL | |
| NEUTROPHILS | 58.7 | % | |
| LYMPHOCYTES | 28.4 | % | |
| MONOCYTES | 10.2 | % | |
| EOSINOPHILS | 2.3 | % | |
| BASOPHILS | 0.4 | % | |

VINTAS,RIGOBERTO - MR720631P

Page 2 - Continued on Page 3

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 08-8PAPH. 2/81

10/15/10 10:12 M432799 2/3

IOF-000065


Quest
Diagnostics®

QUEST DIAGNOSTICS INCORPORATED

COLLECTED:   10/14/2010
REPORTED:    10/15/2010    07:52

PATIENT INFORMATION
VINTAS,RIGOBERTO

DOB: REDACTED AGE: 69
GENDER: M FASTING: U

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN

| Test Name | In Range | Out of Range | Reference Range | Lab |
|-----------|----------|--------------|-----------------|-----|
| PSA, TOTAL | 1.4 | | < OR = 4.0 ng/mL | MI |

This test was performed using the Siemens
chemiluminescent method. Values obtained from
different assay methods cannot be used
interchangeably. PSA levels, regardless of
value, should not be interpreted as absolute
evidence of the presence or absence of disease.

| URINALYSIS REFLEX | | | | MI |
|---|---|---|---|---|
| COLOR | DARK YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.028 | | 1.001-1.035 | |
| PH | 7.0 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | | TRACE | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | | TRACE | NEGATIVE | |
| WBC | 0-5 | | < OR = 5 /HPF | |
| RBC | 0-3 | | < OR = 3 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | NONE SEEN | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

HARD COPY TO FOLLOW

PERFORMING LABORATORY INFORMATION
MI   QUEST DIAGNOSTICS-MIAMI, 10200 COMMERCE PARKWAY, MIRAMAR, FL  33025-3938
     Laboratory Director:  ANTHONY SIMONETTI, MD, CLIA: 10D0277334

VINTAS,RIGOBERTO - MR720631P

Page 3 - End of Report

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics Incorporated. All rights reserved. 96-RPAPR. 7/01
18/15/10  18:12  M932799  3/3



**LabCorp** LabCorp Tampa
5610 W LaSalle Street, Tampa, FL 33607-1770

Phone: 800-877-5227

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 061-768-1438-0 | S | TA | COMPLETE | Page #: | 1 |

**ADDITIONAL INFORMATION**

DOB: REDACTED

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| VINAS, RIGOBERTO | M | 68 / 5 |

PT. ADD.: **REDACTED**

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/02/2010 | 0:00 | 3/03/2010 | 3/03/2010 | 14:11 | 2409 |

**CLINICAL INFORMATION**
CD- WLY09417702

| | NPI | |
|---|---|---|
| PHYSICIAN ID. | 1104803733 | PATIENT ID. |
| HERSHMAN K | | |

ACCOUNT: Hershman

11479 S.W.
Miami       FL  33165-0000

ACCOUNT NUMBER:  09417702

| TEST | RESULT | | | LIMITS | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| WBC | 6.1 | x10E3/uL | | 4.0 - 10.5 | 01 |
| RBC | 4.44 | x10E6/uL | | 4.10 - 5.60 | 01 |
| Hemoglobin | 13.9 | g/dL | | 12.5 - 17.0 | 01 |
| Hematocrit | 41.3 | % | | 36.0 - 50.0 | 01 |
| MCV | 93 | fL | | 80 - 98 | 01 |
| MCH | 31.3 | pg | | 27.0 - 34.0 | 01 |
| MCHC | 33.7 | g/dL | | 32.0 - 36.0 | 01 |
| RDW | 14.2 | % | | 11.7 - 15.0 | 01 |
| Platelets | 259 | x10E3/uL | | 140 - 415 | 01 |
| Neutrophils | 60 | % | | 40 - 74 | 01 |
| Lymphs | 29 | % | | 14 - 46 | 01 |
| Monocytes | 7 | % | | 4 - 13 | 01 |
| Eos | 3 | % | | 0 - 7 | 01 |
| Basos | 1 | % | | 0 - 3 | 01 |
| Neutrophils (Absolute) | 3.6 | x10E3/uL | | 1.8 - 7.8 | 01 |
| Lymphs (Absolute) | 1.8 | x10E3/uL | | 0.7 - 4.5 | 01 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | | 0.1 - 1.0 | 01 |
| Eos (Absolute) | 0.2 | x10E3/uL | | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | % | | 0 - 0 | 01 |
| Immature Grans (Abs) | 0.0 | x10E3/uL | | 0.0 -0.0 | 01 |
| Comp. Metabolic Panel (14) | | | | | |
| > Glucose, Serum | 160 H | mg/dL | | 65 - 99 | 01 |
| BUN | 10 | mg/dL | | 5 - 26 | 01 |
| > Creatinine, Serum | 0.73 L | mg/dL | | 0.76 - 1.27 | 01 |
| eGFR | >59 | mL/min/1.73 | | >59 | |
| eGFR AfricanAmerican | >59 | mL/min/1.73 | | >59 | |

Note: Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD. Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| BUN/Creatinine Ratio | 14 | | | 8 - 27 | |
|---|---|---|---|---|---|
| Sodium, Serum | 141 | mmol/L | | 135 - 145 | 01 |
| Potassium, Serum | 4.3 | mmol/L | | 3.5 - 5.2 | 01 |
| Chloride, Serum | 103 | mmol/L | | 97 - 108 | 01 |
| Carbon Dioxide, Total | 25 | mmol/L | | 20 - 32 | 01 |
| Calcium, Serum | 9.3 | mg/dL | | 8.6 - 10.2 | 01 |
| Protein, Total, Serum | 6.7 | g/dL | | 6.0 - 8.5 | 01 |

| Pat Name: VINAS,RIGOBERTO | Pat ID: | Spec #: 061-768-1438-0 | Seq #: 2409 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

LCM Version: 03.23.00

IOF-000067

**LabCorp** Laboratory Corporation of America

LabCorp Tampa
5610 W LaSalle Street, Tampa, FL 33607-1770

Phone: 800-877-5227

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 061-768-1438-0 | S | TA | COMPLETE | Page #: | 2 |

ADDITIONAL INFORMATION

DOB: REDACTED

| PATIENT NAME | | SEX | AGE(YR./MOS.) | |
|---|---|---|---|---|
| VINAS,RIGOBERTO | | M | 68 / 5 | |

PT. ADD.: **REDACTED**

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/02/2010 | 0:00 | 3/03/2010 | 3/03/2010 | 14:11 | 2409 |

CLINICAL INFORMATION
CD- WLY09417702

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| HERSHMAN K | 1104803733 | |

ACCOUNT: Hershman

11479 S.W.
Miami   FL.   33165-0000
ACCOUNT NUMBER: 09417702

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Albumin, Serum | 3.9 | g/dL | 3.6 - 4.8 | 01 |
| Globulin, Total | 2.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | 01 |
| Alkaline Phosphatase, S | 111 | IU/L | 25 - 160 | 01 |
| AST (SGOT) | 14 | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 14 | IU/L | 0 - 55 | 01 |
| Urinalysis, Routine | | | | |
| Urinalysis Gross Exam | | | | 01 |
| Specific Gravity | 1.021 | | 1.005 - 1.030 | 01 |
| pH | 6.0 | | 5.0 - 7.5 | 01 |
| Urine-Color | Yellow | | Yellow | 01 |
| Appearance | Clear | | Clear | 01 |
| > WBC Esterase | Negative | | Negative | 01 |
| Protein | Negative | | Negative/Trace | 01 |
| Glucose | Negative | | Negative | 01 |
| Ketones | Negative | | Negative | 01 |
| Occult Blood | Negative | | Negative | 01 |
| Bilirubin | Negative | | Negative | 01 |
| Urobilinogen,Semi-Qn | 0.0 | mg/dL | 0.0 - 1.9 | 01 |
| Nitrite, Urine | Negative | | Negative | 01 |
| Microscopic Examination | See below: | | | 01 |
| WBC | 0-5 | /hpf | 0 - 5 | 01 |
| RBC | 0-3 | /hpf | 0 - 3 | 01 |
| Epithelial Cells (non renal) | None seen | /hpf | 0 - 10 | 01 |
| > Crystals | Present | | N/A | 01 |
| Crystal Type | Calcium Oxalate | | N/A | 01 |
| Mucus Threads | Present | | Not Estab. | 01 |
| Bacteria | Few | | None seen/Few | 01 |
| Lipid Panel | | | | |
| > Cholesterol, Total | 204 H | mg/dL | 100 - 199 | 01 |
| > Triglycerides | 091 H | mg/dL | 0 - 149 | 01 |
| > HDL Cholesterol | 35 L | mg/dL | >39 | 01 |
| Comment | | | | 01 |

