# EXHIBIT K

| | |
|---|---|
| **From:** | Folk, Liz |
| **To:** | Eli Wahby; Bourbonnais, Valerie |
| **Subject:** | Vinas, Rigoberto 8356627 - SMUL |

## Contestable Claim Underwriting Review - <u>Life</u>

**Certificate no**:         8356627
**Name**:         Rigoberto Vinas
**Face Amount**:         92,000
**Plan**:         Smart UL
**Riders**:         none
**Date of birth**:         REDACTED
**Gender**:         Male
**Age at issue**:         73
**Smoking status**:         Non Tobacco

**Application signed by voice on**:     Jan 12, 2015
**State**:     FL
**Issue Date**:     January 26, 2015
**Date of Death**:     January 11, 2017

**Cause of Death and Duration**:     REDACTED
**Significant Contributing Factors**:     REDACTED

**Application questions**:     all no
**Questionnaires**:     Diabetes

**Intelliscript/Optum:**     passed
**MIB**: alert found consistent with disorder in Q#24h
**MVR**: claims did not provide to uw for contestable review

**NBA/NBU Underwriting Decision**: approved Standard

**Causal Connection State**:     no
**Replacement State**:   no
**Reinsurance**:   no  **Amt Ceded: $**    **Company**:

**Report from Hershman Medical Center (98 pages)**

Pg. 79 – Jan 21, 2015
Assessment: ...Diabetes mellitus type 2 or unspecified type with neurological manifestation – 250.60, Neuropathy in diabetes – 357.2, diabetes mellitus type 2 or unspecified type with peripheral circulatory di – 250.70...

Pg. 81 – 12/15/2014
Assessment: ... Diabetes mellitus type 2 or unspecified type with neurological manifestation – 250.60, Neuropathy in diabetes – 357.2, diabetes mellitus type 2 or unspecified type with peripheral circulatory di – 250.70...

Pg. 83 – 8/19/2014
Assessment: ..Nephritis & nephropathy, with other diseases..diabetes mellitus type 2 or unspecified type with renal manifestations, unc 250.42

IOF-000245

Pg. 86 – 8/13/2014
Assessment: …diabetes mellitus type 2 or unspecified type with peripheral circulatory di 250.7…diabetes mellitus type 2 or unspecified type with neurological manifestation – 250.60, neuropathy in diabetes…

Question 24. Within the past 10 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for:
…H) Diabetes, or a disease or disorder of the thyroid, pituitary, pancreas or endocrine system?

Had you been aware of the history of complications of diabetes, would you have issued the policy as applied for?

Lisa Buckland
February 24, 2017

**February 28 2017**
**Underwriting Notes:** At the time of underwriting there was an MIB alert indicating a possible history of diabetes. The underwriter questioned this further. The client provided a letter, dated January 22 2015, from Dr. Kenneth Hershman, which stated that the client had been his patient for 15 years and "is in good health and is not taking any medication for diabetes or on a diabetic diet".

**Underwriting Opinion**: Had we been aware of the Applicant's history of diabetes complicated by disorders of the circulatory system and the kidneys we would have declined to issue coverage.
**Elizabeth (liz) Folk FALU, FLMI, ACS**
Senior Underwriter
Underwriting
**Tel:** 416-429-3000 x4308
**Fax:** 1-866-271-6217
lfolk@foresters.com

**Foresters Financial**
789 Don Mills Road
Toronto ON M3C 1T9
[foresters.com](foresters.com)