# EXHIBIT O
## PLAINTIFF'S CONSEQUENTIAL DAMAGES

- Digna Vinas life insurance - $100,000 life insurance policy – $8,106.40 = $91,893.60

- House insurance – pd. $1,200 for 3 years

- Rigo's Wedding Ring - $800

- Bracelet - $2,500

- Rigo's Wedding Ring from previous wife - $700

- American Express – interest - $2,500.00

- Chase – interest - $900

- Bank of America – interest - $4,500

- Loans:
    - Quique - $500
    - Tharsay - $600
    - Paula - $3,000
    - David - $15,000
    - Jimmy - $10,000
    - Frances - $5,000
    - Anthony - $6,800
    - Doris - $700
    - Christina - $500
    - Diana - $250
    - Rabbi - $380
    - Andy (Baby) - $200
    - Pablo - $250

- Attorney's fee owed to Adrian Arkin for defense of credit card suit $3.75hrs @ $600.00/hr. $2,250.

- Seriously damaged credit.

45