Robert A. Winter (FL, GA, MO)
Joseph C. Cooling (GA)
S. Louis Schiappa (GA, NC, SC)
Quinn McGill Kasper (GA)
Joy L. Kundawala (FL)
M. Scott Peskin (GA)
Louis R. Feingold (GA)
Christopher R. Yarbrough (GA)
Joseph E. Brown (SC)



## COOLING & WINTER

### ATTORNEYS AT LAW

PO Box 100150
Marietta, GA 30061-9918

Kristian Knochel (FL, GA)
Jeralyn A. Leydig (FL)
Mateusz Szymanski (FL)
Allison K. Lovell (GA)
Dylan D. Lingerfelt (SC)
Shenika L. Lee (GA)
Caroline L. Harwell (GA)
Georgia A. Lawrence (GA)
Melissa Alvarez (FL)

Toll Free: (800) 450-6575
Fax: (770) 980-0528
Email: legal@coolingwinter.com
Web: www.coolingwinter.com

May 13, 2019

**EXHIBIT Q**

Dear Digna L Perez-Vinas:

This communication is in reference to your delinquent account as shown below. Please contact our office if you wish to make arrangements to pay the unpaid balance.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing within thirty (30) days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This law firm practices law in Georgia, Florida, North Carolina and South Carolina. Although we are a law firm, at this time no attorney with this firm has personally evaluated or reviewed the particular circumstances of your account. This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Cooling & Winter, LLC

---

**PLEASE MAIL CORRESPONDENCE AND PAYMENTS TO:**
**PO BOX 100150**
**MARIETTA, GA 30061-9918**

HOURS OF OPERATION:
MONDAY - FRIDAY 8:30AM - 5:30PM EST

15_CLCW_IDL600E_V9
271268482

Cooling & Winter, LLC
Attorneys at Law
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

| Date: | May 13, 2019 |
| Creditor: | Bank of America, N.A. |
| Account Number: | REDACTED |
| File No: | C0574172 |
| Balance: | $11,810.37 |

DIGNA L PEREZ-VINAS
REDACTED

**24/7 Payment Options:**

1

**Blue from American Express®**

DIGNA VINAS
Closing Date 05/09/19

Account Ending REDACTED

| | |
|---|---|
| **New Balance** | **$7,910.95** |
| **Minimum Payment Due** | **$374.00** |
| Includes the past due amount of $119.00 | |
| **Payment Due Date** | **06/03/19‡** |

**‡Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 06/03/19, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 18 years | $16,288 |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

---

**AMERICAN EXPRESS® PERSONAL LOANS**

**Did you know American Express® offers Personal Loans?**
Pre-approved Card Members can apply for a loan of up to $40,000 with fixed monthly payments and APRs ranging from 6.98% - 19.98%. Terms apply.
Learn more by visiting **americanexpress.com/loanoffer20**

---

**Visit**
www.membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | $7,962.97 |
| Payments/Credits | -$201.00 |
| New Charges | +$0.00 |
| Fees | +$38.00 |
| Interest Charged | +$110.98 |
| | |
| **New Balance** | **$7,910.95** |
| **Minimum Payment Due** | **$374.00** |
| | |
| Credit Limit | $7,000.00 |
| | |
| Cash Advance Limit | $0.00 |
| | |
| Days in Billing Period: 31 | |

**Customer Care**



**Pay by Computer**
americanexpress.com/pbc

| | |
|---|---|
| **Customer Care** | **Pay by Phone** |
| 1-888-258-3741 | 1-800-472-9297 |

→ See Page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

AB 01 049044 35667 B 187 A

DIGNA VINAS REDACTED

**Account Ending REDACTED**
Enter 15 digit account # on all payments.
Make check payable to American Express.

| | |
|---|---|
| Payment Due Date | **06/03/19** |
| New Balance | **$7,910.95** |
| Minimum Payment Due | **$374.00** |

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$ _____ . __
**Amount Enclosed**

0000349991659186176  000791095000037400  05  H

2

1000 N. West Street
Suite 1200
Wilmington, DE 19801



Visit our website: www.gatestoneco.com
800-678-3052
Our hours of operation are
Mon – Fri 8:00am to 5:00pm EST

Date: April 16, 2018
Reference #: 71-180110070
Creditor: American Express
Account #: REDACTED
Amount Owing: $9,584.15

000342 000000546

DIGNA VINAS
**REDACTED**



## Notice of Intention To Deposit Post-Dated Check

Dear Sir/Mme.,

Your account has been placed with Gatestone & Co. International Inc., a collection agency.

We are in receipt of your check dated 04/24/18 in the amount of $201.00 as payment on your above-noted account. Please be advised that we intend to deposit the check on 04/24/18.

