UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-24100-COOKE/GOODMAN

DIGNA VINAS,

        Plaintiff/Counter Defendant,

v.

THE INDEPENDENT ORDER
OF FORESTERS,

        Defendant/Counter Plaintiff.
_____/

## DEFENDANT'S EXPERT WITNESS DISCLOSURE

Defendant, The Independent Order of Foresters ("Foresters"), pursuant to Local Rule 16.1.K. and the Court's July 23, 2020 Amended Order Setting Civil Trial Date and Pretrial Deadlines, submits its list of expert witnesses, as follows:

1.     Marc Frager, M.D
       East Coast Medical Associates, Inc.
       1500 NW 10th Avenue, Suite 205
       Boca Raton, FL 33486

Dr. Frager reviewed medical information contained in Forester's claim file for Plaintiff. The substance and basis of his opinion is set forth in his report dated November 25, 2020, attached as **EXHIBIT A**. Dr. Frager's curriculum vitae is attached as **Exhibit B**. He is compensated at a rate of $500/hour. Dr. Frager has not testified in any cases in the last four years.

Dated: November 25, 2020        MCDOWELL HETHERINGTON LLP
                                     Attorneys for Defendant/Counter Plaintiff
                                     2101 N.W. Corporate Blvd., Suite 316
                                     Boca Raton, FL 33431
                                     (561) 994-4311
                                     (561) 982-8985 fax



EXHIBIT "A"

By:   s/Kristina B. Pett
KRISTINA B. PETT
Fla. Bar No. 0973688
kristina.pett@mhllp.com

## CERTIFICATE OF SERVICE

I certify that on November 25, 2020, I served a copy of this document via Email to the following:

Craig M. Greene, Esq.
Kramer Green Zuckerman Greene & Buchsbaum, P.A.
4000 Hollywood Blvd.
Suite 485-S
Hollywood, FL 33021
cgreene@kramergreen.com
*Counsel for Plaintiff/Counter Defendant*

Adrian Neiman Arkin, Esq.
Mintz Truppman, P.A.
1700 Sans Souci Blvd.
North Miami, FL 33181
adrian@mintztruppman.com
*Co-Counsel for Plaintiff/Counter Defendant*

  s/Kristina B Pett
Kristina B. Pett

# EXHIBIT A

I have reviewed the following medical records of Rigoberto Vinas, including:

  a. 2016-12-14 Progress Note by Kenneth Hershman
  b. 2016 – 12-05 CT abdomen and pelvis
  c. 2016 – 12-14 ECG
  d. 2016-12-27 – Chest evaluation
  e. 2016 6-12-12- Progress note by Dr. Hershman
  f. South Florida Diagnostic Imaging Report
  g. 2017 – 04-05 Denial Letter
  h. 2012 -07-30 to 2015-11-17 Dr. Hershman office visit notes
  i. 2016-04-26 to 2016-12-30 Progress Notes – Hershman Medical
  j. LabCorp Records
  k. Quest Diagnostics Report
  l. 2017-01-05 Progress Note by Lloyd Hershman

Based on my review of these documents, and the number of times diabetes and related complications appeared in Mr. Vinas's records, it would be reasonable to assume that Mr. Vinas was being followed for diabetes and secondary complications. A reasonably prudent physician would discuss all conditions with that patient. It is standard protocol for a physician to discuss all lab results and exam findings. This is especially important in Mr. Vinas's case because he had an HgbA1c level of 6.6 in 2010, which is diagnostic of diabetes. Additionally, the records contain evidence of diminished sensation on neurologic examination which supports diabetic neuropathy, and proteinuria which supports diabetic nephropathy. Once a patient has diabetes, they are always a "diabetic," as the condition remains dormant in his system. The records show that Dr. Hershman was actively monitoring Mr. Vinas for diabetes and secondary complications. Anyone reviewing these records would reasonably determine that Dr. Hershman adhered to standard protocol and discussed diabetes and secondary complications with Mr. Vinas, including nephropathy and neuropathy. Based on these records, Mr. Vinas must have been aware of these conditions.

