**Swiss Re** — Life Guide

diabetes

American English

My Settings | My Notes | My Links | Help | Last Viewed
CALCULATOR | APPLICATIONS

# Search Results: diabetes

NEXT »

**Family history of diabetes mellitus**
INFORMATION | ADULT RATINGS

**Diabetes insipidus**
INFORMATION | ADULT RATINGS

**CVS risk and diabetes mellitus calculator FAQs**
INFORMATION

**Gestational diabetes**
INFORMATION | ADULT RATINGS

**Pre-diabetes and diabetes**
INFORMATION | ADULT RATINGS | JUVENILE RATINGS

**Cardiovascular risk and diabetes mellitus calculator**
CALCULATOR

π EXHIBIT 15
Deponent: D. Sullivan
Date: March 3, '20   Rptr: [signature]
WWW.DEPOBOOK.COM

**Swiss Re** — Life Guide

type 2 diabetes

American English

CALCULATOR | APPLICATIONS | My Settings | My Notes | Help | LAST VIEWED | MY LINKS

Search...

American English

# Help Overview

▼ **Description**

Welcome to Life Guide! To learn how Life Guide can help you with your underwriting business, view this brief Introduction of Life Guide video.

Life Guide Help is divided up into a number of pages, to display a specific help page or topic within a page, select one of the links below:

- Top Tips for Using Life Guide
    - Key user tips on getting the best from Life Guide, highlighting some useful features
- Search
    - Input / Language / Page result dropdown / Search results page
- Page Tools and Features
    - Related pages / Archive pages / Bookmark pages / Feedback / Print / Language and Market / Page type tabs / Expand and collapse / Links / Calculators / Rating table headings / Highlight row / Add a rating to the Rating Cart
- Bottom Toolbar
    - Rating cart / Calculators / Notes / News / News ticker / Goto top
- User Registration
    - Add and Deactivate User Requests / User Profile Updates / Forgotten IDs and Passwords / Password and User ID Expiry / User Registration Support
- Technical Support and Troubleshooting
    - System Requirements / Check versions / Software testing / Trusted Sites / Support

Note: We recommend that you take a look at all of the help pages and topics so that you get the best out of Life Guide.

**Swiss Re**

Terms of Use Life Guide

the life troubleshooting guide to resolve common found issues with calculators - Click here

WWW.SWISSRE.COM   TABLE OF CONTENTS   CONTACT US

©2019 Swiss Re. All Rights Reserved

B

re.com/guide/help/life_guide_help/top_tips_for_using_life_guide/44267O383.html?searchSuggestions=1&searchterm=type+2+diabetes&langId=13

type 2 diabetes    American English    Search...

### ▼ Description

**Bookmark the Life Guide URL**
If you add Life Guide URL - https://globaluw.guides.swissre.com to your browser bookmarks you can save time bypassing swissre.com

**Use the latest internet browser**
Using the latest internet browser should ensure you get the best experience when using Life Guide

**Read the help pages in Life Guide**
If you take time to read the help pages in Life Guide you will find out what is available and get best out of Life Guide to help meet your needs.

**Visit the home page**
Regularly check the home page for updates. The featured content towards the bottom of the home page indicates if there has been any new eLearning, Webinar or News content added recently.

**Report problems**
If you are experiencing problems in Life Guide please let us know using the Report a Problem function under help; it also available via the Feedback function.

**Provide us with your feedback**
If you would like to provide feedback on a page please use the Feedback function which will be sent directly to the Life Guide team.

**Personalize your Search settings**
If you set your default page type in My Settings you can shortcut to that page type when selecting from the search drop down list.

**Add frequently visited pages to My Links**
Pages you frequently view can be bookmarked in Life Guide and then can be quickly accessed via the My Links function.

- To add a bookmark, you can do this from any page in the guide by clicking on the  bookmark icon.
- To view your list of bookmarks, use the My Links menu item in the header
- To remove a bookmark from the list click on the associated 'x' to the left of the page link title and confirm you wish to delete the bookmark.

**Use Internet Browser Forward and Back buttons**
The forward and back functions are also quick ways to navigate back and forward to recently visited pages.

