# DECLARATION UNDER PENALTY OF PERJURY

In the case Digna Vinas v. Independent Order of Foresters, 18-cv-24100-Cooke/Goodman, I, Scott Stein, hereby adopt all of the opinions set forth in my expert witness report in this case, dated and served on Foresters November 11, 2020. I hereby declare the truth of each, under penalty of perjury.

Additionally, to the extent the specific experiences I draw upon for my seven opinions are not clear, each of my opinions is based on my on-the-job experiences in the insurance industry: as an insurance broker interacting with customers and with the various departments of insurance companies, including sales and claims; as an account executive with responsibilities including marketing, advertising, and public relations; and, as a producer responsible for sales, marketing, and retention of clients, which also required significant interaction with sales, marketing and claims departments.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2020.

Signed,

*[signature]*

Scott Stein