**EXHIBIT F**

The Independent Order of Foresters ("Foresters") - **A Fraternal Benefit Society**
789 Don Mills Road, Toronto, Canada M3C 1T9
U.S. Mailing Address: P.O. Box 179, Buffalo, NY 14201-0179   T. 800 828 1540   foresters.com



## Overflow Form

Overflow for the most recent:  ● application for individual life insurance   ○ application for reinstatement   ○ application for change

---

Proposed Insured: Rigoberto Vinas
(First name, middle initial and last name)
Date of birth: REDACTED
(mmm/dd/yyyy)

---

**Overflow Information**

----PROPOSED INSURED SECTION----
Occupation: Retired

----BENEFICIARY INFORMATION SECTION----
Primary Beneficiary Name: Digna Vinas
Relationship: Spouse-married
Date of Birth: REDACTED
% Share: 100%

Contingent Beneficiary Name: David Perez
Relationship: Child
Date of Birth: REDACTED
% Share: 100%

----MEDICAL QUESTIONS SECTION----
Date you last consulted a physician: Dec 05, 2014
Reason(s): Check-Up

Name of Physician Last Consulted: Dr. Kenny Hershman
Address: Miami, FL
Phone #: (305) 221-7235

----SIGNATURE SECTION----
"Application" means the application identified in this Overflow Form ("Form"), relating to the proposed insured identified in this Form, including each additional form that is a part of that application. "I" means individually each person identified in the Application as either the proposed insured and/or owner and the parent/legal guardian signing this Form.

I, by signing this Form: 1) Declare that I have provided the statements, answers and representations shown in this Form and they are full, complete and true, to the best of my knowledge and belief. 2) Understand and agree that: (a) those statements, answers and representations relate to the corresponding Application section or

---

Foresters™ is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

105375 FL 03/12                                            Total pages of this Overflow Form: 2

b4c9b350-6f62-466a-ba8b-977105edad2f
IOF-000152

The Independent Order of Foresters ("Foresters") - **A Fraternal Benefit Society**
789 Don Mills Road, Toronto, Canada M3C 1T9
U.S. Mailing Address: P.O. Box 179, Buffalo, NY 14201-0179     T. 800 828 1540     foresters.com



## Overflow Form

Overflow for the most recent:  ● application for individual life insurance   ○ application for reinstatement   ○ application for change

Proposed Insured: Rigoberto Vinas
(First name, middle initial and last name)
Date of birth: REDACTED
(mmm/dd/yyyy)

**Overflow Information**

question identified in this Form; (b) those statements, answers and representations will be relied upon as evidence of insurability that will influence the assessment and acceptance of the Application by Foresters; and (c) this Form is part of and subject to the Application.

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Signature of proposed insured: e-Signed by Rigoberto Vinas
(if the proposed insured is not a juvenile)

Signature of owner:
(if other than proposed insured)

Each person signed at (City, State): miami, FL          Date (mmm/dd/yyyy): Jan 12, 2015

Signature of Agent/Producer: e-Signed by Jazmin Lightbourn                    Jan 12, 2015

Foresters™ is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

105375 FL 03/12                                         Total pages of this Overflow Form: 2

b4c9b350-6f62-466a-ba8b-977105edad2f
IOF-000153