Case 1:18-cv-24100-MGC   Document 155-9   Entered on FLSD Docket 02/05/2021   Page 1 of 3

↑Page 2/4 * NAA 04_MAILBOX6217NAA * RCVD AT 1/12/2017 12:45:25 PM [Eastern Standard Time] * ID: 04_58777B742120 From: Jazmin Lightbourn

# EXHIBIT I



P.O. Box 179
Buffalo, NY 14201-0179

T 800 828 1540
F 877 329 4631

foresters.com

## Statement of Claim for Death Benefits

On behalf of Foresters Financial™, please accept our condolences for your loss. We understand that this is a difficult time for you and your family. Please know that we will make every effort to process your claim promptly. We strive to provide service of the highest standards and take pride in assisting you with your claim for benefits.

To ensure timely handling of your claim, it is important that your submission contain all necessary information requested in the Claimant's Statement.

**NOTE: Since the death occurred within the first 2 years of the issue date of this certificate, this claim is considered contestable.**

**Please review the following checklist prior to submitting your claim:**

- ☐ Complete all applicable sections of the Claimant's Statement and sign where required. If there is more than one claimant, please ensure that a separate Claimant's Statement is completed by each claimant. Copies can be made of this document. **Important: Be sure to complete Section 3 of the Claimant's Statement requesting primary treating physician and medical facility information.**
- ☐ Complete the enclosed Authorization for Disclosure of Medical and Health Related Information.
- ☐ Obtain a certified copy of the decedent's death certificate. **Note:** Only one certified death certificate is required per decedent with multiple certificates and/or claimants. Include the original certificate, if available. Death Certificates become a part of the claim file and will not be returned.
- ☐ If the last known beneficiary has died, please provide us with a copy of the beneficiary's death certificate.
- ☐ If the claim form is to be completed by an Executor, Administrator or a Legal Guardian, a copy of the filed document supporting that appointment must be submitted with the Claimant's Statement.
- ☐ If the claim form is to be completed by a Trustee, please be sure to include the Tax I.D. of the trust or the Social Security Number of the Trustee. Additionally, please provide a copy of that portion of the trust referring to the successor trustee(s) along with a statement that the trust is currently in effect.
- ☐ If any portion of the death benefit will be assigned, please include the funeral assignment and a copy of the funeral bill.
- ☐ **Provide only if the death occurred as a result of an accident, suicide or homicide.** If the cause of death is other than natural, in addition to the Authorization and completed Claimant's Statement, submit a copy of the police report, coroner's report and/or toxicology report, along with a copy of the decedent's driver's license and any other relevant information that may help us complete our investigation. Further investigation will be made to confirm the circumstances surrounding the death.
- ☐ **Complete only if the death occurred outside the United States or Canada.** Please submit the official death certificate issued in the country where the death occurred. If available, please include a notarized translation of the death certificate. Please also complete the enclosed Foreign Death Questionnaire. In addition, if the decedent was a U.S. Citizen, we will need:
  - ○ A completed Report of the Death of an American Citizen Abroad (may be obtained from the local US Embassy or Consulate).
  - ○ A Physician's Statement, completed and signed by the doctor who certified the death.

Please understand your claim may be delayed if incomplete forms are submitted, or if additional information is required by Foresters. We will contact you as soon as reasonably possible in the event additional information is needed. Please print clearly.

**SECTION 1: LIST ALL CERTIFICATE NUMBERS FOR THE DECEDENT**

Certificate Number(s)
a) 8356627    b)    c)    d)

**SECTION 2: DECEDENT INFORMATION**

Deceased Name: Rigoberto [REDACTED] Vinas    Last
Address: REDACTED    City    State    Zip Code    How long in State:
Date of Birth: REDACTED mm/dd/yyyy    Date of Death: 01/11/2017 mm/dd/yyyy    Cause of Death: Heart Attack

If death occurred as a result of an accident, suicide or homicide, please provide details: _____

To the best of your knowledge, had the deceased ever used nicotine products?  ○ Yes  ● No  ○ Unknown
If "Yes" provide details (type used, date last used, etc): _____

Page 1 of 2

IOF-000024

Case 1:18-cv-24100-MGC   Document 155-9   Entered on FLSD Docket 02/05/2021   Page 2 of 3

↑Page 3/4 * NAA 04_MAILBOX6217NAA * RCVD AT 1/12/2017 12:45:25 PM [Eastern Standard Time] * ID: 04_58777B742120From: Jazmin Lightbourn

## SECTION 3: MEDICAL INFORMATION

Please provide the name and address of the primary treating physician or medical facility where the deceased was treated during the past 5 years.

Name of Physician/Facility: Hershman Medical Center
Address: 11479 SW 40th Street   Miami, FL, 33165
  Street            City        State   Zip Code
Phone Number: (305) 221-7235
Dates of Treatment: From 1998 To 2017
Reason/s for Treatment: General Doctor

Name of Physician/Facility: _____
Address: _____
  Street            City        State   Zip Code
Phone Number: _____
Dates of Treatment: From _____ To _____
Reason/s for Treatment: _____
*If additional space is required, attach separate sheet and sign and date.*

## SECTION 4: CLAIMANT'S STATEMENT

Name: Diana Vinas   Relationship to Deceased: Wife
       First    Last
Date of Birth: REDACTED   * Social Security/TAX I.D. Number: REDACTED
Street Address: REDACTED
  Street
  Miami    Fl   33165
  City    State
Telephone Number: REDACTED   Email address: REDACTED

Proceeds are paid in a lump sum unless otherwise requested. For information on alternative settlement options, please contact Claims Services.

