# EXHIBIT A

I have reviewed the following medical records of Rigoberto Vinas, including:

a. 2016-12-14 Progress Note by Kenneth Hershman
b. 2016 – 12-05 CT abdomen and pelvis
c. 2016 – 12-14 ECG
d. 2016-12-27 – Chest evaluation
e. 2016 6-12-12- Progress note by Dr. Hershman
f. South Florida Diagnostic Imaging Report
g. 2017 – 04-05 Denial Letter
h. 2012 -07-30 to 2015-11-17 Dr. Hershman office visit notes
i. 2016-04-26 to 2016-12-30 Progress Notes – Hershman Medical
j. LabCorp Records
k. Quest Diagnostics Report
l. 2017-01-05 Progress Note by Lloyd Hershman

Based on my review of these documents, and the number of times diabetes and related complications appeared in Mr. Vinas's records, it would be reasonable to assume that Mr. Vinas was being followed for diabetes and secondary complications. A reasonably prudent physician would discuss all conditions with that patient. It is standard protocol for a physician to discuss all lab results and exam findings. This is especially important in Mr. Vinas's case because he had an HgbA1c level of 6.6 in 2010, which is diagnostic of diabetes. Additionally, the records contain evidence of diminished sensation on neurologic examination which supports diabetic neuropathy, and proteinuria which supports diabetic nephropathy. Once a patient has diabetes, they are always a "diabetic," as the condition remains dormant in his system. The records show that Dr. Hershman was actively monitoring Mr. Vinas for diabetes and secondary complications. Anyone reviewing these records would reasonably determine that Dr. Hershman adhered to standard protocol and discussed diabetes and secondary complications with Mr. Vinas, including nephropathy and neuropathy. Based on these records, Mr. Vinas must have been aware of these conditions.

My hourly rate for services performed is $500 per hour. I have not testified in any matters in the last 4 years.

Marc S. Frager MD

*[signature]* Marc Frager MD
11/25/2020