

**Lloyd Hershman, M.D.**
*General Practice*
*Diplomate American Board*
*of Pediatrics*

**Kenneth Hershman, M.D.**
*Diplomate American Board*
*of Internal Medicine*
*Geriatric Medicine*

January 22, 2015

RE: **VINAS, RIGOBERTO**

To Whom It May Concern:

Please be advised that the above mentioned patient has been under my medical care for 15 years. This patient is in good health and is not taking any medication for diabetes or on a diabetic diet. He has been advised to diet and exercise on a regular basis.

If you should have any further questions regarding this matter, do not hesitate to contact me at (305) 221-7235.

Sincerely,

Kenneth Hershman, M.D.

KH/cf

11479 S.W. 40 Street, Miami, FL 33165
Tel: 305-221-7235, Fax: 305-220-1847

