

**Lloyd Hershman, M.D.**
*Family Medicine*

**Kenneth Hershman, M.D.**
*Board Certified Geriatric*
*Internal Medicine*

**Mario Landera, ARNP, FNP-BC**
*Board Certified Family Nurse Practitioner*
*Family Practice*

March 26, 2020

RE: VINAS, RIGOBERTO
DOB **REDACTED**

This letter is to confirm the following: During Mr. Vinas' care, he never had, nor was he advised about having Diabetes. Mr. Vinas never had, nor was he advised about having Diabetic Nephropathy, and he never had, nor was he advised about having Autonomic Neuropathy.

Should you have any questions, please do not hesitate to contact my office at (305) 221-7235. Thank you.

Sincerely,

Kenneth Hershman, M.D.
KH/zc

at London Square
13400 SW 120th Street • Suite 300A • Miami, FL 33186
Tel: 305-221-7235 • Fax: 305-220-1847