## **PLAINTIFF'S AMENDED CONSEQUENTIAL DAMAGES**

- **Digna Vinas life insurance - $100,000 life insurance policy – $8,106.40 = $91,893.60**

- **House insurance – pd. $1,200 for 3 years**

- **Rigo's Wedding Ring - $800**

- **Bracelet - $2,500**

- **Rigo's Wedding Ring from previous wife - $700**

- **American Express – interest - $1,691.00**

- **Chase – interest - $374.92**

- **==Bank of America – interest - $3,213.37==**

- **Loans:**
    - **Quique - $500**
    - **Tharsay - $600**
    - **Paula - $3,000**
    - **David - $15,000**
    - **Jimmy - $10,000**
    - **Frances - $5,000**
    - **Anthony - $6,800**
    - **Doris - $700**
    - **Christina - $500**
    - **Diana - $250**
    - **Rabbi - $380**
    - **Andy (Baby) - $200**
    - **Pablo - $250**

- **Attorney's fee owed to Adrian Arkin for defense of credit card suit $3.75hrs @ $600.00/hr. $2,250.**

- **Seriously damaged credit.**