According to ATP-III Guidelines, HDL-C >59 mg/dL is considered a
negative risk factor for CHD.

| VLDL Cholesterol Cal | 38 | mg/dL | 5 - 40 | |
|---|---|---|---|---|
| > LDL Cholesterol Calc | 131 H | mg/dL | 0 - 99 | |
| TSH | | | | |
| TSH | 2.010 | uIU/mL | 0.450 - 4.500 | 01 |

| Pat Name: VINAS,RIGOBERTO | Pat ID: | Spec #: 061-768-1438-0 | Seq #: 2409 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

LCM Version: 03.23.00

IOF-000068

**LabCorp**  LabCorp Tampa
Laboratory Corporation of America  5610 W LaSalle Street, Tampa, FL 33607-1770

Phone: 800-877-5227

| SPECIMEN 061-768-1438-0 | TYPE S | PRIMARY LAB TA | REPORT STATUS COMPLETE | Page #: | 3 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | | | | CLINICAL INFORMATION CD- WLY09417702 | |
|---|---|---|---|---|---|
| DOB: REDACTED | | | | | |

| PATIENT NAME | | SEX | AGE(YR./MOS.) | PHYSICIAN ID. HERSHMAN K | NPI 1104803733 | PATIENT ID. |
|---|---|---|---|---|---|---|
| VINAS,RIGOBERTO | | M | 68 / 5 | | | |
| PT. ADD.: REDACTED | | | | ACCOUNT: Hershman | | |

| DATE OF COLLECTION TIME | | DATE RECEIVED | DATE REPORTED | TIME | | 11479 S.W. |
|---|---|---|---|---|---|---|
| 3/02/2010 | 0:00 | 3/03/2010 | 3/03/2010 | 14:11 | 2409 | Miami     FL   33165-0000 |
| | | | | | | ACCOUNT NUMBER:   09417702 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Hemoglobin A1c

> Hemoglobin A1c                          6.2H            4.8 - 5.6    01
                Increased risk for diabetes:                         5.7 - 6.4
                Diabetes:                                            >6.4
                Glycemic control for adults with diabetes:           <7.0

              **Please note reference interval change**

 Thyroxine (T4)                          7.6    ug/dL      4.5 - 12.0    01

| LAB: 01 TA     LabCorp Tampa | DIRECTOR: Sean Farrier   MD |
|---|---|
| 5610 W LaSalle Street, Tampa,  FL 33607-1770 | |



| Pat Name:  VINAS,RIGOBERTO | Pat ID: | Spec #:  061-768-1438-0 | Seq #: 2409 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

LCM Version: 03.23.00

IOF-000069

**LabCorp** LabCorp Tampa
5610 W LaSalle Street, Tampa, FL 33607-1770

Phone: 800-877-5227

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 120-768-4075-0 | S | TA | COMPLETE | Page #: | 1 |

ADDITIONAL INFORMATION

CLINICAL INFORMATION
CD- RHS09417702

PHONE REDACTED   DOB: REDACTED

| PATIENT NAME | SEX | AGE(YR./MOS.) | PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|---|---|---|
| VINAS,RIGOBERTO | M | 66 / 7 | HERSHMAN | | |
| PT. ADD.: | | | ACCOUNT: Hershman | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | | 11479 S.W. Miami | FL | 33165-4000 |
|---|---|---|---|---|---|---|---|---|
| 4/29/2008 | 10:00 | 4/30/2008 | 4/30/2008 | 7:13 | 6537 | ACCOUNT NUMBER: 09417702 | | |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Uric Acid, Serum | 5.0 | mg/dL | 2.4 - 8.2 | 01 |

LAB: 01 TA    LabCorp Tampa
5610 W LaSalle Street, Tampa,  FL 33607-1770

DIRECTOR: Sean Farrier   MD

Pat Name: VINAS,RIGOBERTO           Pat ID:              Spec #: 120-768-4075-0        Seq #: 6537
Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

LCM Version: 03.21.00

IOF-000076



# Progress Note

Patient: VINAS, RIGOBERTO
DOB: REDACTED Age: 75 Y Sex: Male

Provider: Kenneth Hershman, M.D
Date: 12/30/2016

## Reason for Appointment
1. Follow up

## History of Present Illness
Constitutional:
   Denies : DIZZINESS. WEIGHT LOSS. FEVER/CHILLS/SWEATS. NAUSEA.
   Pt is here for f/u. Pt states feeling much better, no shortness of breath, not using the oxygen at home.

## Current Medications
Taking
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- spironolactone 50 mg tablet 1 tab(s) 2 times a day
- isosorbide dinitrate 10 mg tablet 1 tab(s) 12 hr
- Medication List reviewed and reconciled with the patient

## Past Medical History
Gout

## Surgical History
No Surgical History documented.

## Family History
Father: deceased
Mother: deceased 87 yrs

## Social History
no Smoking past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Vital Signs

---

Patient: VINAS, RIGOBERTO
DOB: REDACTED

Provider: Kenneth Hershman, M.D
Date: 12/30/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...   1/27/2017

IOF-000080

RR 16, BP 102/68, Ht 65, Wt 201, BMI 33.44
sc.

## Examination

General Examination:

general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS present. Extremities: no clubbing, no edema. Neurologic Exam: non-focal exam.

## Assessments

1. Encounter for examination of blood pressure without abnormal findings - Z01.30 (Primary)
2. Type 2 diabetes mellitus with hyperglycemia - E11.65

Fasting serum glucose: 127.

## Treatment

**1. Encounter for examination of blood pressure without abnormal findings**
Notes: cont. same meds.

## Preventive Medicine

keep legs elevated.

## Follow Up

2 Weeks, prn



**Electronically signed by Lloyd Hershman , M.D on 01/23/2017 at 12:33 PM EST**

**Sign off status: Completed**

---

Patient: VINAS. RIGOBERTO
DOB: <span>REDACTED</span>

Provider: Kenneth Hershman, M.D
Date: 12/30/2016

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

**HERSHMAN**
MEDICAL CENTER

# Progress Note



# VINAS, RIGOBERTO

75 Y old Male. DOB: REDACTED
Account Number: 12947
REDACTED
Home: REDACTED
Guarantor: VINAS, RIGOBERTO   Insurance: HUMANA
ENCOUNTERS Payer ID: 61102
Appointment Facility: HERSHMAN MEDICAL CENTER

**12/19/2016**                                    **Progress Note: Kenneth Hershman, M.D**

## Current Medications
**Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- spironolactone 50 mg tablet 1 tab(s) 2 times a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Gout

## Surgical History
No Surgical History documented.

## Family History
Father: deceased
Mother: deceased 87 yrs

## Social History
no Smoking past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review Of Systems
ADL:
   Bowels continent.
Bladder continent.
Grooming independent. Toilet use independent.
Feeding independent.
Transfer independent.
Mobility independent.
Stairs independent.
Bathing independent.

## Reason for Appointment
1. Feels much better

## History of Present Illness
Constitutional:
   Denies : DIZZINESS. NIGHT SWEATS. FEVER. NAUSEA.

## Vital Signs
RR 14, HR 80, BP 102/60, Ht 65, Wt 198, BMI 32.95
pulse ox 98 or.

## Examination
General Examination:
   general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS present. Extremities: sensations diminished. Peripheral pulses: diminished. Neurologic Exam: decreased sensations.

## Assessments
1. Essential (primary) hypertension - I10 (Primary)
2. Type 2 diabetes mellitus with hyperglycemia - E11.65
3. Encounter for other administrative examinations - Z02.89

## Treatment
1. **Essential (primary) hypertension**
   LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
   LAB: CBC (INCLUDES DIFF/PLT)

2. **Type 2 diabetes mellitus with hyperglycemia**
   LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
   LAB: CBC (INCLUDES DIFF/PLT)

## Procedure Codes
36415 VENIPUNCT, ROUTINE*
1170F FXNL STATUS ASSESSED
1126F AMNT PAIN NOTED NONE PRSNT

---

Patient: VINAS, RIGOBERTO   DOB: REDACTED Progress Note: Kenneth Hershman, M.D   12/19/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com).*

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...   1/27/2017

IOF-000084

**Sign off status: Completed**

---

Patient: VINAS, RIGOBERTO
DOB: **REDACTED**

Provider: Kenneth Hershman, M.D
Date: 12/13/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



# Progress Note

Patient: VINAS, RIGOBERTO
DOB: **REDACTED** Age: 75 Y Sex: Male

Provider: Kenneth Hershman, M.D
Date: 12/12/2016

---

### Reason for Appointment
1. Follow up

### History of Present Illness
Constitutional:
   Denies : DIZZINESS. NIGHT SWEATS. FEVER. NAUSEA.
   SOB improved with Lasix, Denies chest pain or discomfort.