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose. Calls to or from our company may be monitored or recorded for quality assurance purposes.

If you have any questions concerning this arrangement, please call our office at (866) 251-2396.

Online check payments can be made on our website at www.gatestoneco.com with the use of this security feature code 662769.

Sincerely,
MR. AGOSTINO
(866) 251-2396

UI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please Detach and Return This Portion with Payment

Option 1: Make Check Payable to: Gatestone & Co. International Inc,
Option 2: Pre-Authorized — Auto Pay [ ]
Routing No. _____
Name of Bank _____
Check No. _____
Account No. _____
Name of Account Holder _____
Signature _____
Payment Amount $ _____

Reference # : 71-180110070
Company: Gatestone & Co. International Inc. (Loc. 71)


DIGNA VINAS
**REDACTED**

By mailing your check you authorize Gatestone & Co. International Inc.
to debit your account, one time for the amount of the check, via an
electronic fund transfer (EFT). Funds may be withdrawn from your account
as soon as the same day payment is received. In the event your check is
returned unpaid for insufficient or uncollected funds, we may re-present
your check. Your check will not be returned by your financial institution.

Gatestone & Co. International Inc.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

GU04172018_USCCO416.TXT-663-000000546

3

Statement Date: 03-16-20
Creditor: AMERICAN EXPRESS
Our Reference #: 43269849
Creditor Account #: **REDACTED**
Account Balance: $8,447.24

*firstsource*

Firstsource Advantage, LLC
205 Bryant Woods South, Amherst, NY 14228 • 1-866-580-6552

Dear Digna Vinas:

We are in receipt of a post-dated check as payment on your account. This check is drawn in the amount and dated for deposit as indicated below:

Check Amount: $86.50
Check Date: 03-24-20

This check will be deposited and credited to your account on the date noted on the check.

If you have questions regarding the above, contact a representative at the following toll-free number: 1-866-580-6552.

This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Firstsource Advantage, LLC
A Professional Debt Recovery Agency

### Customer Service and Payment Information

☎ Telephone: Toll free: 1-866-580-6552      TTY / TDD Users: 1-800-662-1220

🕑 Office Hours (Eastern Time): Monday and Tuesday 8am-9pm, Wednesday-Friday 8am-8pm, Saturday 8am-12pm

✉ Send correspondence to: Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228

4

# CHASE ○

Cardmember Service
P.O. Box 15548
Wilmington, DE 19886-5548

**Questions?**

📞 1-800-955-8030

TTY 1-800-955-8060

44218 RCS 001 003 13618 - NNNNNNNNNNNNN EPAY05
Digna Vinas
**REDACTED**

May 16, 2018

## Update:          Thank you for scheduling your payments

Your account ending in 

Dear Digna Vinas:

We're confirming your authorized payments discussed during our recent telephone conversation.

**Here's what you need to know**
- The first payment transaction is a one time ACH debit to your Pay From account.
- If you authorized more than one payment, we'll process each transaction separately on the date shown below.
- Your payment will be credited to your credit card account on the transaction date.
- The withdrawal of funds from your Pay From account will typically occur within two business days of this transaction date. The exact timing depends on the pay account bank's processing schedule.

Here is a list of the payment(s) you authorized to your credit card account:

| Payment Amount | Payment Date |
|---|---|
| $117.00 | 05/24/2018 |
| $117.00 | 06/24/2018 |
| $117.00 | 07/24/2018 |
| $117.00 | 08/24/2018 |
| $117.00 | 09/24/2018 |
| $117.00 | 10/24/2018 |
| $117.00 | 11/24/2018 |
| $117.00 | 12/24/2018 |
| $117.00 | 01/24/2019 |
| $117.00 | 02/24/2019 |
| $117.00 | 03/24/2019 |
| $117.00 | 04/24/2019 |

Please keep this letter for your records.

You can change a scheduled payment if you notify us at least 24 hours before its payment date.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
Chase Bank USA, N.A. is the owner of the account.