My hourly rate for services performed is $500 per hour. I have not testified in any matters in the last 4 years.

Marc S. Frager MD

*[signature]*
11/25/2020

# EXHIBIT B
## CURRICULUM VITAE

| | |
|---|---|
| Name: | Marc Stephen Frager |
| Sex: | Male |
| Born: | REDACTED, St. Louis, Missouri |
| Marital Status: | Married to Nancy Ellman Frager |
| Children: | Steven Scott<br>Monica Caron |

### EDUCATION

| | | |
|---|---|---|
| 1963-1967 | High School: | Horton Watkins High School<br>Ladue, Missouri |
| 1967-1971 | Undergraduate School: | Northwestern University<br>Evanston, Illinois; B.A. (Mathematics) |
| 1971-1975 | Medical School: | University of Missouri<br>Columbia, Missouri, M.D. |
| 1975-1978 | Residency: | Internal Medicine, Wayne State University<br>Detroit, Michigan |
| 1978-1980 | Fellow: | Endocrinology and Metabolism,<br>University of Michigan<br>Ann Arbor, Michigan |
| 1979-1981 | Fellow: | Nuclear Medicine, University of Michigan<br>Ann Arbor, Michigan |

### BOARD CERTIFICATIONS

1) American Board of Internal Medicine
   September 13, 1978

2) American Board of Nuclear Medicine
   September, 1981

3) American Board of Internal Medicine
   Endocrinology and Metabolism
   November 10, 1981

### MEDICAL LICENSURE

State of Florida, July 1, 1980, #36628

CURRICULUM VITAE                -2-                         Marc S. Frager

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

    American College of Physicians (1980)
    Society of Nuclear Medicine (1981)
    Palm Beach County Medical Society (1981)
    Endocrine Society (1982)
    American Association of Clinical Endocrinology (1993)

## OTHER STAFF POSITIONS

| | |
|---|---|
| 1978-1981 | Consultant in Internal Medicine, State Prison of Southern Michigan<br>Jackson, Michigan |
| 1978-1981 | Emergency Department, Hutzel Hospital, Wayne State University<br>Detroit, Michigan |
| 1981-1982 | John F. Kennedy Memorial Hospital - Medical Staff<br>Lake Worth, Florida |
| 1982-1999 | Bethesda Memorial Hospital - Medical Staff, Consultant<br>Boynton Beach, Florida |
| 1981- | Boca Raton Community Hospital - Active Medical Staff<br>Boca Raton, Florida |
| 1982- | Delray Medical Center - Active Medical Staff<br>Delray Beach, Florida |
| 1985 | Fair Oaks Hospital - Medical Staff, Consultant in Endocrinology<br>Delray Beach, Florida |
| 1986-1987 | West Boca Medical Center - Medical Staff, Consultant in Endocrinology<br>Boca Raton, Florida |
| 1986- | Pinecrest Hospital - Medical Staff, Consultant in Endocrinology<br>Delray Beach, Florida |
| 1986-1990 | Lab Director, Boca Raton Medical Arts Center Lab |
| 1990-1996 | Lab Director, Endocrine and Diabetes Associates |
| 1995-1996 | Lab Director, Lewis, Rosenthal, Gottlieb, P.A. |
| 1996-1999 | Lab Director, Rheumatology Associates |
| 1996- | Lab Director, East Coast Medical Associates |

CURRICULUM VITAE -3- Marc S. Frager

## OTHER STAFF POSITIONS (continued)

1999-2003  Medical Director, Diabetes Center Boca Raton Community Hospital

2000-2010  Clinical Associate Professor, University of Miami Miller School of Medicine at Florida Atlantic University

2010-  Clinical Associate Professor Florida Atlantic University College of Medicine

## PUBLICATIONS

1. Frager, M.S., Pieper, D.R., Tonetta, S.E., Duncan, J.A., and Marshall, J.C.; Pituitary gonadotropin-releasing hormone receptors: Effects of castration, steroid replacement, and the role of gonadotropin-releasing hormone in modulating receptors in the rat. J.Clin. Invest. 67:615-623, 1981