**Calculator display via bottom toolbar**
Have a frequently used calculator open in the Bottom toolbar calculator function will save time when underwriting.

**Re-size**
Re-sizing of the screen content can be managed by through settings on your Internet Browser.


Swiss Re

Terms of Use Life Guide

WWW.SWISSRE.COM    TABLE OF CONTENTS    CONTACT US

@2019 Swiss Re. All Rights Reserved

Case 1:18-cv-24100-MGC   Document 134-11   Entered on FLSD Docket 12/23/2020   Page 4 of 8

## Impaired glucose tolerance and Impaired fasting glycemia Life ratings - Archive

This page was live Saturday, February 4, 2012 - Friday, September 29, 2017

**Preferred guidance**
Individuals with this impairment are generally not considered good candidates for preferred consideration.

**Method of rating**

| Risk classification | Life | ADB | TPD | WP |
|---|---|---|---|---|
| Current **clinical criteria** exceed guidelines for IGT or IFG | Rate as: Type 2 diabetes mellitus | | | |
| Current **clinical criteria** for IGT or IFG present and HbA1c < 6.5%: | | | | |
| With less than 2 **cardiovascular risk factors** present, excluding sex and age | Std | Std | Std | Std |
| With 2 or more **cardiovascular risk factors** present, excluding sex and age | Add risk factor ratings, minimum +50 | Std | D | 2x / D |
| Current **clinical criteria** for IGT or IFG present and HbA1c ≥ 6.5% | Rate as Type 2 diabetes duration < 5 yrs | | | |

© Swiss Re. All Rights Reserved

CONFIDENTIAL



# Type 2 diabetes mellitus Life ratings - Archive

This page was live Saturday, February 4, 2012 - Friday, September 29, 2017

**Notes**

\* Use higher rating for worse laboratory test results or more severe symptoms.

**Preferred guidance**

Individuals with this impairment are generally not considered good candidates for preferred consideration.

**Method of rating**

1. Calculate basic rating based on age at application and duration of diabetes.

2. For either diabetes or abnormal random glucose discovered at the time of insurance, see ratings under additional factors.

3. Make adjustment for control and compliance. Adjust rating accordingly for additional risk factors. Maximum credits limited to the lesser of - 50 or 50% of base rating.

4. Determine ratings for ADB, TPD and WP. See table at end of life ratings.

| Risk classification | Life | | | |
|---|---|---|---|---|
| 1. Calculate basic rating based on age of applicant and duration of diabetes. If duration of diabetes unknown, use duration of 6 - 15 years: | Duration of type 2 diabetes in years: | | | |
| Age at application: | < 5 | 6 - 15 | 16 - 25 | > 25 |
| < 20 | RMD | RMD | | |
| 20 - 29 | +150 | +175 | +200 | +250 |
| 30 - 39 | +100 | +125 | +150 | +175 |
| 40 - 49 | +75 | +100 | +125 | +125 |
| 50 - 59 | +50 | +75 | +100 | +100 |
| 60 - 69 | +25 | +50 | +75 | +75 |
| 70 - 79 | +25 | +25 | +50 | +50 |
| > 80 | +Std | +25 | +25 | +25 |
| 2. Control and compliance: | | | | |
| Optimal control | Credit up to -50 | | | |
| Average control | No addition necessary | | | |
| Below average control | Add +50 / +100* | | | |
| Uncontrolled | Usually D | | | |
| 3. Additional risk factors: | | | | |
| Abnormal HbA1c or random blood glucose at time of examination, no diagnosis or history of diabetes: | | | | |
| HbA1c <5.7% or blood glucose 100-139 mg/dL (5.6-7.7 mmol/L) | Std | | | |
| HbA1c 5.7%-6.4% or blood glucose 140-199 mg/dL (7.8-11 mmol/L) or elevated fructosamine | Rate as: prediabetes (IFG/IGT) | | | |