Insurance, if any, with other companies on life of deceased:

| Name of Company | Amount | Date Policy Issued | Beneficiary |
|---|---|---|---|
| | | | |

*This information should be filled in by the claimant as it may be required for reporting any taxable income paid to the claimant. If the claimant has never been assigned a number, insert "No Number". If the estate of the deceased is the claimant, the deceased's social security number/Tax I.D. number ( I.R.S.) should be filled in.
If the Taxpayer I.D. or Social Security Number is not supplied, the Policy(ies) may be subject to federal and state withholding.

**Under penalties of prejury, I certify that:**

(a) The taxpayer ID or Social Security number shown on this form is my correct taxpayer identification number;
(b) I am not subject to backup withholding due to failure to report interest and dividend income; and
(c) I am a US Citizen (including a US resident alien)
You must cross out any of the above items (letters a through c) that do not apply to you.

**Notice for Contracts Issued in and Residents of Illinois Only**
Unless a payment is made by the Company on this claim within thirty-one days after receipt of due proof of loss, interest on the claim will accrue at a rate of 10% from the date of the death to the date of the payment for the total amount payable.

**Certification (Notarization not required)**
I certify that the above answers are full and true to the best of my knowledge and belief. I have read the applicable Fraud Warnings provided in this form.

**New York residents:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Diana Vinas        X Diana Vinas      1/12/17
Claimant Name (Print)   Claimant Signature      Date
Jazmin Lightbourn                       01-12-17
Witness Name (Print)   Witness Signature        Date

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.
105261A US (04/16)                                  Page 2 of 2

IOF-000025

↑Page 4/4 * NAA 04_MAILBOX6217NAA * RCVD AT 1/12/2017 12:45:25 PM [Eastern Standard Time] * ID: 04_58777B742120 From: Jazmin Lightbourn

# Foresters Financial

P.O. Box 179
Buffalo, NY 14201-0179

T 800 828 1540
F 877 329 4631

foresters.com

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL AND HEALTH-RELATED INFORMATION

This authorization meets the requirements under the Health Insurance Portability and Accountability Act (HIPAA)

### PATIENT INFORMATION

Patient/Individual Name (please print): Rigoberto Vinas
Date of Birth: REDACTED   SSN: REDACTED   Phone: REDACTED   Email: _____
Address: REDACTED   City: Miami   State: FL   Zip Code: 33165

### FOR HOME OFFICE USE ONLY (PLEASE DO NOT COMPLETE)
I authorize the following to disclose the patient's protected health information:
Person/Organization Name: _____
Address _____ City _____ State _____ Zip Code _____

I authorize any health plan, health care professional, hospital, clinic, laboratory, pharmacy, pharmacy benefit manager, medical facility, other insurance company, consumer reporting agency, Medical Information Bureau (MIB), or other health care provider that has provided payment, treatment or services to the patient listed above or on the patient's behalf to disclose the entire medical record and any other protected health information concerning the patient to The Independent Order of Foresters™ (Foresters), and its agents, employees and authorized representatives. This includes information on the diagnosis of Human Immunodeficiency Virus (HIV) infection and sexually transmitted diseases. This also includes information on the diagnosis and treatment of behavioral and mental health services and the use of alcohol, drugs, and tobacco; but excludes psychotherapy notes.

By my signature below, I acknowledge that any agreements which have been made to restrict the patient's protected health information do not apply to this authorization and I instruct any physician, health care professional, hospital, clinic, medical facility, or other health care provider to release and disclose the patient's entire medical record without restriction. I understand that the information used or disclosed pursuant to this authorization may be subject to redisclosure and no longer be protected under federal or state law. However, I also understand that the federal or state law may restrict redisclosure of drug/alcohol diagnosis, treatment or referral information, mental health information and genetic testing information.

This protected health information is to be disclosed under the Authorization so that Foresters may: 1) administer claims and determine or fulfil responsibility for coverage and provision of benefits; 2) administer coverage; and 3) conduct other legally permissible activities that relate to any coverage with Foresters.

This authorization shall remain in force for 24 months following the date of my signature below and a copy of this authorization is as valid as the original. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so by sending a request for revocation in writing to Foresters, Attention: Claims at P.O. Box 179, Buffalo, NY 14201-0179. I understand that this revocation will not apply to the insurer when the law provides the insurer with the right to contest a claim under my policy.

X [signature]
Signature of patient/beneficiary
(or legal representative if no beneficiary)
1/12/17
Date: (mmm/dd/yyyy)

X [signature]
Signature of witness
1/12/17
Date: (mmm/dd/yyyy)

_____
Signature of Informant on Death Certificate
(if different than beneficiary or legal representative)

_____
Date (mmm/dd/yyyy)

PLEASE NOTE: This information has been disclosed to you from confidential records protected from disclosure by state and federal law. No further disclosure of this information should be done without specific, written and informed release of the individual to whom it pertains or as permitted by state and federal law.

105274 US (10/16)

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.

IOF-000026