### Current Medications
**Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- omeprazole 40 mg delayed release capsule 1 cap(s) once a day

### Past Medical History
Gout

### Surgical History
No Surgical History documented.

### Family History
Father: deceased
Mother: alive 87 yrs

### Social History
no Smoking  past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

---

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount... 1/27/2017

IOF-000089

**Vital Signs**
RR 16, HR 80, BP 98/56, Ht 65, Wt 206, BMI 34.28
sc 98 %spo.

**Examination**
General Examination:
    general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: rales. Abdomen: soft, NT/ND, BS present. Extremities: sensations diminished. Peripheral pulses: diminished. Neurologic Exam:  decreased sensations.

**Assessments**
1. Unspecified combined systolic (congestive) and diastolic (congestive) heart failure - I50.40 (Primary)
2. Cardiomyopathy in diseases classified elsewhere - I43
3. Essential (primary) hypertension - I10
4. Gout, unspecified - M10.9
5. Type 2 diabetes mellitus with hyperglycemia - E11.65
6. Gastro-esophageal reflux disease without esophagitis - K21.9
7. Anemia, unspecified - D64.9
8. Cardiomegaly - I51.7

**Treatment**
**1. Anemia, unspecified**
    LAB: CBC (INCLUDES DIFF/PLT)

**2. Others**
Referral To:Diagnostic Radiology
        Reason:ECHOCARDIOGRAM WITH DOPPLER

Referral To:DME
        Reason:OXYGEN CONCENTRATOR AT HOME (AT NIGHT) 2 LTS ROOM AIR SATURATION 90%

**Diagnostic Imaging**
    Imaging: X ray : Chest

**Preventive Medicine**
Counseling:  Diet  low salt diet.
Oxygen at night as needed. Elevate lower extremeties.
**Procedure Codes**
71020 CHEST X-RAY
36415 VENIPUNCT, ROUTINE*
**Follow Up**
1 Week, prn

**Electronically signed by Lloyd Hershman , M.D on 01/25/2017 at 02:08 PM EST**
**Sign off status: Completed**



# VINAS, RIGOBERTO

75 Y old Male. DOB: REDACTED
Account Number: 12947
REDACTED
Home: REDACTED
Guarantor: VINAS, RIGOBERTO  Insurance: HUMANA
ENCOUNTERS Payer ID: 61102
Appointment Facility: HERSHMAN MEDICAL CENTER

**HERSHMAN MEDICAL CENTER**

**12/06/2016**                    **Progress Note: Kenneth Hershman, M.D**

## Current Medications
Taking
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- omeprazole 40 mg delayed release capsule 1 cap(s) once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Gout

## Surgical History
No Surgical History documented.

## Family History
Father: deceased
Mother: alive 87 yrs

## Social History
no Smoking  past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Reason for Appointment
1. SLIGHT COUGH

## History of Present Illness
Constitutional:
    Denies : ANOREXIA. DIZZINESS. WEIGHT LOSS. WEIGHT GAIN. FATIGUE. MYALGIAS. ARTHRALGIAS. NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

## Vital Signs
RR 18, HR 92, BP 136/80, Ht 65, Wt 215.8, BMI 35.91 EM SPO 2 98.

## Examination
General Examination:
    general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS present. Extremities: no clubbing, no edema. Peripheral pulses: diminished. Neurologic Exam: non-focal exam.

## Assessments
1. Cough - R05 (Primary)
2. Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene - E11.51
3. Weakness - R53.1

### Diagnostic Imaging
Imaging: X ray : Chest

### Procedure Codes
71020 CHEST X-RAY

### Follow Up
2 Weeks

Patient: VINAS, RIGOBERTO  DOB: REDACTED  Progress Note: Kenneth Hershman, M.D  12/06/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount... 1/27/2017

IOF-000093

**Electronically signed by Kenneth Hershman , M.D on 01/04/2017 at 11:34 AM EST**

**Sign off status: Completed**

**HERSHMAN MEDICAL CENTER**
**11479 SW 40 STREET**
**MIAMI, FL 33165-3311**
**Tel: 305-221-7235**
**Fax: 305-220-1847**

Patient: VINAS, RIGOBERTO   DOB: REDACTED Progress Note: Kenneth Hershman, M.D   12/06/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

IOF-000094



# VINAS, RIGOBERTO

74 Y old Male. DOB: <span>REDACTED</span>
Account Number: 12947
<span>REDACTED</span>
Home: <span>REDACTED</span>
Guarantor: VINAS, RIGOBERTO Insurance: HUMANA
ENCOUNTERS Payer ID: 61102
Appointment Facility: HERSHMAN MEDICAL CENTER

**HERSHMAN MEDICAL CENTER**

08/22/2016                                    Progress Note: Kenneth Hershman, M.D

## Current Medications
Taking
• Atorvastatin Calcium 10 mg tablet 1 tab(s)
once a day (at bedtime)
• Medication List reviewed and reconciled
with the patient

## Past Medical History
Gout

## Surgical History
No Surgical History documented.

## Family History
Father: deceased
Mother: alive 87 yrs

## Social History
no Smoking  past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major
## Diagnostic Procedure
No Hospitalization History.

## Review of Systems
ADL:
Bowels continent.
Bladder continent.
Grooming independent. Toilet
use independent.
Feeding independent.
Transfer independent.
Mobility independent.
Stairs independent.
Bathing independent.

## Reason for Appointment
1. RIGHT SHOULDER PAIN

## History of Present Illness
Constitutional:
74 year old male presents with c/o ARTHRALGIAS.
Denies : ANOREXIA. DIZZINESS. WEIGHT LOSS. WEIGHT
GAIN. FATIGUE. MYALGIAS. NIGHT
SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

## Vital Signs
RR 14, BP 150/80, Ht 65, Wt 215, BMI 35.77
OR.

## Examination
General Examination:
general appearance NAD, alert and oriented. HEENT: Head -
NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx
clear with MMM. Oral cavity: clear, moist mucus membranes. Neck,
Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR,
no murmurs. Lungs: clear to auscultation bilaterally, no
wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS
present. Extremities: no clubbing, no edema. Decreased ROM right
shoulder . Peripheral pulses: diminished. Neurologic Exam: non-focal
exam.

## Assessments
1. Type 2 diabetes mellitus with diabetic peripheral angiopathy without
gangrene - E11.51 (Primary)
2. Gastro-esophageal reflux disease without esophagitis - K21.9
3. Type 2 diabetes mellitus with diabetic neuropathy, unspecified -
E11.40
4. Other bursitis, not elsewhere classified, unspecified site - M71.50

## Treatment
**1. Gastro-esophageal reflux disease without esophagitis**
Referral To:Diagnostic Radiology
Reason:BARIUM SWALLOW

**2. Others**
Referral To:Diagnostic Radiology

---

Patient: VINAS, RIGOBERTO   DOB: <span>REDACTED</span>   Progress Note: Kenneth Hershman, M.D   08/22/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...   1/27/2017

IOF-000099

Reason:BARIUM SWALLOW

**Therapeutic Injections**
KENALOG 10MG : 40 mg given by Kenneth Hershman , M.D

**Procedure Codes**
J3301 KENALOG 10MG
1170F FXNL STATUS ASSESSED
1125F AMNT PAIN NOTED PAIN PRSNT

**Follow Up**
2 Weeks

**Electronically signed by Kenneth Hershman , M.D on 08/22/2016 at 03:37 PM EDT**

**Sign off status: Completed**

---

**HERSHMAN MEDICAL CENTER**
**11479 SW 40 STREET**
**MIAMI, FL 33165-3311**
**Tel: 305-221-7235**
**Fax: 305-220-1847**

---

Patient: VINAS, RIGOBERTO   DOB: REDACTED   Progress Note: Kenneth Hershman, M.D   08/22/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

IOF-000100



# VINAS, RIGOBERTO

74 Y old Male, DOB: REDACTED
Account Number: 12947
REDACTED
Home: REDACTED
Guarantor: VINAS, RIGOBERTO  Insurance: HUMANA
ENCOUNTERS Payer ID: 61102
Appointment Facility: HERSHMAN MEDICAL CENTER

**H E R S H M A N**
**MEDICAL CENTER**

05/26/2016                                          Progress Note: Kenneth Hershman, M.D

## Current Medications
Taking
• Atorvastatin Calcium 10 mg tablet 1 tab(s)
once a day (at bedtime)
• Medication List reviewed and reconciled
with the patient

## Past Medical History
Gout

## Surgical History
Denies Past Surgical History

## Family History
Father: deceased
Mother: alive 87 yrs

## Social History
no Smoking  past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major
## Diagnostic Procedure
Denies Past Hospitalization

## Review of Systems
ADL:
Bowels continent.
Bladder continent.
Grooming independent. Toilet
use independent.
Feeding independent.
Transfer independent.
Mobility independent.
Stairs independent.
Bathing independent.