**Disbursement**
**Processing**

Brighthouse Life Insurance Company
PO Box 321
Warwick, RI 02887-0321

DATE          : 10/31/2017
CHECK NUMBER: 119 - 890L 000153776
CHECK AMOUNT: ********$8,106.40
CHECK REF# : Z50-7413991

FOR PAYMENT INFORMATION
PHONE:1-800-334-4298

0041
DIGNA VINAS
**REDACTED**



Detach Check                                                        Detac'

6

Filing # 92935529 E-Filed 07/22/2019 02:50:29 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS | CIVIL ACTION SUMMONS<br>(b) Form for Personal Service on a Natural Person | CASE NUMBER<br>2019-015946-CC-23 |
|---|---|---|
| PLAINTIFF(S)<br>BANK OF AMERICA, N.A. | VS. DEFENDANT(S)<br>DIGNA L PEREZ-VINAS | CLOCK IN |

THE STATE OF FLORIDA :  TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on Defendant,

| To Defendant(s): DIGNA L PEREZ-VINAS | Address: **REDACTED** |
|---|---|

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**DADE COUNTY COURT LOCATIONS**

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☒ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

SERVICE

I.D. # 185
Day
Year 2019 Time 5:09

| Plaintiff/Plaintiff Attorney<br>☐ Robert A. Winter, Esq., FL Bar No. 0769540<br>☐ Joy Lynn Kundawala, Esq., FL Bar No. 69406<br>☐ Kristian Knochel, Esq., FL Bar No. 69388<br>☒ Mateusz Marcin Szymanski, Esq., FL Bar No. 98802<br>☐ Melissa Alvarez, Esq., FL Bar No. 98232 | Address: COOLING & WINTER, LLC<br>*Attorneys at Law*<br>7901 SW 6th Court, Ste 310<br>Plantation, FL 33324<br>(954) 903-2806 / (888) 900-0067<br>Florida@CoolingWinter.com |
|---|---|
| **HARVEY RUVIN**<br>**CLERK OF COURTS** | BY: _____<br>Deputy Clerk 18503 | DATE ON:<br>7/22/2019 |

## AMERICANS WITH DISABILITIES ACT OF 1990 – ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

C0574172



C-3255306 - JJL PROCESS
DIGNA L PEREZ-VINAS

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS | CIVIL ACTION SUMMONS<br>(b) Form for Personal Service on a Natural Person | CASE NUMBER |
|---|---|---|
| PLAINTIFF(S)<br>BANK OF AMERICA, N.A. | VS. DEFENDANT(S)<br>DIGNA L PEREZ-VINAS | CLOCK IN |

THE STATE OF FLORIDA :   TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on Defendant.

| To Defendant(s):   DIGNA L PEREZ-VINAS | Address:   REDACTED |
|---|---|

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**DADE COUNTY COURT LOCATIONS**

| | | | SERVICE |
|---|---|---|---|
| ☐ Dade County Courthouse  (05)<br>Room 133<br>73 West Flagler Street<br>Miami, Florida 33130 | ☐ Joseph Caleb Center  (20)<br>Room 103<br>5400 NW 22 Avenue<br>Miami, Florida 33142 | ☒ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, Florida 33160 | |
| ☐ Miami Beach District Court  (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, Florida 33139 | ☐ Coral Gables District Court  (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, Florida 33134 | ☐ South Dade Justice Center  (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, Florida 33189 | |
| ☐ Hialeah District  (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, Florida 33010 | | | |

| Plaintiff/Plaintiff Attorney<br>☐ Robert A. Winter, Esq ., FL Bar No. 0769540<br>☐ Joy Lynn Kundawala, Esq., FL Bar No. 69406<br>☐ Kristian Knochel, Esq., FL Bar No. 69388<br>☒ Mateusz Marcin Szymanski, Esq., FL Bar No. 98802<br>☐ Melissa Alvarez, Esq., FL Bar No. 98232 | Address:   **COOLING & WINTER, LLC**<br>*Attorneys at Law*<br>7901 SW 6th Court, Ste 310<br>Plantation, FL 33324<br>(954) 903-2806 / (888) 900-0067<br>Florida@CoolingWinter.com |
|---|---|

| HARVEY RUVIN<br>CLERK OF COURTS | BY:_____<br>Deputy Clerk | DATE ON: |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990 - ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance  is less than 7 days; if you are hearing or voice impaired, call 711."**

C0574172

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☒ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S)<br>BANK OF AMERICA, N.A. | VS. DEMANDADO(S)<br>DIGNA L PEREZ-VINAS | HORA |
| A Demandado(s): DIGNA L PEREZ-VINAS | Direccion **REDACTED** | |

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en ls guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en ls lista siguiente para su conveniencia:

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☒ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33189

| Demandante o Abogado del Demandante<br>☐ Robert A. Winter, Esq ., FL Bar No. 0769540<br>☐ Joy Lynn Kundawala, Esq., FL Bar No. 69406<br>☐ Kristian Knochel, Esq., FL Bar No. 69388<br>☒ Mateusz Marcin Szymanski, Esq., FL Bar No. 98802<br>☐ Melissa Alvarez, Esq., FL Bar No. 98232 | Direccion: COOLING & WINTER, LLC<br>*Attorneys at Law*<br>7901 SW 6th Court, Ste 310<br>Plantation, FL 33324<br>(954) 903-2806 / (888) 900-0067<br>Florida@CoolingWinter.com |
|---|---|