2. Valk, T. W., Frager, M.S., Gross, M.D., Sisson, J.C. Wieland, D.M., Swanson, D.P., and Beierwaltes, W.H.: Evolution of pheochromocytoma in multiple endocrine neoplasia: A scintigraphic portrayal using 131-I metaiodobenzylguanidine. Annals of Internal Medicine, 94:762-767, 1981

3. Sisson, J.C., Frager, M.S., Valk, T. W., Gross, M.D., Swanson, D.P., Wieland, D.M., Tobes, M.C., Beierwaltes, W.H., and Thompson, N.W.: Scintigraphic localization of pheochromocytoma. New Eng. J. Med. 305:12-17, 1981

4. Valk, T.W., Frager, M.S.: Small cell carcinoma with ectopic ACTH secretion. New Eng. J. Med. 305:168, 1981

5. Marshall, J.C., Bourne, G.A., Frager, M.S., and Peiper, D.R.: Pituitary GnRH receptors: Physiological changes and control of Receptor Number pp 93-115. Proceedings of NIH Symposium: Functional Correlates of Hormone Receptors in Reproduction. Augusta, Georgia, October 13-15, 1980. Elsevier, New York, New York

6. Valk, T. W., Shapiro, B., Frager, M.S., Kalff, V., Gross, M.D., Arastu, M., Savage, P.J., and Thrall, J.H.: Cardiac function in early insulin-dependent diabetes mellitus: Alterations reversed by improved diabetic control. Nucl. Med. Comm. 3:238-246, 1982

7. Case, G.D., Kelch, R.P., Marshall, J.T., Sauder, S.E., Frager, M.S.: Abnormal patterns of Pulsatile Luteinizing Hormone Secretion in Women with Hyperprolactinemia and Amenorrhea: Responses to Bromocriptine. J. Clin. Endo. Metab. 59:941-948,1984

8. Frager, M.S.: Thyroid Scintigraphy and Thyroid In Vitro Procedures. CRC Manual of Nuclear Medicine Procedures, 4th Edition, 1983 CRC Press, Boca Raton, Florida

9. Sauder, S.E., Frager, M.S., Case, G.D., Kelch, R.P., and Marshall, J.C.: Effects of changing gonadotropin-releasing hormone pulse frequency on gonadotropin secretion in men. Clinical Endocrinology 28:647-656, 1988

CURRICULUM VITAE -4- Marc S. Frager

10. Letter to the editor re: Maintenance of Licensure: Supporting a
Physician's Commitment to Lifelong Learning Chaudry HJ, Talmage LA et. al.
Ann Int Med 2012:157(4):287-289

11. Physician Quality and Maintenance of Certification Marc Stephen Frager, Hal Scherz,
Alieta Eck JAMA. 2012; 308(24): 2562-2563

12. Debating Maintenance of Certification ACP Internist Sept 2013

CURRICULUM VITAE　　　　　　　-5-　　　　　　　Marc S. Frager

## ABSTRACTS

1. Frager, M.S., Duncan, J.A., Pieper, D.R., Tonetta, S.A., and Marshall, J.C.: Induction of pituitary membrane GnRH receptors by GnRH and a superagonist GnRH analog. Abstract 432. 61st National Meeting, Endocrine Society, 1979

2. Frager, M.S., Duncan, J.A., Pieper, D.R., Tonetta, S.A., and Marshall, J.C.: High affinity pituitary GnRH receptors after castration, steroid replacement, and superagonist GnRH analog treatment. Clin Res 27:626A, 1979

3. Frager, M.S., Duncan, J.A., Pieper, D.R., Tonetta, S.A., and Marshall, J.C.: Regulation of pituitary GnRH receptors by GnRH and gonadal steroids. Clin Res 28:259A, 1980

4. Frager, M.S., Jakacki, R.I., Kelch, R.P., and Marshall, J.C.: Testicular steroids regular endogenous GnRH pulse amplitude. Clin Res 28:760A, 1980