| | |
|---|---|
| HbA1c 6.5% - 7%, or blood glucose > 200 mg/dL (11.1 mmol/L) or meets criteria for diagnosis of diabetes; with no ratable hypertension, cardiovascular, cerebrovascular, or renal disease | Rate as Type 2 diabetes duration < 5 years |
| HbA1c > 7% | Postpone until fully evaluated |
| Otherwise | Postpone until fully evaluated |
| Dyslipidemia, obesity, and/or hypertension | Add ratings to the diabetes rating |
| Smoking | Add +50 |
| Sustained levels of optimal blood pressure control averaging < 130/80 | Credit -25 |
| Reductions of lipids with average LDL cholesterol < 100 mg/dl | Credit -25 |
| Absence of microvascular diabetic complications (no retinopathy or microalbuminuria) after 20 years of diabetes | Credit -25 |
| Ultrafast CT (EBCT) of coronary arteries without significant plaque and/or favorable treadmill (no ischemia, exercise capacity average or better, no adverse blood pressures) in diabetic > age 50 with diabetes duration > 15 years | Credit -25 |
| Albuminuria/Proteinuria: Assessment of possible additional rating should be made using guidelines below. Use only one rating in priority from through 7, that is 1 if available. If not available, use 2 and so on. | |
| 1. 24-hour microalbumin (mg/ 24 hours): | |
| < 30 | No additional rate |
| 30 - 150 | +25 / +50* |
| 151 - 300 | +75 / +100* |
| > 300 | RMD |
| 2. Albumin Excretion Rate (AER) from timed collection of urine ( μg alb/min ): | |
| <20 | No additional rate |
| 20 - 100 | +25/+50* |
| 101 - 200 | +75/+100* |
| > 200 | RMD |
| 3. Microalbumin/creatinine ratio (mg albumin/g Cr): | |
| < 30 | No additional rate |
| 30 - 150 | +25 / +50* |
| 151 - 300 | +75 / +100* |
| > 300 | RMD |
| 4. Microalbuminuria (mg albumin/dl): | |

Case 1:18-cv-24100-MGC   Document 134-11   Entered on FLSD Docket 12/23/2020   Page 7 of 8
Type 2 diabetes mellitus Life ratings
Page 3 of 4

| | |
|---|---|
| < 3.0 | No additional rate |
| 3.0 - 15 | +25 / +50* |
| 16 - 30 | +75 / +100* |
| > 30 | RMD |
| **5. 24 hour protein measurement (mg protein/ 24 hrs):** | |
| < 150 | No additional rate |
| 151- 200 | +25 / +50* |
| 201 - 249 | +75 / +100* |
| > 250 | RMD |
| **6. Protein/creatinine ratio (mg protein/g Cr):** | |
| < 150 | No additional rate |
| 151 - 200 | +25 / +50* |
| 201 - 249 | +75 / +100* |
| > 250 | RMD |
| **7. Proteinuria (mg protein/dl):** | |
| < 10 | No additional rate |
| 11 - 20 | +25 / +50* |
| 21 - 30 | +75 / +100* |
| > 30 | RMD |
| **Neuropathy:** | |
| Peripheral sensory | +25 / +50* |
| Autonomic | Usually D |
| **Nephropathy** | D |
| **Retinopathy:** | |
| Background (microaneurysms, exudates) | No additional rate |
| Proliferative (hemorrhages) | +50 up |
| **Unrecognized hypoglycemia** | RMD |
| **Other associated impairments:** | |
| **EKG abnormalities resting/ exercise** | RMD, usually add ratings and debit an additional +25, and decline unevaluated major T and ST changes or significant Q wave findings |
| **Vascular diseases:** | |
| Any combination of coronary artery, cerebrovascular, peripheral vascular disease (more than one) | D |
| **Coronary artery disease:** | |
| Diagnosed by coronary angiography | Rate as CAD using CAD with angiography calculator |
| Diagnosed non-invasively (without coronary angiography): | |
| Mild / moderate | Add DM and CAD ratings and debit an additional +50 |
| Severe | D |

| | |
|---|---|
| **Cerebrovascular disease:** | |
| Mild / moderate | Add DM and CVD ratings and debit an additional +50 |
| Severe | D |
| **Peripheral vascular disease:** | |
| Mild / moderate | Add DM and PVD ratings and debit an additional +50 |
| Severe | D |

## 4. Benefits

To determine rating for benefits, use final life rating (basic rating +/- adjustments).

© Swiss Re. All Rights Reserved