## Reason for Appointment
1. PAINFUL RIGHT HEEL FOR THE PAST FEW DAYS

## History of Present Illness
Constitutional:
  Denies : MYALGIAS. ARTHRALGIAS. NIGHT
SWEATS. FEVER/CHILLS/SWEATS. NAUSEA.
Ankle/Foot:
  c/o Ankle pain, right. c/o swelling moderate.
  Denies : Foot. Toe(s). ROM. tingling/numbness.

## Vital Signs
RR 14, HR 76, BP 14068, Ht 65, Wt 217, BMI 36.11
OR.

## Examination
General Examination:
  general appearance NAD, alert and oriented. HEENT: Head -
NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx
clear with MMM. Oral cavity: clear, moist mucus membranes. Neck,
Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR,
no murmurs. Lungs: clear to auscultation bilaterally, no
wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS
present. Extremities: sensations diminished; right ankle pain, pain
upon weight-bearing. Peripheral pulses: diminished. Neurologic Exam:
decreased sensations.

## Assessments
1. Plantar fascial fibromatosis - M72.2 (Primary)
2. Type 2 diabetes mellitus with diabetic peripheral angiopathy without
gangrene - E11.51
3. Type 2 diabetes mellitus with diabetic neuropathy, unspecified -
E11.40

## Diagnostic Imaging
  Imaging: Xray: calcaneous, right

## Procedure Codes
73650 X-RAY EXAM OF HEEL

Patient: VINAS, RIGOBERTO  DOB: REDACTED  Progress Note: Kenneth Hershman, M.D  05/26/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...  1/27/2017

IOF-000101

**Follow Up**
2 Weeks, prn

Electronically signed by Kenneth Hershman , M.D on
06/21/2016 at 01:19 PM EDT

**Sign off status: Completed**

---

**HERSHMAN MEDICAL CENTER**
**11479 SW 40 STREET**
**MIAMI, FL 33165-3311**
**Tel: 305-221-7235**
**Fax: 305-220-1847**

---

Patient: VINAS, RIGOBERTO   DOB: REDACTED   Progress Note: Kenneth Hershman, M.D   05/26/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

IOF-000102



**H E R S H M A N**
**MEDICAL CENTER**

# VINAS, RIGOBERTO
74 Y old Male, DOB: REDACTED
Account Number: 12947
REDACTED
Home: REDACTED
Guarantor: VINAS, RIGOBERTO  Insurance: HUMANA
ENCOUNTERS Payer ID: 61102
Appointment Facility: HERSHMAN MEDICAL CENTER

05/03/2016                                     Progress Note: Kenneth Hershman, M.D

## Current Medications
**Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- Medication List reviewed and reconciled with the patient

## Past Medical History
Gout

## Surgical History
No Surgical History documented.

## Family History
Father: deceased
Mother: alive 87 yrs

## Social History
no Smoking, past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Reason for Appointment
1. Patient is returning for lab results

## History of Present Illness
Constitutional:
   74 year old male presents with c/o FATIGUE worse at the end of the day. c/o ARTHRALGIAS no associated swelling.
   Denies : ANOREXIA. DIZZINESS. WEIGHT LOSS. WEIGHT GAIN. MYALGIAS. NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

## Vital Signs
RR 16, BP 102/68, Ht 65, Wt 213, BMI 35.44
or.

## Examination
General Examination:
   general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS present. Extremities: no clubbing, no edema. Neurologic Exam:  non-focal exam.

## Assessments
1. Essential (primary) hypertension - I10 (Primary)
2. Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene - E11.51
3. Other hyperlipidemia - E78.4
4. Type 2 diabetes mellitus with diabetic neuropathy, unspecified - E11.40
5. Gastro-esophageal reflux disease without esophagitis - K21.9

## Follow Up
2 Weeks, prn

**Electronically signed by Kenneth Hershman , M.D on**

---

Patient: VINAS, RIGOBERTO  DOB: REDACTED  Progress Note: Kenneth Hershman, M.D  05/03/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...  1/27/2017

IOF-000103

**05/24/2016 at 12:25 PM EDT**
**Sign off status: Completed**

---

**HERSHMAN MEDICAL CENTER**
**11479 SW 40 STREET**
**MIAMI, FL 33165-3311**
**Tel: 305-221-7235**
**Fax: 305-220-1847**

---

Patient: VINAS, RIGOBERTO   DOB: REDACTED   Progress Note: Kenneth Hershman, M.D   05/03/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

IOF-000104



**HERSHMAN**
**MEDICAL CENTER**

# VINAS, RIGOBERTO

74 Y old Male. DOB: REDACTED
Account Number: 12947
REDACTED
Home: REDACTED
Guarantor: VINAS, RIGOBERTO  Insurance: HUMANA
ENCOUNTERS Payer ID: 61102
Appointment Facility: HERSHMAN MEDICAL CENTER

04/26/2016                          Progress Notes: Kenneth Hershman, M.D

## Current Medications

**Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- metformin 500 mg tablet 1 tab(s) once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
Gout

## Surgical History
No Surgical History documented.

## Family History
Father: deceased
Mother: alive 87 yrs

## Social History
no Smoking, past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
ADL:
Bowels continent.
Bladder continent.
Grooming independent. Toilet use independent.
Feeding independent.
Transfer independent.
Mobility independent.
Stairs independent.
Bathing independent.

## Reason for Appointment
1. PHYSICAL EXAM

## History of Present Illness
Constitutional:
74-year-old male presents for complete physical.

## Vital Signs
RR 16, HR 74, BP 142/82, Ht 65, Wt 216, BMI 35.94 sc.

## Examination
General Examination:
general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS present. Extremities: sensations diminished. Peripheral pulses: diminished. Neurologic Exam: decreased sensations.

## Assessments
1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Body mass index (BMI) 35.0-35.9, adult - Z68.35
3. Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene - E11.51
4. Type 2 diabetes mellitus with diabetic neuropathy, unspecified - E11.40
5. Hypothyroidism, unspecified - E03.9
6. Other fatigue - R53.83
7. Other hyperlipidemia - E78.4
8. Essential (primary) hypertension - I10
9. Urinary tract infection, site not specified - N39.0
10. Type 2 diabetes mellitus with hyperglycemia - E11.65

## Treatment

**1. Encounter for general adult medical examination with abnormal findings**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR

---

Patient: VINAS, RIGOBERTO  DOB: REDACTED Progress Note: Kenneth Hershman, M.D  04/26/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount... 1/27/2017

IOF-000105

LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

**2. Hypothyroidism, unspecified**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

**3. Other fatigue**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

**4. Other hyperlipidemia**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

**5. Essential (primary) hypertension**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

**6. Urinary tract infection, site not specified**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

**7. Type 2 diabetes mellitus with hyperglycemia**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: LIPID PANEL WITH RATIOS
LAB: CBC (INCLUDES DIFF/PLT)
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE

Patient: VINAS, RIGOBERTO   DOB: REDACTED   Progress Note: Kenneth Hershman, M.D   04/26/2016
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount...   1/27/2017

IOF-000106

**Diagnostic Imaging**
Imaging: Electrocardiogram

**Procedure Codes**
93000 ELECTROCARDIOGRAM, COMPLETE
1159F MED LIST DOCD IN RCRD
1160F RVW MEDS BY RX/DR IN RCRD

**Follow Up**
2 Weeks

**Electronically signed by Kenneth Hershman , M.D on 05/17/2016 at 01:01 PM EDT**

**Sign off status: Completed**

---

**HERSHMAN MEDICAL CENTER**
**11479 SW 40 STREET**
**MIAMI, FL 33165-3311**
**Tel: 305-221-7235**
**Fax: 305-220-1847**

---

Patient: VINAS, RIGOBERTO   DOB: REDACTED   Progress Note: Kenneth Hershman, M.D   04/26/2016