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificacion y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| HARVEY RUVIN<br>Secretario del Tribunal del Condado | POR:_____<br>Como Secretario Adjunto | FECHA |
|---|---|---|

## Ley para Estadounidenses con Incapacidades

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

C0574172

9

☐ AU TRIBUNAL DU ONZIÈME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE FLORIDE.
☒ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE

| DIVISION ☒ CIVILE ☐ AUTRE | CONVOCARION D' ACTION CIVILE (b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CAS |
|---|---|---|
| PLAINTE(S) BANK OF AMERICA, N.A. | VS. CONTRE ACCUSE(S) DIGNA L PEREZ-VINAS | HEURE IN |
| A (AUX) ACCUSE(S): DIGNA L PEREZ-VINAS | ADRESSE: REDACTED | |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez/requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal et l'adresse des succursales sont dans ci-dessous pour votre convenance

**ADRESSES DES TRIBUNAUX EN AUCUN**

| | | |
|---|---|---|
| ☐ Dade County Courthouse (05) Room 133 73 West Flagler Street Miami, Florida 33130 | ☐ Joseph Caleb Center (20) Room 103 5400 NW 22 Avenue Miami, Florida 33142 | ☒ North Dade Justice Center (23) Room 100 15555 Biscayne Blvd. North Miami Beach, Florida 33160 |
| ☐ Miami Beach District Court (24) Room 200 1130 Washington Avenue Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26) Room 1200 10710 SW 211 Street Miami, Florida 33189 |
| ☐ Hialeah District (21) Room 100 11 East 6th Street Hialeah, Florida 33010 | | |

| Plainte/Avocat du Plainte ☐ Robert A. Winter, Esq., FL Bar No. 0769540 ☐ Joy Lynn Kundawala, Esq., FL Bar No. 69406 ☐ Kristian Knochel, Esq., FL Bar No. 69388 ☒ Mateusz Marcin Szymanski, Esq., FL Bar No. 98802 ☐ Melissa Alvarez, Esq., FL Bar No. 98232 | Adresse: COOLING & WINTER, LLC Attorneys at Law 7901 SW 6th Court, Ste 310 Plantation, FL 33324 (954) 903-2806 / (888) 900-0067 Florida@CoolingWinter.com |
|---|---|

L'TAT DE LA FLORIDE:   A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| HARVEY RUVIN Greffier de Tribunal | PAR: COMME GREFFIER ADJOINT | DATE ON: |
|---|---|---|

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2702, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 au moins 7 jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de 7 jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

C0574172

10

☐ NAN TRIBUNAL ONZYÈM AWONDISMAN JIDISYE NAN E POU MIAMI-DADE COUNTY, FLORIDA.
☒ NAN TRIBUNAL E POU TRIBUNAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☒  SIVIL<br>☐  LOT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONÈLMAN BAY YON MOUN | NIMEWO KA |
|---|---|---|
| PLENTIF(S)<br>BANK OF AMERICA, N.A. | VS. KONT AKIZE(S)<br>DIGNA L PEREZ-VINAS | LE |

THE STATE OF FLORIDA:   TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant.

| To Defendant(s):   DIGNA L PEREZ-VINAS | Address: **REDACTED** |
|---|---|

**ENFÒTAN**

Yo entre yon aksyon kont oumenm. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponse pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri, fo ou mete numero ka-a ki sou tèt pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mèm tan poste en mèm tan poste en pote en copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**ADRÈS TRIBINAL NAN DADE COUNTY**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Dade County Courthouse  (05)<br>Room 133<br>73 West Flagler Street<br>Miami, Florida 33130 | ☐ | Joseph Caleb Center  (20)<br>Room 103<br>5400 NW 22 Avenue<br>Miami, Florida 33142 | ☒ | North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, Florida 33160 |
| ☐ | Miami Beach District Court  (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, Florida 33139 | ☐ | Coral Gables District Court  (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, Florida 33134 | ☐ | South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, Florida 33189 |
| ☐ | Hialeah District  (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, Florida 33010 | | | | |

| Plainte/Avocat du Plainte<br>☐ Robert A. Winter, Esq., FL Bar No. 0769540<br>☐ Joy Lynn Kundawala, Esq., FL Bar No. 69406<br>☐ Kristian Knochel, Esq., FL Bar No. 69388<br>☒ Mateusz Marcin Szymański, Esq., FL Bar No. 98802<br>☐ Melissa Alvarez, Esq., FL Bar No. 98232 | Nimewo manm avoka a. | COOLING & WINTER, LLC<br>*Attorneys at Law*<br>7901 SW 6th Court, Ste 310<br>Plantation, FL 33324<br>(954) 903-2806 / (888) 900-0067<br>Florida@CoolingWinter.com |
|---|---|---|

| ETA FLORIDA:   Pou Chak nan èta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a. | | |
|---|---|---|
| **HARVEY RUVIN**<br>Sekrete Jeneral Tribinal La | BAY:<br>SÈKRETE | DATE: |

## LWA 1990 POU AMERIKEN KI ENFIM - ANONS POU AMERIKEN KI ENFIM

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 omwen 7 jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke 7 jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

C0574172

IN THE COUNTY COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY FLORIDA

BANK OF AMERICA, N.A.