5. Gross, M.D., Frager, M.S., Valk, T.W., Sisson, J.C., Swanson, D.P., Wieland, D.M., Tobes, M.C., and Beierwaltes, W.H.: Scintigraphic localization of pheochromocytoma. Clin Res 29:292A

6. Frager, M.S., Jakacki, R.I., Sauder, S.E., Kelch, R.P.: Effects of changing GnRH pulse frequency on LH secretion in men. Abstract 234. 63rd National Meeting, Endocrine Society, 1981

7. Valk, T.W., Frager, M.S., Gross, M.D., Sisson, J.C., Wieland, D.M., Swanson, D.P., and Beierwaltes, W.H.: Scintigraphic evaluation of pheochromocytoma in multiple endocrine neoplasia. Abstract 774. 63rd National Meeting, Endocrine Society, 1981

8. Gross, M.D., Frager, M.S., Valk, T.W., Kline, R.C., Sisson, J.C., Swanson, D.P., Wieland, D.M., Thompson, N.W., Tobes, M.C., and Beierwaltes, W.H.: Localization of pheochromocytomas with 131-I-M-Iodobenzylguanidine. 28th National Meeting, Society of Nuclear Medicine, 1981. J Nucl Med 22:P5, 1981

9. Sauder, S.E., Case, G.D., Frager, M.S., Kelch, R.P. and Marshall, J.C.: LH pulse frequency increases during bromocriptine therapy in hyperprolactinemia. Clin Res 29:709A, 1981

10. Sauder, S.E., Case, G.D., Frager, M.S., Jakacki, R.I., and Kelch, R.P.: Sex steroids may be important for augmented LH secretion during hourly GnRH pulses. Abstract 505, 64th National Meeting, Endocrine Society, 1982

CURRICULUM VITAE                    -6-                         Marc S. Frager

PANELS AND DISCUSSIONS

1. Panel Discussant- Diagnosis and Management of Hyperthyroidism. 27th National Meeting, Society of Nuclear Medicine, 1980

2. Marshall, J.D., Bourne, G.A., Frager, M.S., and Pieper, D.R.: Pituitary GnRH Receptors: Physiological changes and control of receptor number. Proceeding of NIH Symposium: Functional Correlates of Hormone Receptors in Reproduction. Augusta, Georgia, October 13-15. 1980

3. Community Lecture, Boca Raton Community Hospital: Diabetes Mellitus; February,1982

4. Grand Rounds, Boca Raton Community Hospital: Hypothyroidism; March, 1982

5. Community Lecture, Boca Raton Community Hospital: Thyroid Disease; May,1982

6. Community Lecture, Boca Raton Community Hospital: Impotence; March,1983

7. Community Lecture, Boca Raton Community Hospital: Diabetic Ketoacidosis and HHNK; September, 1984

8. Lecture, Boca Raton Fire Dept. paramedics: Emergency Treatment of Diabetic Patient; December, 1984

9. Community Lecture, Delray Community Hospital: Diabetes; May,1986

10. American Diabetes Association, Boca Raton Community Hospital: Osteoporosis; 1989

11. Community Lecture, Boca Raton Community Hospital: Osteoporosis; 1989

HOSPITAL COMMITTEES

Boca Raton Community Hospital
    Medical Imaging Advisory Board, 1987-1990
    Medical Intensive Care Unit Committee, Chairman, 1988-1990
    Nuclear Medicine Committee, 1981-1990
    Nutritional Support Committee, 1987-1989
    Utilization Review Committee, 1982-1987
    Radiation Control Committee, 1990-1991
    Medical Director and Founder Diabetes Unit 2000-2005

Delray Community Hospital
    Morbidity and Mortality, 1988-1989
    Radiation Protection Committee, 1982-1987, 1990-1991
    Pharmacy and Therapeutic Committee, Chairman, 1987-1988
    "Diabetes Care Unit" Medical Director, 1983-1989

CURRICULUM VITAE -7- Marc S. Frager

Special Care Committee, 1989-1990