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

IOF-000107

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 74 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 11/17/2015

---

### Subjective:

#### Chief Complaints:
- FOLLOW-UP, GO OVER LAB RESULTS

#### HPI:
Constitutional:
Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

#### Medical History:
- Gout

#### Medications:
**Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- Medication List reviewed and reconciled with the patient

#### Allergies:
- N.K.D.A.

### Objective:

**Vitals:** RR 16, HR 76, BP 140/82, Ht 65, Wt 208, BMI 34.61
EM.

#### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck. Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

### Assessment:

#### Assessment:
- Type 2 diabetes mellitus with diabetic.peripheral angiopathy without gangrene - E11.51 (Primary)
- Type 2 diabetes mellitus with diabetic neuropathy, unspecified - E11.40
- Essential (primary) hypertension - I10

### Plan:

IOF-000108

**Immunizations:**
**Labs:**
- **Lab:**Glucose

**Procedure Codes:**
- 82948 REAGENT STRIP/BLOOD GLUCOSE

**Follow Up:** 2 Weeks

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** 09/15/1941 **Date:** 11/17/2015

**Electronically signed by Kenneth Hershman , M.D on 12/16/2015 at 01:34 PM EST**
**Sign off status: Completed**

IOF-000109

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 74 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 11/10/2015

## Subjective:

### Chief Complaints:
- FASTING, CHOLESTEROL CHECK
- HE STATES HE HAS BEEN HAVING DIZZY SPELLS ON AND OFF

### HPI:
Constitutional:
Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:
- Gout

### Medications:
#### Taking
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- Medication List reviewed and reconciled with the patient

### Allergies:
- N.K.D.A.

## Objective:

**Vitals:** RR 14, HR 74, BP 118/70, Ht 65, Wt 209, BMI 34.78
or.

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations

## Assessment:

### Assessment:
- Other hyperlipidemia - E78.4 (Primary)
- Type 2 diabetes mellitus with diabetic neuropathy, unspecified - E11.40
- Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene - E11.51

## Plan:

IOF-000110

**1. Other hyperlipidemia**
  - **Lab:**LIPID PANEL WITH RATIOS

**2. Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene**
  - **Lab:**LIPID PANEL WITH RATIOS

**Immunizations:**

**Labs:**
  - **Lab:**Glucose

**Follow Up:** 2 Weeks


**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO  **DOB:** REDACTED **Date:** 11/10/2015

**Electronically signed by Kenneth Hershman , M.D on 12/09/2015 at 08:59 AM EST**
**Sign off status: Completed**

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 74 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 11/05/2015

## Subjective:

### Chief Complaints:
- RIGHT WRIST DISCOMFORT

### HPI:
Constitutional:
  Patient is c/o right wrist pain for over 2 weeks.

### Medical History:
- Gout

### Medications:
  **Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- Medication List reviewed and reconciled with the patient

### Allergies:
- N.K.D.A.

## Objective:

**Vitals:** RR 14, HR 64, BP 128/86, Ht 65, Wt 207, BMI 34.44
SO.

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: right wrist swollen and tender to touch.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

## Assessment:

### Assessment:
- Pain in right wrist - M25.531 (Primary)
- Type 2 diabetes mellitus with diabetic neuropathy, unspecified - E11.40
- Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene - E11.51

## Plan:

IOF-000112

### Immunizations:

**Therapeutic Injections:**
- DECADRON : 2 cc (Dose No:1) given by Oyela Sophia on right deltoid

**Procedure Codes:**
- J1100 INJ DEXAMETHASONE SODIUM PHOSPHATE 1 MG

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 11/05/2015

**Electronically signed by Kenneth Hershman , M.D on 12/04/2015 at 02:34 PM EST**
**Sign off status: Completed**

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 09/10/2015

---

## Subjective:

### Chief Complaints:
- Follow-up on upper lip lesion that was removed

### HPI:
Constitutional:
    Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:
- Gout

### Medications:
#### Taking
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- naproxen 500 mg tablet 1 tab(s) PRN
- Medication List reviewed and reconciled with the patient

### Allergies:
- N.K.D.A.

## Objective:

**Vitals:** RR 14, HR 76, BP 142/70, Ht 65, Wt 206, BMI 34.28
or.

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI. TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

## Assessment:

### Assessment:
- DERMATITIS NOS - 692.9 (Primary)
- HTN [Hypertension] - 401.9
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70

IOF-000114

- ANGIOPATHY IN OTHER DIS - 443.81

**Plan:**

**1. Others**

Refill Atorvastatin Calcium tablet, 10 mg, 1 tab(s), orally, once a day (at bedtime), 90 days, 90, Refills 0 .

**Immunizations:**

**Diagnostic Imaging:**

- **Imaging:**Electrocardiogram

**Procedure Codes:**

- 93000 ELECTROCARDIOGRAM, COMPLETE

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 09/10/2015

**Electronically signed by Kenneth Hershman , M.D on 09/30/2015 at 01:41 PM EDT**
**Sign off status: Completed**

IOF-000115

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D

**Date:** 09/02/2015

---

### Subjective:

#### Chief Complaints:
- PATIENT IS HERE TO HAVE LESION TAKEN OUT ON HIS UPPER LIP

#### HPI:
Constitutional:
NNDenies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

#### Medical History:
- Gout

#### Medications:
##### Taking
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- naproxen 500 mg tablet 1 tab(s) PRN
- Medication List reviewed and reconciled with the patient

#### Allergies:
- N.K.D.A.

### Objective:

**Vitals:** RR 14, HR 74, BP 140/80, Ht 65, Wt 206, BMI 34.28
OR.

#### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

### Assessment:

#### Assessment:
- Lip cancer - 140.9 (Primary)
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2

http://192.168.1.5:8080/mobiledoc/jsp/catalog/xml/printMultipleChartOptions.jsp?encount... 1/27/2017

IOF-000116

**Plan:**

**Immunizations:**

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO  **DOB:** REDACTED **Date:** 09/02/2015

**Electronically signed by Kenneth Hershman , M.D on 09/23/2015 at 12:08 PM EDT**
**Sign off status: Completed**

IOF-000117

**Progress Note**

| | |
|---|---|
| **Patient:** VINAS, RIGOBERTO | **Provider:** Kenneth Hershman, M.D |
| **Account Number:** 12947 | |
| **DOB:** REDACTED **Age:** 73 Y **Sex:** Male | **Date:** 08/26/2015 |
| **Phone:** REDACTED | |
| **Address:** REDACTED | |

## Subjective:

### Chief Complaints:
- PATIENT IS HERE FOR CHECK-UP, FEELS WEAK, LOWER EXTREMITIES ARE SWELLING
- NEEDS REFERRAL FOR OPHTHALMOLOGIST

### HPI:
Constitutional:
Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:
- Gout

### Medications:
**Taking**
- Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- naproxen 500 mg tablet 1 tab(s) PRN
- Medication List reviewed and reconciled with the patient

### Allergies:
- N.K.D.A.

## Objective:

**Vitals:** RR 14, HR 72, BP 122/80, Ht 65, Wt 206, BMI 34.28
OR.

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

## Assessment:

### Assessment:
- Fatigue and Malaise - 780.79 (Primary)
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70

IOF-000118

- ANGIOPATHY IN OTHER DIS - 443.81
- HTN [Hypertension] - 401.9

**Plan:**

**1. Fatigue and Malaise**
  - **Lab:**CBC (INCLUDES DIFF/PLT)
**Immunizations:**

**Labs:**
  - **Lab:**Glucose

**Procedure Codes:**

- 82948 REAGENT STRIP/BLOOD GLUCOSE

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO  **DOB:** REDACTED **Date:** 08/26/2015

**Electronically signed by Kenneth Hershman , M.D on 09/17/2015 at 03:03 PM EDT**
**Sign off status: Completed**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y  **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED
**Pcp:** Kenneth Hershman

**Provider:** Lloyd Hershman, M.D
**Date:** 05/11/2015

- RIGHT KNEE PAIN FOR THE PAST 3 DAYS

### HPI:
Constitutional:
73 year old male presents with c/o ARTHRALGIAS right knee.
Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:
- Gout

### Medications:
- Taking Atorvastatin Calcium 10 mg tablet 1 tab(s) once a day (at bedtime)
- Medication List reviewed and reconciled with the patient

### Allergies:
- N.K.D.A.

**Vitals:** RR 14, HR 72, BP 130/82, Ht 65, Wt 205, BMI 34.11
EM.

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: no clubbing, no edema.
- Neurologic Exam: non-focal exam.