                Plaintiff,

v.                                 Case No.

DIGNA L PEREZ-VINAS

                Defendant(s).

_____/

### NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING

Pursuant to Florida Rule of Judicial Administration 2.420(d)(2), Plaintiff's counsel hereby gives notice that confidential information is included within the document(s) being filed, has identified the confidentiality provision that applies to the identified information, and has identified the precise location of the confidential information within the document as follows:

| | |
|---|---|
| Title/Type of Document(s): | <u>Complaint</u> |
| Identified Information: | <u>Social Security, bank account, charge, debit, and credit card numbers in court records.</u> §119.0714(1)(i)-(j), (2)(a)-(e), Fla. Stat. (Unless redaction is requested pursuant to §119.0714(2), this information is exempt only as of January 1, 2012.) |
| Location: | <u>Account numbers on statements attached to the Complaint.</u> |

❑ Robert A. Winter, Esq ., FL Bar No. 0769540
❑ Joy Lynn Kundawala, Esq., FL Bar No. 69406
❑ Kristian Knochel, Esq., FL Bar No. 69388
☒ Mateusz Marcin Szymanski, Esq., FL Bar No. 98802
❑ Melissa Alvarez, Esq., FL Bar No. 98232
COOLING & WINTER, LLC
Attorneys at Law
7901 SW 6th Court, Ste 310
Plantation, FL 33324
(954) 903-2806 / (888) 900-0067
florida@coolingwinter.com

C0574172

12

IN THE COUNTY COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY FLORIDA

BANK OF AMERICA, N.A.,

     Plaintiff,

v.                                Case No.

DIGNA L PEREZ-VINAS,

     Defendant.

_____/

## COMPLAINT

Plaintiff, BANK OF AMERICA, N.A., by and through its undersigned attorney, sues Defendant, DIGNA L PEREZ-VINAS and alleges:

1.     This is an action for damages that are within the jurisdictional limits of this Court, exclusive of costs.

2.     Venue for this action is proper in this Court because the Defendant is a resident of this county.

3.     Plaintiff is a national banking association organized and existing under the laws of the United States of America and having its principal place of business in Charlotte, North Carolina.

4.     Plaintiff is a wholly-owned subsidiary of Bank of America Corporation and the successor-in-interest to FIA Card Services, N.A. ("FIA"), formerly known as MBNA America Bank, N.A. FIA was merged into and under the charter and title of Plaintiff effective October 1, 2014.

5.     Defendant is an adult individual residing in this county. Pursuant to the United States Servicemembers Civil Relief Act, Plaintiff, through counsel, has been able to ascertain that the Defendant in the above styled action is not on active duty in the military service.

6.      The following exhibits are attached hereto and incorporated herein by reference:

Exhibit 1:      Billing Statements;
Exhibit 2:      Bank of America, N.A. Assistant Secretary Certificate.

7.      Defendant applied for and received a credit account, which is owned and administered by Plaintiff.

8.      Defendant breached its duty to Plaintiff by failing to make periodic payments as required and the account was subsequently charged-off.  The entire balance on the account is owed to Plaintiff and is presently due and payable in full.

9.      The current account balance is $11,810.37, which includes any applicable payments and credits.  The account is not accruing post charge-off interest.

10.      In accordance with federal regulations, monthly periodic statements for the account have been provided to the Defendant.  Attached hereto and incorporated herein is a copy of the last periodic statement provided to Defendant prior to charge-off.  Based on Plaintiff's records, there are no unresolved billing disputes related to the account.

## ACCOUNT STATED

11.      Plaintiff re-alleges and incorporates herein Paragraphs 1-10.

12.      Defendant used or authorized the use of the credit account for the acquisition of goods, services, balance transfers or cash advances.

13.      Plaintiff provided monthly account statements to the Defendant reflecting, among other information, transactions to the account and the minimum payment(s) due, attached as Exhibit "1".

14.      There are no unresolved billing disputes related to the account and therefore Defendant has impliedly agreed to the resulting balance.