### Assessment:
- DJD - 715.90 (Primary)
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81

### Immunizations:

### Therapeutic Injections:
- KENALOG : 1 cc given by DR KENNETH RT KNEE

### Procedure Codes:
- J3301 INJ TRIAMCINOLONE ACETONIDE 10 MG

**Follow Up:** 1 Week

IOF-000121

**Provider:** Lloyd Hershman, M.D
**Patient:** VINAS, RIGOBERTO  **DOB:** REDACTED  **Date:** 05/11/2015

**Electronically signed by Kenneth Hershman , M.D on 06/04/2015 at 01:16 PM EDT**
**Sign off status: Completed**

IOF-000122

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y  **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D

**Date:** 05/05/2015

- PATIENT IS HERE TO GO OVER LAB RESULTS
- FOLLOW-UP ON PAIN ON LEFT FOOT. FEELS MUCH BETTER

### HPI:

Constitutional:

Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:

- Gout

### Medications:

- None

### Allergies:

- N.K.D.A.

**Vitals:** RR 16, HR 76, BP 110/76, Ht 65, Wt 205.6, BMI 34.21
EM.

### Examination:

General Examination:

- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: no clubbing, no edema.
- Neurologic Exam: non-focal exam.

### Assessment:

- NEUROPATHY IN DIABETES - 357.2 (Primary)
- ADMINISTRTVE ENCOUNT NOS - V68.9

### 1. Others

Start Atorvastatin Calcium tablet, 10 mg, 1 tab(s), orally, once a day (at bedtime), 90 days, 90,
Refills 0 .

Notes: needs to follow up in 3 months to do lipid profile.

### Immunizations:

### Procedure Codes:

- 3074F SYST BP LT 130 MM HG
- 3078F DIAST BP < 80 MM HG

**Follow Up:** 2 Weeks

IOF-000123

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 05/05/2015

**Electronically signed by Kenneth Hershman , M.D on 05/20/2015 at 04:26 PM EDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED  **Age:** 73 Y  **Sex:** Male
**Phone:** REDACTED
**Address:**        REDACTED
**Pcp:** Kenneth Hershman

**Provider:** Lloyd Hershman, M.D
**Date:** 05/01/2015

- Complete physical
- Patient is here c/o pain on his lt foot

## ROS:
ADL:
- Bowels continent.
- Bladder continent.
- Grooming independent.
- Toilet use independent.
- Feeding independent.
- Transfer independent.
- Mobility independent.
- Stairs independent.
- Bathing independent.

### Medical History:
- Gout

### Surgical History:
- No Surgical History documented.

### Hospitalization/Major Diagnostic Procedure:
- No Hospitalization History.

### Family History:
Father: deceased
Mother: alive 87 yrs

### Social History:
no Smoking   past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

### Medications:
- Taking ibuprofen 800 mg tablet in house 1 tab(s) bid
- Medication List reviewed and reconciled with the patient

### Allergies:
- N.K.D.A.

**Vitals:** RR 14, HR 74, BP 122/80, Ht 65, Wt 205, BMI 34.11
or.

### Physical Examination:

IOF-000125

GENERAL:
- General Appearance: **well-appearing, no acute distress**.
- Mental Status: alert and oriented.

**Assessment:**
- Exam, General Adult Medical - V70.0 (Primary)
- BMI 34.0-34.9,ADULT - V85.34
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81
- DMII NEURO UNCNTRLD - 250.62
- NEUROPATHY IN DIABETES - 357.2
- Gout NOS - 274.9
- Hyperlipidemia - 272.4
- HTN [Hypertension] - 401.9
- Fatigue and Malaise - 780.79

**1. DMII NEURO UNCNTRLD**
- **Lab:**URINALYSIS, COMPLETE
- **Lab:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **Lab:**LIPID PANEL WITH RATIOS
- **Lab:**HEMOGLOBIN A1c
- **Lab:**CBC (INCLUDES DIFF/PLT)
- **Lab:**MICROALBUMIN, RANDOM URINE (W/CREATININE)
- **Lab:**T4 (THYROXINE), TOTAL
- **Lab:**TSH, 3RD GENERATION
- **Lab:**URIC ACID

**2. Gout NOS**
- **Lab:**URINALYSIS, COMPLETE
- **Lab:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **Lab:**LIPID PANEL WITH RATIOS
- **Lab:**HEMOGLOBIN A1c
- **Lab:**CBC (INCLUDES DIFF/PLT)
- **Lab:**MICROALBUMIN, RANDOM URINE (W/CREATININE)
- **Lab:**T4 (THYROXINE), TOTAL
- **Lab:**TSH, 3RD GENERATION
- **Lab:**URIC ACID

**3. Hyperlipidemia**
- **Lab:**URINALYSIS, COMPLETE
- **Lab:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **Lab:**LIPID PANEL WITH RATIOS
- **Lab:**HEMOGLOBIN A1c
- **Lab:**CBC (INCLUDES DIFF/PLT)
- **Lab:**MICROALBUMIN, RANDOM URINE (W/CREATININE)
- **Lab:**T4 (THYROXINE), TOTAL
- **Lab:**TSH, 3RD GENERATION
- **Lab:**URIC ACID

**4. HTN [Hypertension]**
- **Lab:**URINALYSIS, COMPLETE
- **Lab:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **Lab:**LIPID PANEL WITH RATIOS
- **Lab:**HEMOGLOBIN A1c
- **Lab:**CBC (INCLUDES DIFF/PLT)

IOF-000126

- **Lab:**MICROALBUMIN, RANDOM URINE (W/CREATININE)
- **Lab:**T4 (THYROXINE), TOTAL
- **Lab:**TSH, 3RD GENERATION
- **Lab:**URIC ACID

**5. Fatigue and Malaise**
- **Lab:**URINALYSIS, COMPLETE
- **Lab:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **Lab:**LIPID PANEL WITH RATIOS
- **Lab:**HEMOGLOBIN A1c
- **Lab:**CBC (INCLUDES DIFF/PLT)
- **Lab:**MICROALBUMIN, RANDOM URINE (W/CREATININE)
- **Lab:**T4 (THYROXINE), TOTAL
- **Lab:**TSH, 3RD GENERATION
- **Lab:**URIC ACID

**Immunizations:**

**Labs:**

- **Lab:**URINALYSIS, COMPLETE

**Procedure Codes:**

- 1159F MED LIST DOCD IN RCRD
- 1160F RVW MEDS BY RX/DR IN RCRD

**Follow Up:** 2 Weeks

**Provider:** Lloyd Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:**REDACTED **Date:** 05/01/2015

**Electronically signed by Kenneth Hershman , M.D on 05/20/2015 at 04:21 PM EDT**
**Sign off status: Completed**

IOF-000127

:

?                                                                          **Progress Note**

**Patient:** VINAS, RIGOBERTO                          **Provider:** Kenneth Hershman, M.D
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y  **Sex:** Male                      **Date:** 03/20/2015
**Phone:** REDACTED
**Address:**                  REDACTED

---

- PAIN ON RIGHT FOOT, POSSIBLE GOUT ATTACK

### HPI:

Constitutional:
  Denies : NIGHT SWEATS, FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:

- Gout

### Medications:

- None

### Allergies:

- N.K.D.A.

**Vitals:** RR 16, HR 72, BP 140/82, Ht 65, Wt 209, BMI 34.78
EM.

### Examination:

General Examination:

- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam:  decreased sensations.

### Assessment:

- Gout NOS - 274.9 (Primary)
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81
- Diabetes mellitus type 2 or unspecified type with renal manifestations, unc - 250.42
- Nephritis & nephropathy, with other diseases - 583.81

### Immunizations:

### Therapeutic Injections:

- KENALOG : 1 cc given by d k on right foot

### Procedure Codes:

- J3301 INJ TRIAMCINOLONE ACETONIDE 10 MG

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 03/20/2015

**Electronically signed by Kenneth Hershman , M.D on 04/21/2015 at 02:28 PM EDT**
**Sign off status: Completed**

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 01/21/2015

- Patient states he has been told by insurance company he is a diabetic, he would like to clarify this because he is not under any treatment for diabetes

### HPI:
Constitutional:
Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:
- Gout

### Medications:
- None

### Allergies:
- N.K.D.A.

**Vitals:** RR 14, HR 74, BP 130/72, Ht 65, Wt 216, BMI 35.94
or.

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

### Assessment:
- DJD - 715.90 (Primary)
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81

### Immunizations:

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 01/21/2015

IOF-000132

Electronically signed by Kenneth Hershman , M.D on 02/05/2015 at 10:11 AM EST
Sign off status: Completed

IOF-000133

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 73 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D

**Date:** 12/15/2014

- PATIENT IS HERE WITH COUGH, TIGHTNESS OF CHEST, LOW-GRADE FEVER

## HPI:
Constitutional:

73 year old male presents with c/o ARTHRALGIAS diffuse, no associated swelling. c/o FEVER low grade.