15.      Defendant is liable to Plaintiff for the account balance of $11,810.37.

## CONDITIONS PRECEDENT

16.     Through its undersigned attorney, Plaintiff has demanded payment from Defendant, but Defendant has not satisfied such demand.  Plaintiff has performed all conditions precedent to the filing of this action, or all such conditions precedent have occurred.

WHEREFORE, Plaintiff, BANK OF AMERICA, N.A., prays that judgment be entered against Defendant for:

a.      $11,810.37, which is the current balance due; and

b.      All court costs.

Respectfully submitted,

❑ Robert A. Winter, Esq ., FL Bar No. 0769540
❑ Joy Lynn Kundawala, Esq., FL Bar No. 69406
❑ Kristian Knochel, Esq., FL Bar No. 69388
☒ Mateusz Marcin Szymanski, Esq., FL Bar No. 98802
❑ Melissa Alvarez, Esq., FL Bar No. 98232
**COOLING & WINTER, LLC**
Attorneys at Law
7901 SW 6th Court, Ste 310
Plantation, FL 33324
(954) 903-2806 / (888) 900-0067
florida@coolingwinter.com

C0574172

# Exhibit 1



**Bank of America**

**CASH REWARDS**
Visa Signature®



**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX 79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001



DIGNA L PEREZ-VINAS
**REDACTED**

November 23 - December 22, 2018
Account# **REDACTED**

## Account Summary

| | |
|---|---|
| Previous Balance | $11,637.72 |
| Payments and Other Credits | $0.00 |
| Purchases and Adjustments | $0.00 |
| **Fees Charged** | $0.00 |
| **Interest Charged** | $172.65 |
| New Balance Total | $11,810.37 |
| Total Credit Line | $11,200.00 |
| Total Credit Available | $0.00 |
| Cash Credit Line | $7,840.00 |
| Portion of Credit Available for Cash | $0.00 |
| Statement Closing Date | 12/22/2018 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $11,810.37 |
| Current Payment Due | $289.00 |
| Past Due Amount | $2,120.00 |
| Total Minimum Payment Due | $2,409.00 |
| Payment Due Date | 01/19/2019 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $38.00 and your APRs may be increased up to the Penalty APR of 29.99%. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 25 years | $25,774.00 |

**If you would like information about credit counseling services, call 866.300.5238.**

**REDACTED**

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number **REDACTED**

| | |
|---|---|
| New Balance Total | $11,810.37 |
| Total Minimum Payment Due | $2,409.00 |
| Payment Due Date | 01/19/2019 |

DIGNA L PEREZ-VINAS
**REDACTED**

Enter payment amount $

*For change of address/phone number, see reverse side.*
*Make your payment online at www.bankofamerica.com or*
Mail this coupon along with your check payable to: Bank of America

**REDACTED**

DIGNA L. PEREZ-VINAS   |   Account # **REDACTED**   |   November 23 - December 22, 2018

004 - 000 - 000 - 6

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST** - We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION** - Interest charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS** - Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE** - When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES** - The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS** - Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Please contact the customer service number located on the front of this statement for a pay-off amount. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2018 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) and add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS** - We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers or ATM with Teller Assist (ATA) will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

Change of Address/Phone number Option:

Online at www.bankofamerica.com.

Please do not add any written communication in this space.

AB

18

DIGNA L PEREZ-VINAS | Account # ▇▇▇ REDACTED ▇▇▇ | November 23 - December 22, 2018

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 12/22 | 12/22 | INTEREST CHARGED ON PURCHASES | | | 2.72 | |
| 12/22 | 12/22 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 12/22 | 12/22 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 168.71 | |
| 12/22 | 12/22 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 1.22 | |
| | | **TOTAL INTEREST CHARGED FOR THIS PERIOD** | | | | **$172.65** |

| 2018 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2018 | $256.50 |
| Total interest charged in 2018 | $1,436.83 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 13.99%V | | | | $ 236.74 | $ 2.72 |
| Balance Transfers | 13.99%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 17.99%V | | | | $ 11,410.12 | $ 168.71 |
| Bank Cash Advances | 19.99%V | | | | $ 74.10 | $ 1.22 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Important Messages

You're a valued customer and we want you to know that we haven't received your current payment due. Please send your payment due today. If you've already mailed it, thank you.

Your statement balance exceeds the Total Credit Line. To ensure uninterrupted use of your account, please make a payment to bring your balance under the Total Credit Line. There is no fee for being over your Total Credit Line.

When this statement was created, the account's Credit Line was in a restricted status and not available for use.