Denies : NIGHT SWEATS. FEVER/CHILLS/SWEATS. NAUSEA.

**Medical History:**
- Gout

**Medications:**
- None

**Allergies:**
- N.K.D.A.

**Vitals:** Temp 97.8, RR 14, HR 76, BP 122/70, Ht 65, Wt 214, BMI 35.61
OR.

## Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

## Assessment:
- Bronchitis NOS - 490 (Primary)
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81

## Procedures:
Nebulizer:
- Indication COUGH.
- Pre-treatment heart rate 76, bpm.
- Pre-treatment O2 Sat 97, %.
- Medication administered Albuterol 0.08%.
- Post-treatment heart rate 84, bpm.

- Post-treatement O2 Sat 97, %.
- Post-treatment lung sounds improved air movement.

**Immunizations:**

**Therapeutic Injections:**
- DECADRON : 2 cc given by Rodriguez Olga on Left Deltoid

**Procedure Codes:**
- J1100 INJ DEXAMETHASONE SODIUM PHOSPHATE 1 MG

**Follow Up:** 2 Weeks

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO  **DOB:** REDACTED **Date:** 12/15/2014

**Electronically signed by Kenneth Hershman , M.D on 01/07/2015 at 10:59 AM EST**
**Sign off status: Completed**

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 72 Y   **Sex:** Male
**Phone:** REDACTED
**Address:**                    REDACTED
**Pcp:** Kenneth Hershman

**Provider:** Lloyd Hershman, M.D
**Date:** 08/19/2014

- REVIEW LAB RESULTS

**HPI:**
Constitutional:
Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

**Medical History:**
- Gout

**Medications:**
- None

**Allergies:**
- N.K.D.A.

**Vitals:** Temp 98, RR 12, HR 78, BP 128/78, Ht 65, Wt 210, BMI 34.94.

**Examination:**
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: no clubbing, no edema.
- Neurologic Exam: non-focal exam.

**Assessment:**
- Morbid obesity - 278.01 (Primary)
- Nephritis & nephropathy, with other diseases - 583.81
- Diabetes mellitus type 2 or unspecified type with renal manifestations, unc - 250.42

**Immunizations:**

**Follow Up:** 2 Weeks

**Provider:** Lloyd Hershman, M.D
**Patient:** VINAS, RIGOBERTO   **DOB:** REDACTED **Date:** 08/19/2014

**Electronically signed by Kenneth Hershman , M.D on 09/23/2014 at 03:14 PM EDT**
**Sign off status: Completed**

IOF-000136

**Progress Notes**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 72 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 08/13/2014

- COMPLETE PHYSICAL

**ROS:**
ADL:
- Bowels continent.
- Bladder continent.
- Grooming independent.
- Toilet use independent.
- Feeding independent.
- Transfer independent.
- Mobility independent.
- Stairs independent.
- Bathing independent.

**Medical History:**
- Gout

**Surgical History:**
- No Surgical History documented.

**Hospitalization/Major Diagnostic Procedure:**
- No Hospitalization History.

**Family History:**
Father: deceased
Mother: alive 87 yrs

**Social History:**
no Smoking past smoker.
no Alcohol.
no Drug use.
no Exercise.
Caffeine: yes, frequency: everyday.

**Medications:**
- None

**Allergies:**
- N.K.D.A.

**Vitals:** RR 16, HR 72, BP 128/80, Ht 65, Wt 211, BMI 35.11
or.

**Physical Examination:**
GENERAL:
- General Appearance: **well-appearing, no acute distress**.
- Mental Status: alert and oriented.

IOF-000138

**Assessment:**
- Exam, General Adult Medical - V70.0 (Primary)
- BMI 35.0-35.9,ADULT - V85.35
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- NEUROPATHY IN DIABETES - 357.2
- SCREEN MAL NEOP-RECTUM - V76.41

**1. Exam, General Adult Medical**
- **Lab:**URINALYSIS, COMPLETE
- **Lab:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **Lab:**LIPID PANEL WITH RATIOS
- **Lab:**HEMOGLOBIN A1c
- **Lab:**CBC (INCLUDES DIFF/PLT)
- **Lab:**T4 (THYROXINE), TOTAL
- **Lab:**TSH, 3RD GENERATION

**Immunizations:**

**Diagnostic Imaging:**
- **Imaging:**Electrocardiogram

**Labs:**
- **Lab:**Stool Guaiac(Occult Blood)
- **Lab:**URINALYSIS, COMPLETE

**Procedure Codes:**
- 82270 TEST FOR BLOOD, FECES
- 1159F MED LIST DOCD IN RCRD
- 1160F RVW MEDS BY RX/DR IN RCRD

**Follow Up:** 2 Weeks

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 08/13/2014

**Electronically signed by Kenneth Hershman , M.D on 09/18/2014 at 09:59 AM EDT**
**Sign off status: Completed**

IOF-000139

**Progress Note**

**Patient:** VINAS, RIGOBERTO
**Account Number:** 12947
**DOB:** REDACTED **Age:** 72 Y  **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 03/10/2014

- GOUT

**HPI:**

Constitutional:
    Denies : NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

**Medical History:**
- No Medical History.

**Medications:**
- None

**Allergies:**
- N.K.D.A.

**Vitals:** RR 14, BP 122/82, Ht 65, Wt 212.6, BMI 35.37
ma.

**Examination:**

General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck. Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: decreased sensations.

**Assessment:**
- Gout NOS - 274.9 (Primary)
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81
- Nephritis & nephropathy, with other diseases - 583.81
- NEUROPATHY IN DIABETES - 357.2
- Morbid obesity - 278.01

**Immunizations:**
- INFLUENZA : 0.5ml given by ma on Left Deltoid

**Procedure Codes:**
- 90658 INFLUENZA

**Follow Up:** 2 Weeks

IOF-000140

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 03/10/2014

**Electronically signed by Kenneth Hershman , M.D on 05/20/2014 at 12:09 AM EDT**
**Sign off status: Completed**

IOF-000141

**Progress Note**

Patient: VINAS, RIGOBERTO
DOB:REDACTED  Age: 72 Y  Sex: Male
Phone: REDACTED
Address:            REDACTED

Provider: Kenneth Hershman, M.D
Date: 11/12/2013

## Subjective:

### CC:
- Patient is here to go over lab results
- Sugar check

### HPI:
Constitutional:
Denies : ANOREXIA. DIZZINESS. WEIGHT LOSS. WEIGHT
GAIN. FATIGUE. MYALGIAS. ARTHRALGIAS. NIGHT
SWEATS. FEVER. FEVER/CHILLS/SWEATS. NAUSEA.

### Medical History:
- No Medical History.

### Medications:
- None

### Allergies:
- N.K.D.A.

## Objective:

Vitals: Temp 98, RR 12, HR 78, BP 120/78, Ht 65, Wt 212, BMI 35.27.

### Past Orders:

### Examination:
General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally. no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: no clubbing, no edema.
- Neurologic Exam: Good mm. tone non-focal exam.

## Assessment:

### Assessment:
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60 (Primary)
- Hyperlipidemia - 272.4
- NEUROPATHY IN DIABETES - 357.2

## Plan:

IOF-000142

**Immunizations:**
**Therapeutic Injections:**
**Labs:**
 • **Lab:**Glucose
**Procedure Codes:**

**Follow Up:** 2 Weeks, prn

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 11/12/2013

**Electronically signed by Kenneth Hershman , M.D on 01/09/2014 at 05:58 PM EST**
**Sign off status: Completed**

**Progress Notes**

Patient: VINAS, RIGOBERTO
DOB: REDACTED Age: 72 Y  Sex: Male
Phone: REDACTED
Address: REDACTED

Provider: Kenneth Hershman, M.D
Date: 11/05/2013

---

**Subjective:**

**CC:**

- STOOL GUAIAC CARD
- COMPLETE PHYSICAL AND LABS, HA1C AND MICROALBUMIN URINE
- ALSO NEEDS A REFERRAL FOR AN EYE EXAM

**HPI:**

Constitutional:

Denies ; ANOREXIA, DIZZINESS, WEIGHT LOSS, WEIGHT
GAIN, FATIGUE, MYALGIAS, ARTHRALGIAS, NIGHT
SWEATS, FEVER, FEVER/CHILLS/SWEATS, NAUSEA.