DIGNA L. PEREZ-VINAS   |   Account # ■■ REDACTED ■■   |   November 23 - December 22, 2018

## Your Reward Summary

.00   BASE EARNED THIS MONTH

.00   TOTAL AVAILABLE

VISIT BANKOFAMERICA.COM

**Make the most of your rewards program today!**

## Additional Information

Need to dispute a transaction? For the fastest dispute resolution, please contact the merchant. If unsuccessful, simply file a dispute online www.bankofamerica.com. Select your credit card account, click the "Information & Services" tab and then select the "Dispute a transaction" link under the "Services" section.

 **Bank of America**

**CASH REWARDS**
Visa Signature®



**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
TTY: 1.800.346.3178
**Mail billing inquiries to:**
Bank of America
P.O. Box 982234
El Paso TX  79998-2234
**Mail payment to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

DIGNA L PEREZ-VINAS
 **REDACTED**

April 23 - May 22, 2018
Account# **REDACTED**

## Account Summary

| | |
|---|---|
| Previous Balance | $10,501.13 |
| Payments and Other Credits | –$228.00 |
| Purchases and Adjustments | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $151.39 |
| New Balance Total | $10,424.52 |
| Total Credit Line | $11,200.00 |
| Total Credit Available | $775.48 |
| Cash Credit Line | $7,840.00 |
| Portion of Credit Available for Cash | $775.48 |
| Statement Closing Date | 05/22/2018 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance Total | $10,424.52 |
| Current Payment Due | $254.00 |
| Total Minimum Payment Due | $254.00 |
| Payment Due Date | 06/19/2018 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $38.00 and your APRs may be increased up to the Penalty APR of 29.99%. **Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance.  For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 25 years | $24,937.00 |
| $374.00 | 36 months | $13,464.00 (Savings = $11,473.00) |

**If you would like information about credit counseling services, call 866.300.5238.**

**REDACTED**

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number:  **REDACTED**

| | |
|---|---|
| New Balance Total | $10,424.52 |
| Total Minimum Payment Due | $254.00 |
| Payment Due Date | 06/19/2018 |

DIGNA L PEREZ-VINAS
 **REDACTED**

Enter payment amount   $

☐  Check here for a change of mailing address or phone numbers.
    Please provide all corrections on the reverse side.

Mail this coupon along with your check payable to: Bank of America

**REDACTED**

21

DIGNA L PEREZ-VINAS   |   Account # REDACTED   |   April 23 - May 22, 2018

004 - 000 - 000 - 6

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**PAYING INTEREST -** We will not charge interest on Purchases on the next statement if you pay the New Balance Total in full by the Payment Due Date, and you had paid in full by the previous Payment Due Date. We will begin charging interest on Balance Transfers and Cash Advances on the transaction date.

**TOTAL INTEREST CHARGE COMPUTATION -** Interest Charges accrue and are compounded on a daily basis. To determine the Interest Charges we multiply each Balance Subject to Interest Rate by its applicable Daily Periodic Rate and that result is multiplied by the number of days in the billing cycle. To determine the total Interest Charge for the billing cycle, we add the Periodic Rate Interest Charges together. A Daily Periodic Rate is calculated by dividing an Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS -** Payments are allocated to posted balances. If your account has balances with different APRs, we will allocate the amount of your payment equal to the Total Minimum Payment Due to the lowest APR balances first (including transactions made after this statement). Payment amounts in excess of your Total Minimum Payment Due will be applied to balances with higher APRs before balances with lower APRs.

**IMPORTANT INFORMATION ABOUT PAYMENTS BY PHONE -** When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply for expedited service. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**YOUR CREDIT LINES -** The Total Credit Line is the amount of credit available for the account; however, only a portion of that is available for Bank Cash Advances. The Cash Credit Line is that amount you have available for Bank Cash Advances. Generally, Bank Cash Advances consist of ATM Cash Advances, Over the Counter (OTC) Cash Advances, Same-Day Online Cash Advances, Overdraft Protection Cash Advances, Cash Equivalents, and applicable transaction fees.

**MISCELLANEOUS -** Promotional Rate End Date: This date is based on a future statement closing date. If you change your payment due date, this date could change. The New Balance Total which appears on this statement is not a payoff amount and may be subject to additional interest charges when you pay in full after your statement closing date. Please contact the customer service number located on the front of this statement for a pay-off amount. Virtual cards are the digital form of your eligible physical credit cards stored within a digital wallet.