**ROS:**

ADL:

- Bowels continent.
- Bladder continent.
- Grooming independent.
- Toilet use independent.
- Feeding independent.
- Transfer independent.
- Mobility independent.
- Stairs independent.
- Bathing independent.

PAIN SCREENING:

- Recent pain interfering with activities  no.
- Pain  no.

**Medical History:**

- No Medical History.

**Gyn History:**
**OB History:**
**Surgical History:**

- No Surgical History documented.

**Hospitalization/Major Diagnostic Procedure:**

- No Hospitalization History.

**Family History:**
Father: deceased
Mother: alive

**Social History:**

no Smoking  past smoker.
no Alcohol.
no Drug use.

IOF-000144

no Exercise.
Caffeine: yes, frequency: everyday.

**Medications:**
- None

**Allergies:**
- N.K.D.A.


**Objective:**

**Vitals:** RR 16, HR 76, BP 120/78, Ht 65, Wt 212, BMI 35.27
em.

**Past Orders:**

**Examination:**

General Examination:
- general appearance NAD, alert and oriented.
- HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM.
- Oral cavity: clear, moist mucus membranes.
- Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy.
- Heart: RRR, no murmurs.
- Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
- Abdomen: soft, NT/ND, BS present.
- Extremities: sensations diminished.
- Peripheral pulses: diminished.
- Neurologic Exam: Good mm. tone decreased sensations.

**Physical Examination:**

GENERAL:
- General Appearance: **well-appearing, no acute distress**.
- Mental Status: alert and oriented.


**Assessment:**

**Assessment:**
- ROUTINE MEDICAL EXAM - V70.0 (Primary)
- BMI 35.0-35.9,ADULT - V85.35
- Nephritis & nephropathy, with other diseases - 583.81
- NEUROPATHY IN DIABETES - 357.2
- Hyperlipidemia - 272.4
- HTN [Hypertension] - 401.9
- Diabetes mellitus type 2 or unspecified type with neurological manifestatio - 250.60
- Diabetes mellitus type 2 or unspecified type with peripheral circulatory di - 250.70
- ANGIOPATHY IN OTHER DIS - 443.81

**Plan:**

**1. Hyperlipidemia**
- **LAB:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **LAB:**CBC (INCLUDES DIFF/PLT)
- **LAB:**LIPID PANEL WITH RATIOS
- **LAB:**T4 (THYROXINE), TOTAL
- **LAB:**TSH, 3RD GENERATION
- **LAB:**URINALYSIS, COMPLETE

IOF-000145

- **LAB:**HEMOGLOBIN A1c
- **LAB:**MICROALBUMIN, RANDOM URINE (W/CREATININE)

## 2. HTN [Hypertension]

- **LAB:**COMPREHENSIVE METABOLIC PANEL W/EGFR
- **LAB:**CBC (INCLUDES DIFF/PLT)
- **LAB:**LIPID PANEL WITH RATIOS
- **LAB:**T4 (THYROXINE), TOTAL
- **LAB:**TSH, 3RD GENERATION
- **LAB:**URINALYSIS, COMPLETE
- **LAB:**HEMOGLOBIN A1c
- **LAB:**MICROALBUMIN, RANDOM URINE (W/CREATININE)

**Immunizations:**

**Therapeutic Injections:**

**Labs:**

- **Lab:**URINALYSIS, COMPLETE

**Procedure Codes:**

- 1126F AMNT PAIN NOTED NONE PRSNT
- 1159F MED LIST DOCD IN RCRD
- 1160F RVW MEDS BY RX/DR IN RCRD
- 1170F FXNL STATUS ASSESSED
- 1157F ADVNC CARE PLAN IN RCRD

**Preventive:**

**Follow Up:** 2 Weeks

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO  **DOB:** REDACTED **Date:** 11/05/2013

**Addendum:**
02/07/2014 11:20 AM Hershman, Kenneth > adding dx 250.40 for diabetes with renal manifestations. Cade was omitted

**Electronically signed by Kenneth Hershman , M.D on 01/09/2014 at 05:58 PM EST**
**Sign off status: Completed**

IOF-000146

**Patient:** VINAS, RIGOBERTO
**DOB:** REDACTED **Age:** 70 Y **Sex:** Male
**Phone:** REDACTED
**Address:** REDACTED

**Provider:** Kenneth Hershman, M.D
**Date:** 07/30/2012

## Subjective:

### CC:

1. FASTING - COMPLETE PHYSICAL & BLOOD WORK . 2. PT WANTS TO SEE DR. KH. 3. PT NEED A REFERRAL FOR ENT, AND OPTHALMOLOGY..

### HPI:

Constitutional:

Denies : ANOREXIA. WEIGHT LOSS. FATIGUE. MYALGIAS. ARTHRALGIAS. NIGHT SWEATS. FEVER. FEVER/CHILLS/SWEATS. WEIGHT GAIN. NAUSEA.

### ROS:

ADL:

Bowels continent. Bladder continent. Grooming independent. Toilet use independent. Feeding independent. Transfer independent. Mobility independent. Stairs independent. Bathing independent.

**Gyn History:**

**OB History:**

**Surgical History:** Denies Past Surgical History.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Family History:** Father: deceased Mother: alive Non-Contributory

**Social History:** no Smoking past smoker. no Alcohol. no Drug use. no Exercise. Caffeine: yes, frequency: everyday.

**Medications:** ibuprofen 200 mg capsule 2 cap(s) every 4 hours, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** RR 16, HR 70, BP 128/78, Ht 65, Wt 204.6, BMI 34.04
MA.

### Past Orders:

### Examination:

General Examination:

general appearance NAD, alert and oriented. HEENT: Head - NC/AT, PERRLA, EOMI, TM's clear and flat bilaterally, Oropharynx clear with MMM. Oral cavity: clear, moist mucus membranes. Neck, Thyroid : supple, no thyromegaly, no lymphadenopathy. Heart: RRR, no murmurs. Lungs: clear to auscultation bilaterally, no wheezes/rhonchi/rales. Abdomen: soft, NT/ND, BS present. Extremities: no clubbing, no edema. Neurologic Exam: Good mm. tone non-focal exam.

### Physical Examination:

GENERAL:

General Appearance: **well-appearing, no acute distress**. Mental Status: alert and oriented.

IOF-000148

## Assessment:

**Assessment:**
1. Exam, General Adult Medical - V70.0 (Primary)
2. BMI 34.0-34.9,ADULT - V85.34
3. Hyperlipidemia - 272.4
4. Nephritis & nephropathy, with other diseases - 583.81
5. HTN [Hypertension] - 401.9
6. Diabetes mellitus type 2 or unspecified type with renal manifestations, unc - 250.42

## Plan:

**1. Hyperlipidemia**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: CBC (INCLUDES DIFF/PLT)
LAB: LIPID PANEL WITH RATIOS
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE
LAB: HEMOGLOBIN A1c

**2. HTN [Hypertension]**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: CBC (INCLUDES DIFF/PLT)
LAB: LIPID PANEL WITH RATIOS
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE
LAB: HEMOGLOBIN A1c

**3. Diabetes mellitus type 2 or unspecified type with renal manifestations, unc**
LAB: COMPREHENSIVE METABOLIC PANEL W/EGFR
LAB: CBC (INCLUDES DIFF/PLT)
LAB: LIPID PANEL WITH RATIOS
LAB: T4 (THYROXINE), TOTAL
LAB: TSH, 3RD GENERATION
LAB: URINALYSIS, COMPLETE
LAB: HEMOGLOBIN A1c

**4. Others**
Referral To:Ophthalmology
        Reason:EVAL AND TREAT

**Immunizations:**

**Diagnostic Imaging:** audiometry

**Labs:**
Lab: Stool Guaiac(Occult Blood)
**Procedure Codes:** 82270 TEST FOR BLOOD, FECES

**Preventive:**
Counseling: Diet . Exercise .

**Follow Up:** 2 Weeks

IOF-000149

.
.

**Provider:** Kenneth Hershman, M.D
**Patient:** VINAS, RIGOBERTO **DOB:** REDACTED **Date:** 07/30/2012

**Electronically signed by Kenneth Hershman , M.D on 07/31/2012 at 04:51 PM EDT**
**Sign off status: Completed**

IOF-000150