© 2018 Bank of America Corporation

**CALCULATION OF BALANCES SUBJECT TO INTEREST RATE**
Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to an Interest Rate for Purchases and for each Introductory or Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.
To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Purchases, new Account Fees, and new Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.
Average Daily Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to an Interest Rate for Balance Transfers, Cash Advances, and for each Introductory or Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day prior to this statement's billing cycle (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or a Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.
To calculate the daily balance for each day in this statement's billing cycle, we: (1) take the beginning balance; (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add new Balance Transfers, new Cash Advances and Transaction Fees; and (4) subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.
To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance: (1) we take the beginning balance attributable solely to Pre-Cycle balance (which will be zero on the transaction date of the first Pre-Cycle balance); (2) add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance; (3) add only the applicable Pre-Cycle balances and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

For the complete terms and conditions of your account, consult your Credit Card Agreement. This account is issued and administered by Bank of America. Bank of America is a registered trademark of Bank of America Corporation.

**PAYMENTS -** We credit mailed payments as of the date received, if the payment is: (1) received by 5 p.m. local time at the address shown on the remittance portion of your monthly statement; (2) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and (3) sent in the return envelope with only the remittance portion of your statement accompanying it. Payments received by mail after 5 p.m. local time at the remittance address on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. Payments made online or by phone will be credited as of the date of receipt if made by 5 p.m. Central. Credit for any other payments may be delayed up to five days. Cash payments made with our tellers or ATM with Teller Assist (ATA) will only be accepted with a valid identification (ID).

No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop payment, your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____

Address 2 _____

City _____

State _____   Zip _____

Area Code &
Home Phone _____

Area Code &
Work Phone _____

22

DIGNA L. PEREZ-VINAS | Account # **REDACTED** | April 23 - May 22, 2018

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 05/17 | 05/17 | Online payment from CHK 7 | 2465 | 3423 | −228.00 | |
| | | TOTAL PAYMENTS AND OTHER CREDITS FOR THIS PERIOD | | | | −$228.00 |
| | | **Interest Charged** | | | | |
| 05/22 | 05/22 | INTEREST CHARGED ON PURCHASES | | | 0.26 | |
| 05/22 | 05/22 | INTEREST CHARGED ON BALANCE TRANSFERS | | | 0.00 | |
| 05/22 | 05/22 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | | 150.07 | |
| 05/22 | 05/22 | INTEREST CHARGED ON BANK CASH ADVANCES | | | 1.06 | |
| | | TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | $151.39 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2018 | $28.50 |
| Total interest charged in 2018 | $278.98 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 13.49%V | | | | $ 23.24 | $ 0.26 |
| Balance Transfers | 13.49%V | | | | $ 0.00 | $ 0.00 |
| Direct Deposit and Check Cash Advances | 17.49%V | | | | $ 10,439.56 | $ 150.07 |
| Bank Cash Advances | 19.49%V | | | | $ 65.98 | $ 1.06 |

APR Type Definitions  Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Your Reward Summary

.00    BASE EARNED THIS MONTH

16.54    TOTAL AVAILABLE

VISIT BANKOFAMERICA.COM

Make the most of your rewards program today!

DIGNA L PEREZ-VINAS   |   Account #   REDACTED   |   April 23 - May 22, 2018

## Additional Information

Need to dispute a transaction? For the fastest dispute resolution, please contact the merchant. If unsuccessful, simply file a dispute online www.bankofamerica.com. Select your credit card account, click the "Information & Services" tab and then select the "Dispute a transaction" link under the "Services" section.

# Exhibit 2

ASSISTANT SECRETARY'S CERTIFICATE

OF

BANK OF AMERICA, NATIONAL ASSOCIATION

The undersigned, Allison L. Gilliam, an Assistant Secretary of Bank of America, National Association (the "Association"), a national banking association organized and existing under the laws of the United States of America and having its principal place of business in Charlotte, North Carolina, does hereby certify that:

1. Effective January 30, 1991, MBNA America, National Association changed its name to MBNA America Bank, National Association, Wilmington, Delaware, Charter Number 22381.

2. Effective June 10, 2006, MBNA America Bank, National Association changed its name to FIA Card Services, National Association, Wilmington, Delaware, Charter Number 22381.

3. Effective March 1, 2005, Fleet Bank (RI), National Association, Providence, Rhode Island, merged into and under Bank of America, National Association (USA), Phoenix, Arizona, Charter Number 22106.

4. Effective October 20, 2006, Bank of America, National Association (USA), Phoenix, Arizona, Charter Number 22106, merged into and under the charter and title of FIA Card Services, National Association, Wilmington, Delaware, Charter Number 22381.

5. Effective October 1, 2014, FIA Card Services, National Association, Wilmington, Delaware, Charter Number 22381, merged into and under the charter and title of Bank of America, National Association, Charter Number 13044.

IN WITNESS WHEREOF, I have hereupon set my hand and affixed the seal of said Association this 8th day of October, 2014.

Allison L. Gilliam
Assistant Secretary

02672